UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-cv-60704-WILLIAMS

APOTEX, INC. and
APOTEX CORP.,

    Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,

    Defendant,
_____/

## ORDER TRANSFERRING CASE TO PATENT PILOT

THIS MATTER is before the Court upon a *sua sponte* review of the record.  The Plaintiff has pled a patent claim.  This Court has instituted a pilot program "to encourage enhancement of expertise through the designation of judges" to hear the district's patent cases.  Administrative Order 2011 – 53.  Therefore, the undersigned refers the case to the Clerk of Court for random assignment to a Judge in the court-designated pool for patent cases pursuant to Administrative Order 2011 - 53.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of May, 2012.

              KATHLEEN M. WILLIAMS
              UNITED STATES DISTRICT JUDGE

In accordance with Administrative Order 2011-53, this matter is hereby reassigned to the calendar of **United States District Judge** _Patricia A. Seitz_.

All documents for filing in this case shall carry the following case number and designation: _12cv60704/Seitz_.

By Order of Court this _4th_ day of _May_, 2012.

**STEVEN M. LARIMORE**
Court Administrator/Clerk of Court

By: _Tiffany Doty_
Deputy Clerk

cc: Transferring U.S. District Judge
Transferee U.S. District Judge
All counsel of record/pro se parties