UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., et al.,

      Plaintiff,

vs.

MYLAN PHARMACEUTICALS, INC.,

      Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Waive the General Practice Prohibition, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-6]. Upon consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE-6] for Eric C. Cohen, Brian J. Sodikof, Dennis C. Lee, Martin S. Maser, III, Suresh B. Pillai, and Christopher B. Ferenc of Katten Muchin Rosenman, LLP, on behalf of Plaintiffs, Apotex, Inc. and Apotex Corp., is GRANTED. Eric C. Cohen, Brian J. Sodikof, Dennis C. Lee, Martin S. Maser, III, Suresh B. Pillai, and Christopher B. Ferenc shall be permitted to appear *pro hac vice* on behalf of Plaintiffs solely for purposes of this case;

(2) During the course of this case, Eric C. Cohen, Brian J. Sodikof, Dennis C. Lee, Martin S. Maser, III, Suresh B. Pillai, and Christopher B. Ferenc shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court.

<u>Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of their *pro hac vice* admissions</u>;

(3) Mathew S. Nelles, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Plaintiffs with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Eric C. Cohen, Brian J. Sodikof, Dennis C. Lee, Martin S. Maser, III, Suresh B. Pillai, and Christopher B. Ferenc to electronically receive notices of electronic filings ("NEF") at

eric.cohen@kattenlaw.com

brian.sodikoff@kattenlaw.com

dennis.lee@kattenlaw.com

martin.masar@kattenlaw.com

suresh.pillai@kattenlaw.com

christopher.ferenc@kattenlaw.com

is GRANTED. The Clerk of Court is DIRECTED to add these email addresses as NEF recipients.

DONE and ORDERED in Miami, Florida, this ___ day of June, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

2