UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

APOTEX, INC., a Canadian corporation
and APOTEX CORP., a Delaware
corporation,                                                            CASE NO.:  0:12-cv-60704-PAS

                 **Plaintiffs,**

vs.

MYLAN PHARMACEUTICALS, INC.,
A Delaware corporation,

                 **Defendant.**
_____/

## NOTICE OF APPEARANCE ON BEHALF
## OF DEFENDANT, MYLAN PHARMACEUTICALS, INC.

      Attorney Susan V. Warner of the law firm of Isicoff, Ragatz & Koenigsberg hereby gives notice of her appearance in this action on behalf of Defendant, Mylan Pharmaceuticals, Inc. Undersigned counsel requests that she be served with all pleadings, orders and other papers filed in this case.

      Respectfully submitted,

      By:      s/Susan V. Warner
      Susan Warner
      Florida Bar No. 38205
      Warner@irlaw.com
      ISICOFF, RAGATZ & KOENIGSBERG
      1200 Brickell Avenue
      Suite 1900
      Miami, Florida 33131
      Tel: (305) 373-3232
      Fax: (305) 373-3233

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of June, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   s/Susan V. Warner   
Susan V. Warner

## SERVICE LIST
### APOTEX, INC. et al. vs. MYLAN PHARMACEUTICALS, INC.
### CASE NO: 0:12-cv-60704-PAS
### United States District Court, Southern District of Florida

Matthew S. Nelles
Broad and Cassel
One Financial Plaza
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, FL 33394
*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*
Service via CM/ECF


Robert B. Breisblatt
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*
Service via CM/ECF