UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

APOTEX, INC., a Canadian corporation
and APOTEX CORP., a Delaware
corporation,                                                    CASE NO.: 0:12-cv-60704-PAS

            Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,
A Delaware corporation,

            Defendant.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, MYLAN PHARMACEUTICALS, INC.

Attorney Eric D. Isicoff of the law firm of Isicoff, Ragatz & Koenigsberg hereby gives notice of his appearance in this action on behalf of Defendant, Mylan Pharmaceuticals, Inc. Undersigned counsel requests that he be served with all pleadings, orders and other papers filed in this case.

           Respectfully submitted,

           By: ____s/Eric D. Isicoff_____
           Eric D. Isicoff
           Florida Bar No.: 372201
           Isicoff@irlaw.com
           ISICOFF, RAGATZ & KOENIGSBERG
           1200 Brickell Avenue
           Suite 1900
           Miami, Florida 33131
           Tel: (305) 373-3232
           Fax: (305) 373-3233

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of June, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                                s/Eric D. Isicoff  
                                                                                                 Eric D. Isicoff

**SERVICE LIST**
**APOTEX, INC. et al. vs. MYLAN PHARMACEUTICALS, INC.**
**CASE NO: 0:12-cv-60704-PAS**
**United States District Court, Southern District of Florida**

Matthew S. Nelles
Broad and Cassel
One Financial Plaza
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, FL 33394
*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*
Service via CM/ECF


Robert B. Breisblatt
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*
Service via CM/ECF