UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., et al.,

    Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,

    Defendant.

_____/

**PLAINTIFF APOTEX, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, Plaintiffs disclose that Apotex, Inc. is wholly owned by Apotex Holdings, Inc. ("AHI"). Both Apotex, Inc. and AHI are Ontario, Canada corporations. Neither Apotex, Inc. nor AHI is a publicly traded company.

DATED: June 20, 2012

Respectfully submitted,

 /s/ Matthew Nelles
Matthew Nelles
Florida Bar No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza, Suite 2700
100 S.E. 3rd Avenue
Fort Lauderdale, Florida  33394
Telephone:  (954) 764–7060
Facsimile:  (954) 761–8135

Of Counsel:
Robert B. Breisblatt, Esq.
Eric C. Cohen, Esq.
Brian J. Sodikoff, Esq.
Dennis C. Lee, Esq.
Martin S. Masar, Esq.
Christopher B. Ferenc, Esq.
Suresh B. Pillai, Esq.
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
Telephone:  (312) 902-5200
*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 20, 2012 per Local Rule CV-5.2(a).

    /s/ Matthew Nelles
Matthew Nelles

4821-4376-0655.1
44696/0004