UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., et al.,

    Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,

    Defendant.
_____/

**PLAINTIFF APOTEX CORP.'S RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule 7.1, Plaintiffs disclose that Apotex Corp. is a Delaware corporation and is ultimately wholly owned by Apotex Holdings, Inc. (an Ontario, Canada corporation) ("AHI"). Neither Apotex Corp. nor AHI is a publicly traded company.

DATED: June 20, 2012

    Respectfully submitted,

    /s/ Matthew Nelles
    Matthew Nelles
    Florida Bar No. 009245
    mnelles@broadandcassel.com
    Broad and Cassel
    One Financial Plaza, Suite 2700
    100 S.E. 3rd Avenue
    Fort Lauderdale, Florida  33394
    Telephone:  (954) 764–7060
    Facsimile:  (954) 761–8135

Of Counsel:
Robert B. Breisblatt, Esq.
Eric C. Cohen, Esq.
Brian J. Sodikoff, Esq.
Dennis C. Lee, Esq.
Martin S. Masar, Esq.
Christopher B. Ferenc, Esq.
Suresh B. Pillai, Esq.
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
Telephone:  (312) 902-5200
*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 20, 2012 per Local Rule CV-5.2(a).

    /s/ Matthew Nelles
Matthew Nelles

4821-4382-6191.1
44696/0004