UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**APOTEX, INC., a Canadian corporation
and APOTEX CORP., a Delaware
corporation,**                                                   **CASE NO.:  0:12-cv-60704-PAS**

           **Plaintiffs,**

vs.

**MYLAN PHARMACEUTICALS, INC.,**
**A Delaware corporation,**

           **Defendant.**
_____/

## DEFENDANT, MYLAND PHARMACEUTICALS, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Mylan Pharmaceuticals, Inc., by and through its undersigned counsel and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, hereby gives notice of filing and serving its Corporate Disclosure statement.  Mylan Pharmaceuticals, Inc. is a non-governmental corporate party and is wholly owned by Mylan Inc.   Mylan Inc. is a non-governmental, publicly held corporation and no parent corporation or publicly held corporation owns 10% or more of its stock.

           Respectfully submitted,

           By:  ____s/Susan V. Warner_____
           Eric D. Isicoff
           Florida Bar No.: 372201
           Isicoff@irlaw.com
           Susan Warner
           Florida Bar No. 38205
           Warner@irlaw.com
           ISICOFF, RAGATZ & KOENIGSBERG
           1200 Brickell Avenue
           Suite 1900
           Miami, Florida 33131
           Tel: (305) 373-3232
           Fax: (305) 373-3233

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of June, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Susan V. Warner<br>Susan V. Warner

## SERVICE LIST
### APOTEX, INC. et al. vs. MYLAN PHARMACEUTICALS, INC.
### CASE NO: 0:12-cv-60704-PAS
### United States District Court, Southern District of Florida

| | |
|---|---|
| Matthew S. Nelles<br>Broad and Cassel<br>One Financial Plaza<br>100 S.E. Third Ave., Suite 2700<br>Fort Lauderdale, FL 33394<br>*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*<br>Service via CM/ECF | Robert B. Breisblatt<br>Brian J. Sodikoff<br>Christopher B. Ferenc<br>Dennis C. Lee<br>Eric C. Cohen<br>Martin S. Masar, III<br>Suresh B. Pillai<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*<br>Service via CM/ECF |