UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., et al.,

    Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF PENDING, RELATED OR SIMILAR ACTIONS**

Pursuant to S.D. Fla. Local Rule 3.8, Plaintiffs hereby give notice of similar pending actions. The actions are similar in that the Plaintiffs in each case, i.e., Apotex, Inc., and Apotex Corp., are the same as in the instant action, and the actions involve claims for patent infringement regarding pharmaceutical compositions containing quinapril magnesium. The similar actions listed below are pending in the United States District Court, Southern District of Florida:

| Case No. | Judge | Case Style |
|---|---|---|
| 12-cv-60705 | Moore | Apotex, Inc., et al. v. Pfizer, Inc., et al. |
| 12-cv-60708 | Middlebrooks | Apotex, Inc., et al. v. Lupin Pharmaceuticals, Inc., et al. |

DATED:  June 21, 2012

Respectfully submitted,

 /s/ Matthew Nelles
Matthew Nelles
Florida Bar No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza, Suite 2700
100 S.E. 3rd Avenue
Fort Lauderdale, Florida  33394
Telephone:  (954) 764–7060
Facsimile:   (954) 761–8135

Of Counsel:
Robert B. Breisblatt, Esq.
Eric C. Cohen, Esq.

Brian J. Sodikoff, Esq.
Dennis C. Lee, Esq.
Martin S. Masar, Esq.
Christopher B. Ferenc, Esq.
Suresh B. Pillai, Esq.
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
Telephone:  (312) 902-5200
*Attorneys for Plaintiffs Apotex, Inc.*
*and Apotex Corp.*

## CERTIFICATE OF SERVICE

**I hereby certify** that, on this 21st day of June 2012, I electornically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing was served on June 21, 2012 on all counsel or parties of record on the service list below in themanner indicated.

   /s/ Matthew Nelles
Matthew Nelles

## SERVICE LIST

| | |
|---|---|
| Eric D. Isicoff | Thomas J. Parker |
| Susan V. Warner | Alston & Bird |
| Isicoff, Ragatz & Koenigsberg | 90 Park Avenue |
| 1200 Brickell Avenue, Suite 1900 | New York, New York  10016 |
| Miami, Florida  33131 | Telephone: (212) 210-9400 |
| Telephone:  (305) 373-3232 | Facsimile:  (212) 210-9444 |
| Facsimile:  (305) 373-3233 | thomas.parker@alston.com |
| isicoff@irlaw.com | *Attorneys for Defendants* |
| warner@irlaw.com | Service by email |
| *Attorneys for Defendants* | |
| Service by CM/ECF | |

4814-8689-6655.1
44696/0004

2