UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

        Plaintiff,

                              CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

        Defendant.
_____/

APOTEX, INC., *et al.*,

        Plaintiff,

vs.                              CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

        Defendants.
_____/

APOTEX, INC., *et al.*,

        Plaintiff,

vs.                              CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

        Defendants.
_____/

**ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE**

THIS MATTER is before the Court on the Motions to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE 25, DE 26,

DE 27, DE 28 filed in Case No. 12-60705-CIV]. Upon consideration, it is hereby

ORDERED that:

(1) The Motions to Appear *Pro Hac Vice* [DE 25, DE 26, DE 27, DE 28 filed in Case No. 12-60705-CIV] for Daniel DiNapoli, Aaron Stiefel, Soumitra Deka, and Matthew Sklar of Kaye Scholer, LLP, 425 Park Avenue New York, NY 10022-3598, are GRANTED. Daniel DiNapoli, Aaron Stiefel, Soumitra Deka, and Matthew Sklar shall be permitted to appear *pro hac vice* on behalf of *Pfizer Inc.* and *Greenstone LLC* solely for purposes of this case;

(2) During the course of this case, Daniel DiNapoli, Aaron Stiefel, Soumitra Deka, and Matthew Sklar shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of their *pro hac vice* admissions;

(3) Maria Beguiristain, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for *Pfizer Inc.* and *Greenstone LLC* with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The requests of Daniel DiNapoli, Aaron Stiefel, Soumitra Deka, and Matthew Sklar to electronically receive notices of electronic filings ("NEF") at: ddinapoli@kayescholercom, astiefel@kayescholer.com, sdeka@kayescholer.com, and matthew.sklar@kayescholer.com are GRANTED. The Clerk of Court is DIRECTED to add these email addresses as a NEF recipients.

DONE and ORDERED in Miami, Florida, this 12 day of July, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record