UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

       Plaintiff,

                                     CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

       Defendant.
_____/

APOTEX, INC., *et al.*,

       Plaintiff,

vs.                                          CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

       Defendants.
_____/

APOTEX, INC., *et al.*,

       Plaintiff,

vs.                                          CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

       Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

    THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE 26 filed in

Case No. 12-60708-CIV]. Upon consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE 26 filed in Case No. 12-60708-CIV] for Robert Green, Christopher Griffith, Brett Hesterberg, and Peter Domer of Leydig, Voit & Mayer Ltd., Two Prudential Plaza, Suite 4900, Chicago, IL 60601-6731, are GRANTED. Robert Green, Christopher Griffith, Brett Hesterberg, and Peter Domer shall be permitted to appear *pro hac vice* on behalf of *Lupin Pharmaceuticals, Inc.* and *Lupin Ltd.* solely for purposes of this case;

(2) During the course of this case, Robert Green, Christopher Griffith, Brett Hesterberg, and Peter Domer shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of their *pro hac vice* admissions;

(3) Teresa Ragatz, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for *Lupin Pharmaceuticals, Inc.* and *Lupin Ltd.* with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The requests of Robert Green, Christopher Griffith, Brett Hesterberg, and Peter Domer to electronically receive notices of electronic filings ("NEF") at: rgreen@leydig.com, cgriffith@leydig.com, bhesterberg@leydig.com, and pdomer@leydig.com are GRANTED. The Clerk of Court is DIRECTED to add these email addresses as a NEF recipients.

DONE and ORDERED in Miami, Florida, this 12th day of July, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record