UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON

------------------------------------x
APOTEX INC. and APOTEX CORP.,

                        Plaintiffs,

v.

PFIZER INC., and GREENSTONE LLC,

                        Defendants.

------------------------------------x

## ORDER ON JOINT STIPULATION REGARDING CONFIDENTIALITY OF EARLY DOCUMENT PRODUCTION

THIS MATTER came before the Court upon the parties' Joint Stipulation Regarding Confidentiality of Early Document Production (D.E. 25) (the "Joint Stipulation"). This Court, having considered the terms of the Joint Stipulation and all other relevant factors, ORDERS AND ADJUDGES that:

1. The Joint Stipulation (D.E. 25) is APPROVED AND ADOPTED, and

2. The parties' early exchange of certain highly confidential documents will be governed by the Joint Stipulation.

**DONE AND ORDERED** this 16th day of July, 2012 at Miami, Florida.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
        Counsel of record