# EXHIBIT A

# Ferenc, Christopher B.

| | |
|---|---|
| **From:** | Parker, Thomas [Thomas.Parker@alston.com] |
| **Sent:** | Friday, July 06, 2012 10:12 PM |
| **To:** | Masar, Martin S.; 'isicoff@irlaw.com' |
| **Cc:** | 'warner@irlaw.com'; USR-FRM-Quinapril-Mylan; 'mnelles@broadandcassel.com'; 'rhouse@broadandcassel.com'; Banky, Paki; Mukerjee, Deepro |
| **Subject:** | Re: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril |

Dear Counsel

Mylan's position on the matter is set forth in its motion to dismiss. Thank you.

Tom Parker

---

**From**: Masar, Martin S. [mailto:martin.masar@kattenlaw.com]
**Sent**: Friday, July 06, 2012 09:02 PM
**To**: Parker, Thomas; isicoff@irlaw.com <isicoff@irlaw.com>
**Cc**: warner@irlaw.com <warner@irlaw.com>; USR-FRM-Quinapril-Mylan <USR-FRM-Quinapril-Mylan@kattenlaw.com>; Matthew Nelles <mnelles@broadandcassel.com>; Robert House <rhouse@broadandcassel.com>; Banky, Paki; Mukerjee, Deepro
**Subject**: RE: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

You have still not responded directly to my emails regarding production of Mylan documents. However, it appears from your motion to dismiss that "Mylan does not share its proprietary methods with competitors like Apotex …" Apotex is more than willing to enter into an appropriate confidentiality agreement that would minimize disclosure of Mylan's confidential process documents to Apotex (including the possibility of keeping it outside counsel eyes only if need be). Again, if it is your position that Mylan has documents that show its process does not infringe, then you should be more than willing to turn these over to counsel for Apotex to review.

Regards,
Marty


**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

**From:** Masar, Martin S.
**Sent:** Thursday, June 28, 2012 6:39 PM
**To:** Parker, Thomas; isicoff@irlaw.com
**Cc:** warner@irlaw.com; USR-FRM-Quinapril-Mylan; Matthew Nelles; Robert House; Banky, Paki; Mukerjee, Deepro
**Subject:** RE: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

We have not heard a response from you on the production of Mylan documents. Please let me know your client's position on this issue as soon as possible.

Regards,
Marty

**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

**From:** Masar, Martin S.
**Sent:** Monday, June 25, 2012 5:46 PM
**To:** Parker, Thomas; isicoff@irlaw.com
**Cc:** warner@irlaw.com; USR-FRM-Quinapril-Mylan; Matthew Nelles; Robert House; Banky, Paki; Mukerjee, Deepro
**Subject:** RE: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

We have not heard a response from you on (a) the production of Mylan documents and (b) your position, if any, on consolidation.  Please confirm that you are receiving these emails.  Also, please respond as soon as possible on these issues.

Regards,
Marty

**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

**From:** Masar, Martin S.
**Sent:** Friday, June 22, 2012 2:00 PM
**To:** Parker, Thomas; isicoff@irlaw.com
**Cc:** warner@irlaw.com; USR-FRM-Quinapril-Mylan; Matthew Nelles; Robert House; Banky, Paki; Mukerjee, Deepro
**Subject:** RE: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

I have not heard back from you on whether Mylan would be willing to produce documents that completely and accurately describe its manufacturing processes that I initially raised more than 10 days ago.  If it is your position that Mylan has documents that show its process does not infringe, then you should be more than willing to turn these over to Apotex.  An answer on this issue by June 25 would be much appreciated.

On another topic, Apotex is amenable to consolidation of this case with the Pfizer/Greenstone (60705) and Lupin (60708) cases for pretrial purposes, but not for trial, at this time.   Under SD Florida IOP, Judge Seitz would retain the consolidated case because it has the lowest case number.  As such, we are willing to enter an appropriately-styled joint motion.   Counsel for Pfizer/Greenstone have agreed to consolidation for pretrial purposes at this time and would ask that the Court hold in abeyance the question of whether the three cases should be consolidated for trial.   In contrast, counsel for Lupin has filed a motion for consolidation of the three cases for all purposes, which Apotex opposed in part with regard to a consolidated trial.   Please let me know as soon as possible, but no later than Monday, June 25  if Mylan is willing to consolidate for pre-trial purposes only at this time.

Regards,
Marty

**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

**From:** Masar, Martin S.
**Sent:** Monday, June 18, 2012 11:50 AM
**To:** Parker, Thomas; isicoff@irlaw.com
**Cc:** warner@irlaw.com; USR-FRM-Quinapril-Mylan; Matthew Nelles; Robert House; Banky, Paki; Mukerjee, Deepro
**Subject:** RE: Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

Further to my request in my June 11 email, please let me know by close of business today if your client is willing to produce documents that completely and accurately describe its manufacturing processes.

Regards,
Marty

**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

**From:** Masar, Martin S. [mailto:martin.masar@kattenlaw.com]
**Sent:** Monday, June 11, 2012 6:45 PM
**To:** isicoff@irlaw.com; Parker, Thomas
**Cc:** warner@irlaw.com; USR-FRM-Quinapril-Mylan; Matthew Nelles; Robert House
**Subject:** Apotex v. Mylan (12-cv-60704-PAS) - Quinapril

Counsel-

Please see attached order from Judge Seitz in the Apotex v. Mylan case (12-cv-60704-PAS) in the S.D. Florida. We are providing this in accordance with Paragraph 1 of the order.

Furthermore, Apotex does not have access to your client's documents that evidence their methods of manufacturing the accused quinapril and quinapril/hydrochlorothiazide products. Please let us know by June 15, 2012 if your client would be willing to produce documents that completely and accurately describe its manufacturing processes.

Regards,
Marty

**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**

3

525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 577-4708
martin.masar@kattenlaw.com / www.kattenlaw.com

============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal
Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot
be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the
taxpayer.
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================


************************************************************ IRS Circular 230 disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. _____ NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.