UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                     Case No. 12-60704–CIV–SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,

    Defendant.

_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                     Case No. 12-60705–CIV–SEITZ/SIMONTON

PFIZER, INC., et al.,

    Defendants.

_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                     Case No. 12-60708–CIV–SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.

_____/

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS OF
DEFENDANTS LUPIN PHARMACEUTICALS, INC. AND LUPIN LTD.**

      Plaintiffs, Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their counsel, answer the Counterclaims of Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd. (collectively "Lupin") as follows, using the paragraph numbers of Lupin's counterclaims:

      24.    Paragraph 24 contains a general averment of Lupin's counterclaim, to which no response is required.  To the extent a response is required, Apotex denies the allegations in Paragraph 24.

## THE PARTIES

25. Upon information and belief, Apotex admits that Lupin Pharmaceuticals, Inc. has a place of business in Baltimore, Maryland. Apotex is without knowledge and information sufficient to form a belief as to the truth of the rest of the allegations in Paragraph 25 and therefore deny the same.

26. Apotex admits the allegations in Paragraph 26.

27. Apotex admits the allegations in Paragraph 27.

## JURISDICTION AND VENUE

28. Paragraph 28 contains legal conclusions to which no response is required. To the extent a response is required, Apotex admits they brought an action against Lupin Pharmaceuticals Inc. and Lupin Ltd. for infringing the method claims of the '486 patent as set forth in its Complaint. Apotex denies the remaining allegations in Paragraph 28.

29. Paragraph 29 contains legal conclusions to which no response is required. To the extent a response is required, Apotex admits that this Court has jurisdiction over the subject matter of the counterclaims against Apotex pursuant to 28 U.S.C. §§ 1331 and 1338(a). Apotex denies the remaining allegations in Paragraph 29.

30. Paragraph 30 contains legal conclusions to which no response is required. To the extent a response is required, Apotex admits that they filed a Complaint (D.E. 1) in this Court. Apotex consents to personal jurisdiction over Apotex Inc. and Apotex Corp. for the limited purposes of this action only. Apotex denies the remaining allegations of Paragraph 30.

31. Paragraph 31 contains legal conclusions to which no response is required. To the extent a response is required, Apotex admits that they filed the present action against Lupin Pharmaceuticals, Inc. in this judicial district and that Lupin asserts that venue is proper in this

District by Apotex's choice of forum and pursuant to 28 U.S.C. § 1391(b) and (c). Apotex admits that venue is proper for the limited purposes of this action only.

## COUNT I
### (Declaration of Invalidity of the '486 Patent)

32. Apotex repeats and realleges their answers to paragraphs 24-31 of Lupin's Counterclaims as if fully set forth herein.

33. Paragraph 33 contains legal conclusions to which no response is needed. To the extent a response is required, Apotex denies the allegations in Paragraph 33.

34. Paragraph 34 contains legal conclusions to which no response is needed.

## COUNT II
### (Declaration of Noninfringement of the '486 Patent)

35. Apotex repeats and realleges their answers to paragraphs 24-31 of Lupin's Counterclaims as if fully set forth herein.

36. Paragraph 36 contains legal conclusions to which no response is needed. To the extent a response is required, Apotex denies the allegations in Paragraph 36.

37. Paragraph 37 contains legal conclusions to which no response is needed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against each Defendant and grant the following relief:

a. Denying all relief requested by Lupin;

b. A judgment and decree that each Defendant has infringed one or more of the method claims of the '486 patent in violation of 35 U.S.C. § 271;

c. A preliminary and permanent injunction, pursuant to 35 U.S.C. § 283, enjoining each Defendant and their officers, agents, employees and all others in concert or participation with them from acts of infringement of the '486 Patent;

d. An Order, pursuant to 35 U.S.C. § 284, awarding Plaintiffs damages adequate to compensate for Defendants' infringement of the '486 Patent, in an amount to be determined at trial, but in no event less than a reasonable royalty; and

e. Awarding any such costs and further relief that the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Apotex demands a trial by jury.

Dated: July 23, 2012

Respectfully submitted,

  /s/ Matthew S. Nelles
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone:  (954) 764–7060
Facsimile:   (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar. No. 145928)
robert.breisblatt@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (admitted *pro hac vice*)
suresh.pillai@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

>Christopher Ferenc (admitted *pro hac vice*)
>christopher.ferenc@kattenlaw.com
>2900 K Street NW, Suite 200
>Washington, DC  20007
>Telephone:  (202) 625-3647
>Facsimile:   (202) 339-6044
>
>*Attorneys for Plaintiffs Apotex, Inc.*
>*and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2012, I electronically filed the foregoing Answer to Lupin's Counterclaims with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the following service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>  /s/ Matthew S. Nelles
> Matthew S. Nelles

## SERVICE LIST

| | |
|---|---|
| Eric D. Isicoff | Robert F. Green |
| Susan Warner | Christopher T. Griffith |
| Teresa Ragatz | Brett A. Hesterberg |
| Isicoff, Ragatz & Koenigsberg | Peter H. Domer |
| 1200 Brickell Avenue, Suite 1900 | Leydig, Voit & Mayer, Ltd. |
| Miami, Florida 33131 | Two Prudential Plaza |
| Telephone:  (305) 373-3232 | 180 N. Stetson Avenue, Suite 4900 |
| Facsimile:   (305) 373-3233 | Chicago, Illinois  60601-6731 |
| isicoff@irlaw.com | Telephone:  (312)-616-5600 |
| warner@irlaw.com | Facsimile:   (312)-616-5700 |
| ragatz@irlaw.com | rgreen@leydig.com |
| | cgriffith@leydig.com |
| *Attorneys for Defendants Lupin Ltd. and* | bhesterberg@leydig.com |
| *Lupin Pharmaceuticals, Inc.* | pdomer@leydig.com |
| | |
| | *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| | (admitted *pro hac vice*) |

- 6 -

Eric D. Isicoff
Susan V. Warner
Isicoff, Ragatz & Koenigsberg
1200 Brickell Avenue, Suite 1900
Miami, Florida  33131
Telephone:  (305) 373-3232
Facsimile:   (305) 373-3233
isicoff@irlaw.com
warner@irlaw.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

Thomas J. Parker
Deepro R. Mukerjee
Poopak Banky
Alston & Bird
90 Park Avenue
New York, New York  10016
Telephone:  (212) 210-9400
Facsimile:   (212) 210-9444
thomas.parker@alston.com
deepro.mukerjee@alston.com
paki.banky@alston.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*
(admitted *pro hac vice*)

Maria J. Beguiristain
White & Case
200 S. Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:   (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants Pfizer, Inc. and Greenstone LLC*

Aaron Stiefel
Daniel DiNapoli
Matthew Sklar
Sounitra Deka
Kaye Scholer LLP
425 Park Avenue
New York, New York  10022
Telephone:  (212) 836-8000
Facsimile:   (212) 836-88689
astiefel@kayescholer.com
ddinapoli@kayescholer.com
matthew.sklar@kayescholer.com
sdeka@kayescholer.com

*Attorneys for Defendants Pfizer, Inc. and Greenstone LLC*
(admitted *pro hac vice*)

44696/0005