CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 12-60704   Date Sept. 6, 2012
Clerk Cynthia Bulan   Reporter David Ehrlich
In-Court Time 1 hr 40 min

Pl. Atty. Matthew Nelles, Robert Bleisblatt, Martin Masar
Def. Atty. Eric Isicoff, Susan Warner, Deepro Mukherjee,
Def. Atty. Poopak Banky, Maria Beguiristain, Aaron Stiefel,
Daniel DiNapoli, Robert Green
Style: Apotex, Inc. v Mylan Pharmaceuticals

Reason for Hearing Scheduling Conference

Results of Hearing Scheduling Order to follow

Misc.