UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., et al.,

      Plaintiff,

vs.

MYLAN PHARMACEUTICALS, INC.,

      Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER is before the Court on Defendant, Mylan Pharmaceuticals, Inc.'s Motion to Dismiss Plaintiffs' Complaint With Prejudice [DE-22]. The Court argument from the parties at the September 6, 2012 Scheduling Conference. Based on the parties representations and for the reasons stated at the Scheduling Conference, it is hereby

ORDERED that Defendant, Mylan Pharmaceuticals, Inc.'s Motion to Dismiss Plaintiffs' Complaint With Prejudice [DE-22] is GRANTED without prejudice. Plaintiffs shall file an Amended Complaint by **September 20, 2012.**

DONE and ORDERED in Miami, Florida, this 7th day of September, 2012.

                                                                                 PATRICIA A. SEITZ
                                                                                 UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record