UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

      Plaintiff,

                          CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

      Defendant.
_____/

APOTEX, INC., *et al.*,

      Plaintiff,

vs.                           CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

      Defendants.
_____/

APOTEX, INC., *et al.*,

      Plaintiff,

vs.                           CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

      Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE 40]. Upon

consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE-40] for Emer L. Simic of Leydig, Voit & Mayer Ltd., Two Prudential Plaza, Suite 4900, Chicago, IL 60601-6731, is GRANTED. Emer L. Simic shall be permitted to appear *pro hac vice* on behalf of Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd. solely for purposes of this case;

(2) During the course of this case, Emer L. Simic shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of Emer L. Simic's *pro hac vice* admission;

(3) Eric D. Isicoff, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Lupin Pharmaceuticals, Inc. and Lupin Ltd. with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Emer L. Simic to electronically receive notices of electronic filings ("NEF") at: esimic@leydig.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE and ORDERED in Miami, Florida, this 20 day of September, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record