UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | CIVIL CASE NO. 0:12-cv-60704-SEITZ/SIMONTON |
| APOTEX, INC. a Canadian Corporation and APOTEX CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>Defendant. | CIVIL CASE NO. 0:12-cv-60705-SEITZ/SIMONTON |
| APOTEX, INC. a Canadian Corporation and APOTEX CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., *et al.*,<br><br>Defendant. | CIVIL CASE NO. 0:12-cv-60708-SEITZ/SIMONTON |

**ORDER GRANTING DEFENDANT, MYLAN PHARMACEUTICALS, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER is before the Court upon on Defendant, Mylan Pharmaceuticals, Inc.'s

Unopposed Motion for Extension of Time. The Court having carefully considered the motion,

having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

ORDERED AND ADJUDGED that said motion is hereby **GRANTED**. Defendant, Mylan Pharmaceuticals, Inc. shall submit its Answer to Plaintiffs' Amended Complaint [D.E. 38] by October 16, 2012.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __9th__ day of __October__, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record