UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60704-PAS (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiff,<br>vs.<br><br>MYLAN PHARMACEUTICALS, INC.,<br>　　　　Defendant. | Case No. 0:12-cv-60704-PAS |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiff,<br>vs.<br><br>PFIZER INC., and GREENSTONE LLC,<br>　　　　Defendant. | Case No. 0:12-cv-60705-PAS |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiff,<br>vs.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br>　　　　Defendant. | Case No. 0:12-cv-60708-PAS |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

　　　　The parties, by and through their undersigned counsel, hereby give notice that the parties have agreed to have the Honorable Garrett E. Brown, Jr. (Ret.), JAMS, 620 Eighth Avenue, 34th Floor, New York, New York 10018, telephone (212) 607-2710, serve as mediator in this case. The parties currently are working on scheduling the mediation for a mutually agreeable date, time and place.

1

Respectfully submitted,

| | |
|---|---|
| By: _s/Matthew S. Nelles___<br>Matthew S. Nelles<br>mnelles@broadandcassel.com<br>BROAD AND CASSEL<br>One Financial Plaza<br>100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 764–7060<br>Facsimile: (954) 761–8135<br><br>Robert B. Breisblatt<br>robert.breisblatt@kattenlaw.com<br>Brian J. Sodikoff<br>brian.sodikoff@kattenlaw.com<br>Martin S. Masar III<br>martin.masar@kattenlaw.com<br>Suresh B. Pillai<br>suresh.pillai@kattenlaw.com<br>Christopher B. Ferenc<br>christopher.ferenc@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60607<br>Telephone: (312) 902-5200<br>Facsimile: (312)-902-1061<br><br>*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.* | By: ___s/Susan V. Warner _____<br>Eric D. Isicoff<br>Florida Bar No.: 372201<br>Isicoff@irlaw.com<br>Susan Warner<br>Florida Bar No. 38205<br>Warner@irlaw.com<br>ISICOFF, RAGATZ & KOENIGSBERG<br>1200 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 373-3232<br>Fax: (305) 373-3233<br><br>Thomas J. Parker<br>thomas.parker@alston.com<br>Deepro R. Mukerjee<br>deepro.mukerjee@alston.com<br>Poopak Banky<br>paki.banky@alston.com<br>**Alston & Bird LLP**<br>90 Park Avenue<br>New York, NY 10016-1387<br>Tel:  214-210-9400<br>Fax:  212-210-9444<br><br>*Attorneys for Defendant, Mylan Pharmaceuticals, Inc.* |
| By: _s/Maria J. Beguiristain_____<br>Maria J. Beguiristain<br>mbeguiristain@whitecase.com<br>WHITE & CASE LLP<br>Southeast Regional Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br>Aaron Stiefel<br>astiefel@kayescholer.com<br>Daniel P. DiNapoli | By: ___s/Susan V. Warner_____<br>Eric D. Isicoff<br>Isicoff@irlaw.com<br>Susan Warner<br>Warner@irlaw.com<br>ISICOFF, RAGATZ & KOENIGSBERG<br>1200 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 373-3232<br>Fax: (305) 373-3233<br><br>Robert F. Green<br>rgreen@leydig.com |

| | |
|---|---|
| ddinapoli@kayescholer.com<br>Soumitra Deka<br>sdeka@kayescholer.com<br>Matthew Sklar<br>matthew.sklar@kayescholer.com<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Telephone (212) 836-8000<br>Facsimile: (212) 836-8689<br>*Attorneys for Defendants Pfizer Inc. and Greenstone LLC* | Christopher T. Griffith<br>cgriffith@leydig.com<br>Brett A. Hesterberg<br>bhesterberg@leydig.com<br>Peter H. Domer<br>pdomer@leydig.com<br>Emer Simic<br>esimic@leydig.com<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL 60601-6731<br>Telephone: 312-616-5600<br>Facsimile: 312-616-5700<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |