## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

       Plaintiff,

                                CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

       Defendant.

_____/

APOTEX, INC., *et al.*,

       Plaintiff,

vs.                             CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

       Defendants.

_____/

APOTEX, INC., *et al.*,

       Plaintiff,

vs.                             CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

       Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER came before the Court upon Defendants Pfizer, Inc. and Greenstone, LLC's

1

Motion to Withdraw [DE-35], in which they seek to have Matthew Sklar of Kaye Scholer LLP withdrawn as counsel.  The Motion is unopposed.  Accordingly, it is

ORDERED THAT Defendants Pfizer, Inc. and Greenstone, LLC's Motion to Withdraw [DE-35] is GRANTED.  Matthew Sklar of Kaye Scholer LLP is terminated as counsel for Defendants Pfizer, Inc. and Greenstone, LLC.

DONE AND ORDERED in Miami, Florida, this 15 day of October, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Honorable Andrea M. Simonton
        All counsel of record

2