UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | **CIVIL CASE NO. 0:12-cv-60704-SEITZ/SIMONTON** |
| APOTEX, INC. a Canadian Corporation and APOTEX CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>Defendants. | **CIVIL CASE NO. 0:12-cv-60705-SEITZ/SIMONTON** |
| APOTEX, INC. a Canadian Corporation and APOTEX CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | **CIVIL CASE NO. 0:12-cv-60708-SEITZ/SIMONTON** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court upon on Defendants' Unopposed Motion for Extension of Time. The Court having carefully considered the motion, having reviewed the court

file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

ORDERED AND ADJUDGED that said motion is hereby **GRANTED**. Defendants shall serve their Joint Invalidity Contentions by October 25, 2012.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record