UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60704–CIV-SEITZ/SIMONTON (as consolidated)

APOTEX, INC., and APOTEX CORP.,

       Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC., *et al.*,

       Defendants.
_____/

**ORDER SCHEDULING MEDIATON**

The mediation conference in this matter shall be held with Honorable Judge Garrett E. Brown, Jr., JAMS (NY) on January 15, 2013 at 10:00 a.m., at the Katten Muchin Rosenman, LLP offices in New York, New York, or another place agreeable to all parties and Judge Brown.

DONE AND ORDERED at Miami, Florida, this ___ day of _____ 20__.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: