# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

APOTEX, INC. and APOTEX CORP.,

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.
_____/

CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,

    Plaintiffs,

v.

PFIZER INC., and GREENSTONE LLC,

    Defendants.
_____/

CASE NO. 12-60705-CIV-SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,

    Plaintiffs,

v.

LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,

    Defendants.
_____/

CASE NO. 12-60708-CIV-SEITZ/SIMONTON

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that the undersigned will bring on for hearing before the Honorable Magistrate Judge Andrea M. Simonton the following discovery matters at the following place and time:

    **PLACE:**    United States Courthouse
                      301 North Miami Avenue
                      8th Floor Courtroom
                      Miami, Florida 33128

    **DATE:**    December 17, 2012

    **TIME:**    10:30 a.m.  (30 minutes reserved)

The parties dispute the sufficiency of the Lupin Defendants' Objections and Responses to the following discovery requests propounded by Apotex:

1) Apotex's Request for Admission No. 9 to Lupin;

2) Apotex's Interrogatory No. 9 to Lupin.

I hereby certify that the parties have complied with the pre-filing conference requirements of S.D. Fla. L.R. 7.1(a)(3).

Dated: November 30, 2012.

Respectfully submitted,

 /s/ Matthew S. Nelles
MATTHEW S. NELLES
Fla. Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135

**KATTEN MUCHIN ROSENMAN LLP**
Robert B. Breisblatt (Fla. Bar No. 145928)
Brian J. Sodikoff (admitted pro hac vice)
Martin S. Masar III (admitted pro hac vice)
Suresh B. Pillai (admitted pro hac vice)
525 West Monroe Street
Chicago, Illinois  60661-3693
Telephone:  (312) 902-5480
robert.breisblatt@kattenlaw.com
brian.sodikoff@kattenlaw.com
martin.masar@kattenlaw.com
suresh.pillai@kattenlaw.com

Christopher B. Ferenc (admitted pro hac vice)
2900 K Street NW
North Tower - Suite 200
Washington, D.C.  20007-5118
Telephone:  (202) 625-3500
christopher.ferenc@kattenlaw.com

*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of November 2012, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Matthew S. Nelles
    Matthew S. Nelles

## SERVICE LIST

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (*pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (*pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (*pro hac vice*)
suresh.pillai@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60607
Telephone:  (312) 902-5200
Facsimile:  (312)-902-1061

Christopher B. Ferenc (pro hac vice)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower - Suite 200
Washington, D.C.  20007-5118
Telephone:  (202) 625-3500

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:  (305) 373-3232
Facsimile:   (305) 373-3233

Robert F. Green (*pro hac vice*)
rgreen@leydig.com
Christopher T. Griffith (*pro hac vice*)
cgriffith@leydig.com
Brett A. Hesterberg (*pro hac vice*)
bhesterberg@leydig.com
Peter H. Domer (*pro hac vice*)
pdomer@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, Illinois  60601-6731
Telephone:  (312) 616-5600
Facsimile:   (312) 616-5700

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

| | |
|---|---|
| Maria J. Beguiristain<br>mbeguiristain@whitecase.com<br>WHITE & CASE LLP<br>Southeast Regional Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, Florida  33131<br>Telephone:  (305) 371-2700<br>Facsimile:  (305) 358-5744<br><br>Aaron Stiefel (*pro hac vice*)<br>astiefel@kayscholer.com<br>Daniel P. DiNapoli (*pro hac vice*)<br>ddinapoli@kayscholer.com<br>Soumitra Deka (*pro hac vice*)<br>sdeka@kayscholer.com<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York  10022<br>Telephone:  (212) 836-8000<br>Facsimile:  (212) 836-8689<br><br>*Attorneys for Defendants Pfizer Inc.*<br>*and Greenstone LLC* | Eric D. Isicoff<br>Isicoff@irlaw.com<br>Susan Warner<br>Warner@irlaw.com<br>ISICOFF, RAGATZ & KOENIGSBERG<br>1200 Brickell Avenue, Suite 1900<br>Miami, Florida  33131<br>Telephone:  (305) 373-3232<br>Facsimile:  (305) 373-3233<br><br>Thomas J. Parker (*pro hac vice*)<br>thomas.parker@alston.com<br>Deepro R. Mukerjee (*pro hac vice*)<br>deepro.mukerjee@alston.com<br>Poopak Banky (*pro hac vice*)<br>paki.banky@alston.com<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, New York  10016-1387<br>Telephone:  212-210-9400<br>Facsimile:   212-210-9444<br><br>*Attorneys for Defendant*<br>*Mylan Pharmaceuticals, Inc.* |