**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:12-cv-60704-PAS (consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiff,<br><br>vs.<br><br>MYLAN PHARMACEUTICALS, INC.,<br>        Defendant. | **Case No. 0:12-cv-60704-PAS** |
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiff,<br><br>vs.<br><br>PFIZER INC., and GREENSTONE LLC,<br>        Defendant. | **Case No. 0:12-cv-60705-PAS** |
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiff,<br><br>vs.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>        Defendant. | **Case No. 0:12-cv-60708-PAS** |

**NOTICE OF FILING EXHIBIT D TO DEFENDANTS'**
**OPENING CLAIM CONSTRUCTION BRIEF**

Defendants Lupin Ltd., Lupin Pharmaceuticals, Inc. and Mylan Pharmaceuticals Inc.

("Defendants") hereby by give notice of filing Exhibit D, with its attached exhibits, to

Defendants' Opening Claim Construction Brief Regarding the Indefiniteness of the Term

"Quinapril Magnesium," attached hereto.

Respectfully submitted,

| | |
|---|---|
| By: ___s/Susan V. Warner_____<br>Eric D. Isicoff<br>Isicoff@irlaw.com<br>Susan Warner | By: ___s/Susan V. Warner _____<br>Eric D. Isicoff<br>Florida Bar No.: 372201<br>Isicoff@irlaw.com |

1

| | |
|---|---|
| Warner@irlaw.com<br>ISICOFF, RAGATZ & KOENIGSBERG<br>1200 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 373-3232<br>Fax: (305) 373-3233<br><br>Robert F. Green<br>rgreen@leydig.com<br>Christopher T. Griffith<br>cgriffith@leydig.com<br>Brett A. Hesterberg<br>bhesterberg@leydig.com<br>Peter H. Domer<br>pdomer@leydig.com<br>Emer Simic<br>esimic@leydig.com<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL 60601-6731<br>Telephone: 312-616-5600<br>Facsimile: 312-616-5700<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | Susan Warner<br>Florida Bar No. 38205<br>Warner@irlaw.com<br>ISICOFF, RAGATZ &<br>KOENIGSBERG<br>1200 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 373-3232<br>Fax: (305) 373-3233<br><br>Thomas J. Parker<br>thomas.parker@alston.com<br>Deepro R. Mukerjee<br>deepro.mukerjee@alston.com<br>Poopak Banky<br>paki.banky@alston.com<br>**Alston & Bird LLP**<br>90 Park Avenue<br>New York, NY 10016-1387<br>Tel:  214-210-9400<br>Fax:  212-210-9444<br><br>*Attorneys for Defendant, Mylan Pharmaceuticals, Inc.* |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 14th day of December, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Susan V. Warner

Susan V. Warner

## SERVICE LIST

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:12-cv-60704-PAS (consolidated)**

Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
**BROAD AND CASSEL**
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone:  (954) 764–7060
Facsimile:  (954) 761–8135

*Co-Counsel:*
Robert B. Breisblatt (Fla. Bar. No. 145928)
robert.breisblatt@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (admitted *pro hac vice*)
suresh.pillai@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60607
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*