# EXHIBIT A

# Michael John Zaworotko

Department of Chemistry, University of South Florida, CHE205, 4202 E. Fowler Avenue,
Tampa, Florida, 33620-5250, USA
Ph: +(813) 974 3451          Fax: +(813) 974 3203          Cell phone: +(813) 857 8322
e-mail: xtal@usf.edu          www: http://chemistry.usf.edu/faculty/zaworotko/

## Personal

- **Date of Birth:**     14 August, 1956, Tredegar, South Wales
- **Citizenship:**      United Kingdom and Canada (Dual Citizen), Permanent resident of USA

## Education

**1974 - 77**     Imperial College, London, U.K., B.Sc. (Hons), ARCS
**1978 - 82**     University of Alabama, Ph.D. (supervisor: J.L. Atwood)

## Professional Experience

**1979 - 82**     University of Alabama, Research Assistant (Biology Department)
**1982 - 85**     University of Victoria, Post-Doctoral Fellow (S.R. Stobart)
**1985 - 89**     Saint Mary's University, Assistant Professor
**1989 - 95**     Saint Mary's University, Associate Professor
**1991 - 92**     NRC Senior Research Associate (U.S.), USAF Academy
**1994 - 97**     Saint Mary's University, Chairperson, Department of Chemistry
**1995 - 97**     Saint Mary's University, Professor
**1995 - 99**     President, Diazans Limited
**01/98 - 09/99**     Dean of Arts and Science, University of Winnipeg
**09/99 - 08/08**     University of South Florida, Chair Dept. of Chemistry
**08/08 - present**     University of South Florida, Professor of Chemistry

## Honors and Awards

Appointed as NRC Senior Research Associate (U.S. Air Force Academy), 1992
Awarded President's Award for Research Excellence, Saint Mary's University, 1994
Awarded Honorary Membership of the Academy of Science of Higher School of Ukraine, 1998
Appointed Visiting Professor, Universite Louis Pasteur, Strasbourg, 1999
Appointed Visiting Professor, Institute of Biology and Chemistry of Proteins, CNRS, Lyon, France, 2001
Appointed Conference Universitaire de Suisse Occidentale Lecturer, 2002 and 2005
Elected Fellow of the American Association for the Advancement of Science, 2011

## Memberships in Professional Organizations

1982 - present          American Chemical Society
2011 - present          American Association for the Advancement of Science

## Research Grants Awarded

1986   "Organotransition Metal Sustained Liquid Clathrates."
NSERC Operating - $16,320 - one year.
"Liquid Clathrates - Utilization as Alkylating Agents
NSERC Research Development - $12,000/yr. - two years.
"Metal Superoxide Complexes"
NSERC General  - $4,000 - one year
 "Homogeneous Catalysis using Liquid Clathrates"
Senate Research - $1,500 and $1,450 - one year.
SEED Summer Employment Subsidy - ca. $2,800

1987   "Organotransition Metal Sustained Liquid Clathrates"
NSERC Operating - $16,320 - one year.
"Determination of the Alkylating Capabilities of Anionic
Petroleum Research Fund (type B) - U.S. $10,000/yr. - two
"Room Temperature Ionic Liquids"
NSERC General - $2,500 - one year.
"Novel Applications of Liquid Clathrates"
Senate Research - $1,756 - one year.
SEED Summer Employment Subsidy - ca. $1,500.

1988   "Salt Sustained Liquid-Liquid Binary Phases"
NSERC Operating - $10,000 - one year.
"Novel Approaches to Hydrocarbon Separation Problems"
Imperial Oil Ltd. (URG) - $10,000 - one year.
"Applications of Room Temperature Liquids"
NSERC General - $4,000 - one year.
"Applications of Ionic Liquids to Separation Problems"
Senate Research - $1,600 - one year.
SEED Summer Employment Subsidy - ca. $2,000

1989   "Aspects of Arene Chemistry"
NSERC Operating - $25,844 per year for 3 years.
"Hydrocarbon Separation Properties of Molten Salts"
Imperial Oil Ltd. (URG) - $8,000 - 1 year.
"Novel Approaches to Lubricating Oil Processing"
NSERC University/Industry with Imperial Oil - $50,000 per year

1990   An internal grant of $116,000 was awarded for purchase of

1991   "X-ray crystallographic work station"
NSERC Equipment - $25,193.

1992   "Arenes: Covalent and Non-covalent Bonding"
NSERC operating - $26,810 per year for four years.
"Ionic Liquids"
NSERC General - $2,500

## Research Grants Awarded -- Continued

1993   "Crystal Engineering of Diamondoid Networks with Zeolite-Like Physical Features"
NSERC University/Industry with ICST - $60,000 - 1 year.

1994   "Crystal Engineering of Microporous Polymeric Solids"
ICST and NSERC - $89,000/year - 2 years.

1995   "Novel Biologically Active Compounds"
Contract from Shaw Group Ltd. - $100,000 - 1 year

1995   "Crystal Engineering: The Design and Application of Functional Solids"
NATO ASI - $80,000 (co-chair with K. Seddon)

1996   "Crystal Engineering of Functional Solids"
NSERC - $40,740 per year - 4 years

1996   "Low temperature device for single crystal X-ray diffractometer"
NSERC Equipment - $33,730.

1996   "Novel Biologically Active Compounds"
Contract from Shaw Group Ltd. and IRAP - $150,000 - 1 year

1996   "Guest Interactions in Crystal Engineered Host Frameworks"
NATO CRG - $11,300 (with K. Seddon, R. Rogers)

1996   "Environmental Applications of Organic Clays"
ESTAC and NSERC - $38,300 - 1 year

1996   "CCD diffractometer"
Internal Research Grant - $240,000

1998   "Novel Technology for Hog Manure Remediation – $35,000 – 1 year
Manitoba Livestock Manure Management Initiative

1998   "Environmental Applications of Organic Clays" – $75,000 – 1 year
ESTAC/NSERC (with M. Lamoureux, Saint Mary's university)

2000   "Biocomposite Materials by Design" – $20,000 – 1 year – Florida High Technology Corridor (with D. Merkler, University of South Florida)

2000   "Characterization of Polymorphs of Fluocinolone Acetonide" - $20,000 – 1 year
Bausch & Lomb Pharmaceuticals, Ltd., Tampa.

2001   "From Molecular Polygons to Discrete Faceted Polyhedra to Porous Frameworks" – $445,219 – 04/15/01 thru 03/31/04 – National Science Foundation (Division of Materials 0101641).

2001   "Synthesis, X-ray Study and Inclusion Properties of the Crown Based Extended Networks" - $35,000 – 01/01/02 thru 04/30/03 – US Civilian Research and Development Foundation (with Y. Simonov, Moldova, 20% of funds to M.Z.)

2001   "Intelligent Design of Pharmaceutical Solids" - $40,000 – 06/01/02 thru 05/31/03 – Vahlteich Research Fund (with N. Rodriguez, University of Michigan, 40% of funds to M.Z.).

2002   "Multi-Component Crystalline Pharmaceutical Phases" - $35,000 – 01/01/03 thru 12/31/03– Transform Pharmaceuticals

2003   "Integrated Interdisciplinary Nanoscience REU" – $213,000 – 01/01/03-12/31/05 – National Science Foundation (PI with co-PI's R. Walsh and P. Muisener and 7 faculty mentors).

## Research Grants Awarded -- Continued

2003    "Molecular Nanoscience Research at USF – NanomolUSF" - $50,000 – 05/01/03-04/30/05 – Interdisciplinary
Research Grant Program at USF (PI with co-PI's S. Hariharan and R. Schlaf)

2003    "Multi-Component Crystalline Pharmaceutical Phases" - $320,000 – 08/26/03 thru 08/25/07– Transform Pharmaceuticals

2003    "Novel Agricultural Chemical Formulations" - $12,000 – 09/01/03 thru 08/31/04 – Florida High Tech Corridor

2004    "Smart Porous Metal-Organic Frameworks (MOFs) for Hydrogen Recovery and Storage" - $200,000 – 01/01/05-12/31/05 – NASA (M. Eddaoudi PI, co-PI with B. Space, J. Eckert, A. Raissi, N. Mohajeri)

2005    "Purchase of a High Resolution ESI-TOF Mass Spectrometer ", $273,754 – 02/01/05-01/31/06 – NSF-CRIF (PI and major user with six other chemistry faculty)

2006    "Smart Porous Metal-Organic Frameworks (MOFs) for Hydrogen Recovery and Storage" - $125,000 – 01/01/06-12/31/06 – NASA (M. Eddaoudi PI, co-PI with B. Space, J. Eckert, A. Raissi, N. Mohajeri)

2006    "Design of pharmaceutical co-crystals", $53,300 – 02/01/06-08/31/07 – Transform Pharmaceuticals

2007    "Novel Porous Metal Organic Frameworks (MOF) for Hydrogen Storage", $882,000 – 08/15/07-08/14/10 – Department of Energy (M. Eddaoudi PI, co-PI with B. Space, J. Eckert, A. Raissi)

2008    "Functional Photocatalytic Materials for Threat Decontamination/Degradation" - $2,400,000 – 07/10/08-07/09/12 – Department of Defense (R. Larsen PI, M. Zaworotko is co-PI with M. Eddaoudi, J. Harmon and P. Zhang)

2008    "Pharmaceutical Co-Crystals for Alzheimer's Disease Therapy: Improving Clinical Properties Through Crystal Engineering" – $59,786 –07/01/08-06/30/09 - Byrd Alzheimer's Institute (M. Zaworotko PI, T. Gauthier co-PI)

2009    "Hydrogen Storage Materials with Binding Intermediate between Physisorption and Chemisorption" - $55,000- 08/17/09-08/16/10 – Department of Energy (PI of sub-contract from University of California, Santa Barbara).

2010    "KAUST-USF Metal-Organic Materials Network: Smart Materials for Energy and Environmental Sustainability" – $1,003,505 – 09/20/10-09/19/13 – KAUST Faculty Initiated Collaboration – (M. Zaworotko is PI with co-PI's B. Space, P. Zhang and J. Eckert).

2011    "Design, synthesis and properties of calixarene based metal organic materials, calix-MOMs" – $88,000 - 11/01/11-10/31/13 - CRDF Global CGP 2010/2011 Climate Change & Energy (with Institute of Organic Chemistry, National Academy of Sciences of Ukraine, Zaworotko is USF PI)

2011    "Electric Powered Adsorption Heat Pump for Electric Vehicles" - $200,000 – 12/01/11-11/30/2013 - Department of Energy ARPA-E HEATS (with Pacific Northwest Laboratory (Zaworotko is USF PI with co-PI Shengqian Ma).

## Invited Seminars

| | | |
|---|---|---|
| 1987 | . Mount Allison University |
| | . CANMET, Ottawa |
| | . Imperial Oil Limited, Sarnia |
| | . University of Waterloo |
| | . Dalhousie University |
| 1988 | . Acadia University |
| | . University of South Alabama |
| | . University of Alabama |
| 1989 | . Northern Illinois University |
| | . Brown University |
| 1990 | . University of Saskatchewan |
| | . Dalhousie University |
| 1992 | . Imperial Oil Limited, Sarnia |
| | . CANMET, Ottawa |
| | . University of Alabama |
| | . University of Mississippi |
| | . Wright Laboratory, Dayton, Ohio |
| | . Memorial University of Newfoundland* |
| 1993 | . Dalhousie University* |
| | . University of New Brunswick* |
| | . Universite Moncton* |
| | . University of Prince Edward Island* |
| | . Mount Allison University* |
| | . University of Guelph |
| | . University of Groningen |
| | . University of Alabama |
| 1994 | . Acadia University |
| | . University of Northern British Columbia |
| | . Exxon Research and Engineering, N.J. |
| 1995 | . ETH Zurich |
| | . The Queen's University of Belfast |
| | . The University of Birmingham |
| | . The University of Western Ontario |
| | . The University of Windsor |
| | . Brown University |
| 1996 | . Brown University |
| | . Northern Illinois University |
| | . National Research Council, Ottawa |
| | . Trinity College, Dublin, Ireland |
| 1997 | . The University of Waterloo |
| | . CNRS, Lyon, France |

## Invited Seminars -- Continued

| | |
|---|---|
| 1997 | . University of Siegen, Germany |
| | . Saint Mary's University |
| 1998 | . The University of Winnipeg |
| | . The University of Manitoba |
| | . Sumi State University |
| | . Institute of Physics of Ukraine |
| | . Kyiv State University |
| | . Trojan Technologies, London, Ontario |
| | . Nortran Pharmaceuticals, Vancouver |
| | . Apotex, Winnipeg |
| | . The University of Missouri, Columbia |
| | . The University of Manitoba (Physics) |
| 1999 | . Seoul National University, Korea |
| | . POSTECH, Pohang, Korea |
| | . University of South Florida |
| | . Universite Louis Pasteur, Strasbourg, France |
| | . Eastman Chemical, US |
| | . Bell Labs |
| | . University of Windsor, Canada |
| | . Constellation Technologies, Florida |
| 2000 | . Memorial University of Newfoundland, Canada |
| | . Acadia University, Canada |
| | . Mount Allison University, Canada |
| | . Saint Mary's University, Canada |
| | . University of Miami |
| | . University of Florida |
| | . Clemson University |
| | . University of Alabama |
| | . University of Mississippi |
| | . University of South Carolina |
| | . University of Prince Edward Island, Canada |
| | . Saint Francis Xavier University, Canada |
| 2001 | . University of Michigan |
| | . Universite Claude Bernard, Lyon, France |
| | . University of Winnipeg, Canada |
| 2002 | . University of South Florida, College of Medicine |
| | . University of Iowa |
| | . University of North Carolina |
| | . Worcester Polytechnic Institute |
| | . Transform Pharmaceuticals |
| | . University of Durham, England |
| | . University of Geneva, Switzerland |

## Invited Seminars -- Continued

| | |
|---|---|
| 2002 | . University of Neuchatel, Switzerland |
| | . University of Fribourg, Switzerland |
| | . University of Bern, Switzerland |
| | . University of Winnipeg, Canada |
| | . University of Brandon, Canada |
| 2003 | . World Precision Instruments, Sarasota |
| | . University of South Florida, Complex Systems Seminar Series |
| | . University of Manitoba |
| | . University of Prince Edward Island |
| | . Mount Allison University |
| | . Saint Mary's University |
| 2004 | . Georgetown University |
| | . Institute for Chemical and Engineering Sciences, Singapore |
| | . Pfizer Global Research, Groton, CT |
| | . Institut de Biologie et Chimie des Proteines, Lyon, France |
| | . Acadia University |
| | . St. Mary's University |
| | . Amgen, Thousand Oaks, California |
| 2005 | . Davidson College, NC |
| | . University of Houston |
| | . Amgen, Cambridge, Massachusetts |
| | . Johnson & Johnson Pharma R&D, Raritan, NJ |
| | . University of Notre Dame |
| | . University of Basel |
| | . University of Geneva |
| | . University of Bern |
| | . University of Lausanne |
| | . University of Notre Dame |
| 2006 | . University of Texas, San Antonio |
| | . University of Cape Town |
| | . University of Stellenbosch. S. Africa |
| | . AstraZeneca, Macclesfield, UK |
| | . Novartis, E. Hanover, New Jersey |
| 2007 | . Florida International University |
| 2008 | . Acadia University, Canada |
| 2009 | . Saint Mary's University, Canada |
| | . Sun Yat-Sen University, China |
| | . National Taiwan University, Taipei, Taiwan |
| | . Academia Sinica, Taiwan |
| | . National Chung Cheng University, Taiwan |
| 2010 | . National University of Morelos, Cuernvaca, Mexico |
| | . Northwestern University |

## Invited Seminars -- Continued

| | |
|---|---|
| 2010 | . Tulane University Medical School, Peptide Research Group |
| | . Mutual Pharma, Philadelphia |
| | . Cephalon, Frazer, PA |
| | . College of New Jersey, Ewing, NJ |
| | . Nanjing University, China |
| | . Southeast University, China |
| 2011 | . National Chemical Laboratory, Pune, India |
| | . Dr. Reddy's, Hyderabad, India |
| | . University of Hyderabad, India |
| | . Nankai University, China |
| | . Texas A&M University |
| | . University of Michigan |
| | . University of West Florida |
| 2010 | . Northwest University, X'ian, China |
| | . Luoyang Normal University, Luoyang, China |
| 2011 | . Indian Institute of Technology, Kharagpur, India |
| | . Indian Association for the Cultivation of Science, Kolkata, India |
| | . Indian Institute of Science Education and Research, Kolkata, India |
| | . Technical University of Delft, The Netherlands |
| | . Solvias AG, Basel, Switzerland |
| 2012 | . University of Milan Bicocca, Italy |
| | . Alkermes, Inc., Waltham, MA, USA |
| | . National University of Singapore |
| | . Institute of Chemical and Engineering Sciences, Singapore |
| | . Saint Francis Xavier University, Canada |
| | . Saint Mary's University, Canada |
| | . East China Normal University, Shanghai |

## Synergistic Activities

- Industrial interaction since 1998.  Funded research with the following companies:  Bausch and Lomb Pharma; Constellation Tech.; Breed Technologies; Transform Pharma; United Agricultural Services.
- Consultant for several major pharmaceutical companies.
- Organizer of 12 symposia or conferences in U.S./Canada.
- 1999-present, Member of UTEK Corporation's Scientific Advisory Council; 2003-2007, Member of Transform Pharmaceutical's Scientific Advisory Board; 2007-present, Member of Thar Pharmaceuticals Scientific Advisory Board.
- Founding Editor of *Crystal Engineering*, published by Elsevier from 1997-2003; Editorial Board *J. Chemical Crystallography*, *Crystal Growth & Design, Polyhedron*; International Advisory Committee: VIII International Seminar on Inclusion Compounds 2002, Singapore Int. Chemistry Conference 2005.
- Associate Editor of *Crystal Growth & Design*, published by the ACS, July 2006-present.
- Papers reviewed for many journals including *Science*, *Nature*, *JACS*, *Angewandte Chemie* in 2005/2006.
- Invited participant in: *Challenges for the Chemical Sciences in the 21st Century* workshop organized by NRC, 2002; *Critical Building Blocks and Tools for Sustainability in the Chemical Industry: Identifying an Agenda for National Research* National Academy of Sciences, 2005.
- Served on panels for Canadian Foundation for Innovation and NSF/EPSCOR in 2003, MRSEC preproposal committee for NSF (2004), Canadian Foundation for Innovation in 2006 and 2009, Canada Research Chairs Program (2008) AAAS Materials for Energy Applications Panel (2010), NSF CAREER Awards Panel (2010), External Advisory Board for NYU-Xavier PREM (2011), Science Foundation of Ireland (2012), NSERC Canada Grant Selection Panel (2012-2015).
- Cover art for Crystal Growth & Design (2004), Chemical Communications (2001 and 2004), Chemical Reviews (2001).
- External Reviewer for the Following Theses: M.S. (Memorial University, 1990; University of Cape Town, 1996). Ph.D. (Saskatchewan, 1990; Alabama, 1993, Waterloo, 1997; Chinese University of Hong Kong, 1999; University of Windsor, 1999; University of Hyderabad, 2003; University of Pune, 2008; IIT Guwahati, 2009; Technical University of Delft, 2011).
- Served as external reviewer of the chemistry program at Lebanese American University (2009).

**Zaworotko Group Members (November 2012):** One post-doctoral fellow (J. Eubank), 10 Ph.D. students as sole supervisor (S. Elsaidi, M. Mohamed, K. Naga, P. Nugent, S. Mukherjee, Zhenjie Zhang, Zhuxiu Zhang, Alexander Schoedel, C. Jones, S. Burd), 2 graduate students jointly supervised with M. Eddaoudi (G. Norton, H. Mouttaki).

## Administrative Experience

**09/94-12/97: Chair, Department of Chemistry, Saint Mary's University.**
**Highlights:** Academic leadership of Department at a time of faculty renewal and growth in majors and external funding.

**01/98-09/99: Dean of Arts and Science, University of Winnipeg.**
**Highlights:** Administrative leadership for 90% of faculty and programs at University of Winnipeg, responsible for strategic resource allocation within College of Arts and Science.

**09/99-08/08: Chair, Department of Chemistry, University of South Florida.**
**Highlights:** Accountable officer for a Department in one of the 10 largest universities in the U.S. (currently >47,000 students).  Department currently graduates ca. 300 majors per year, serves >130 graduate students and has 27 tenure track faculty and 16 permanent staff.  Developed a 5-year plan that resulted in the hire of 11 new faculty between 2000 and 2009.  Departmental research grants now ca. $5,000K/year (up from ca. $400K/year in 1999). Responsible for fund raising and external relations.

## Evidence of Impact

Evidence that our research has achieved impact is suggested by the quality of the journals in which we have published and the following, all of which have occurred since my move to USF in 1999:

- Listed 20th highest citation impact chemist for work published between 2000 and 2010 by Thomson Reuters on 02/10/11: http://sciencewatch.com/dr/sci/misc/Top100Chemists2000-10/
- Invited lectures (including multiple plenary and keynote lectures) at 90+ regional, national or international meetings from 01/01 thru 11/12;
- Invited seminars at 60+ universities (US, Canada, UK, France, Switzerland, China, Taiwan, India, The Netherlands) and 9 companies from 01/01 thru 11/12;
- Over 20000 citations including >2000 in 2011 alone.
- A 2001 review article was determined by ISI to be the #1 hot paper in Chemistry in July 2003 and in October 2007 was recognized by ACS as a highly cited paper: http://pubs.acs.org/journals/chreay/promo/most/highly_cited/2007/oct.html
- 2001, 2005 and 2011 hot papers in *Angewandte Chemie*, the highest impact primary literature chemistry journal;
- 5 publications with >600 citations, 12 publications with >300 citations, 48 publications with >100 citations;
- Featured in a *C&E News* articles on metal-organic materials (09/15/03), polymorphism in drugs (11/21/05) and pharmaceutical co-crystals (18/07/07);
- Featured twice as an Editor's Choice in *Science* (May 18th 2001, vol. 292, pg. 1293), *Science*, 317, 1149, 2007;
- Featured in a *Nature Materials* News and Views article (October 2002, vol. 1, pgs. 91-92);
- Patent license worth 6 figures was granted in 2006
- Eight of my former mentees are now employed by innovative pharma companies (Eli Lilly, Novartis, GSK, Johnson & Johnson, Vertex, Albany Molecular Research, Inc., Thar Pharma x2)

## Evidence of Impact -- Continued

- Two of my former honors students are now faculty members who were awarded NSF CAREER Awards (Dr. Len MacGillivray, Iowa; Dr. K. Travis Holman, Georgetown); Two of my former graduate students are now faculty members (G. McManus, Florida Gulf Coast; H. Abourahma, College of New Jersey).
- Cover art for *Crystal Growth & Design* (2004), *Chemical Communications* (2001, 2004), *Chemical Reviews* (2001) and *Chemical Society Reviews* (2009);
- > $7 million in external funding (either as PI or co-PI) since 2000;
- Associate editor of *Crystal Growth & Design*, the #1 crystallography journal in terms of impact factor;
- Community Editor for *Crystal Growth & Design Network* (www.cgdnetwork.com).
- H-index of 67.

## PUBLICATIONS

### Papers

**C = Communication; F = Full Paper; N = Note or Letter; Senior Author is underlined.**

1.  (C) Guzman, C.E.; <u>Wilkinson, G.</u>; Atwood, J.L.; Rogers, R.D.; Hunter, W.E.;  Zaworotko, M.J. "Synthesis and Crystal Structures of Chloro(trimethylphosphine)tris(trimethylsilymethyl) molybdenum(IV) and Di-μ-chloro-bis[bis(carbonyl)tri-methylphosphine(1-2-η-trimethylsilymethyl-carbonyl)molybdenum (II)]." J. Chem. Soc., Chem. Comm., 465, 1978.

2.  (F) Shakir, R.; Zaworotko, M.J.; <u>Atwood, J.L.</u> "The Crystal and Molecular Structure of K[Al2(CH3)6SCN], a Compound which Contains an S,N-bridging Thiocyanate Ligand." J. Organomet. Chem., 171, 9, 1979.

3.  (F)  Shakir, R.; Zaworotko, M.J.; <u>Atwood, J.L.</u> "Crystal and Molecular Structure of Cesium Isothiocyanatotrimethylaluminate." J. Cryst. Mol. Struct., 9, 135, 1979.

4.  (F)  Zaworotko, M.J.; <u>Atwood, J.L.</u>; Floch, L. "Crystal and Molecular Structure of 5-amino-1,2,3,4,-thiatriazole." *J. Cryst. Mol. Struct.,* <u>9</u>, 2173,1979.

5.  (F)  Zaworotko, M.J.; <u>Atwood, J.L.</u> "Crystal and Molecular Structure of $Cl_2AlN(C_2H_4N(CH_3)_2$." *Inorg. Chem.,* <u>19</u>, 268, 1980.

6.  (C)  Cetinkaya, B.; Hitchcock, P.B.; <u>Lappert, M.F.</u>; Torroni, S.; Atwood, J.L.; Hunter, W.E.; Zaworotko, M.J. "Transition-metal Complexes of Two Valence Tautomers of a Bulky Phenoxide, 2,6-Bu-t$_2$-4-MeC$_6$H$_2$O- (ArO-); Preparation and Crystal and Molecular Structure of a Phenoxytitanium (III) and a Cyclohexadienonyl Rhodium(I) Complex, $[Ti(\eta C_5H_5O_2)OAr]$ and $[Rh(ArO^{5})(PPh_3)_2]$." *J. Organomet. Chem.,* <u>188</u>. C31, 1980.

7.  (F)  <u>Rausch, M.D.</u>; Hart, W.P.; Atwood, J.L.; Zaworotko, M.J.; "The Formation and Molecular Structure of ($\eta^5$-nitrocyclopentadienyl) dicarbonyl rhodium." *J. Organomet. Chem.,* <u>197</u>, 225, 1980.

8.  (F)  Guzman, E.C.; <u>Wilkinson, G.</u>; Rogers, R.D.; Hunter, W.E.; Zaworotko, M.J.; Atwood, J.L. "Synthesis and Crystal Structures of Chloro (trimethylphosphine) tris(trimethylphosphine)(1-2-trimethyl-silylmethyl-carbonyl)molybdenum (II)." *J. Chem. Soc. Dalton Trans.,* 229, 1980.

9.  (C)  <u>Lappert, M.F.</u>; Slade, M.J.; Atwood, J.L.; Zaworotko, M.J. "Monomeric Coloured Germanium (II) and Tin (II) Di-t-butylamides, and the Crystal and Molecular Structure of $Ge(NCMe_2[CH_2]_3CMe_2)_2$." *J. Chem. Soc., Chem. Comm.,* 621, 1980.

## Papers -- Continued

10.  (C)  Cetinkaya, B; Gumrukcu, I; Lappert, M.F.; Atwood, J.L.; Rogers, R.D.; Zaworotko, M.J. "Bivalent Germanium, Tin and Lead 2,6-di-tert-butylphenoxides and the Crystal and Molecular Structures of M(OC$_6$H$_2$Me-4-But$_2$-2,6)$_2$ (M = Ge or Sn)." *J. Amer. Chem. Soc.,* 102, 2088, 1980.

11.  (F)  Stobart, S.R.; Dixon, K.D.; Eadie, D.T.; Atwood, J.L.; Zaworotko, M.J. "Transition Metal Complexes and Pyrazolyl Bridging Ligands between Very Different Metal Centers."  *Angew. Chem. Int. Ed. Eng.,* 19, 931, 1980.

12.  (C)  Lappert, M.F.; Miles, S.J.; Atwood, J.L.; Zaworotko, M.J.; Carty, A.J. "Oxidative Addition of an Alcohol to the Alkylgermanium(II) Compound Ge[CH(SiMe$_3$)$_2$]$_2$; Molecular Structure of Ge[CH(SiMe$_3$)$_2$]$_2$(H)OEt*." J. Organomet. Chem.,* 212, 1981, C4.

13.  (F)  Lappert, M.F.;, Riley, P.I.; Yarrow, P.I.W.; Atwood, J.L.; Hunter, W.E.; Zaworotko, M.J. "Metallocene Derivatives of Early Transition Metal Elements. Part 3. Synthesis, Characterization, Conformation and Rotational Barriers (Zr-C$_{sp}$$^3$) of the Zirconium (IV) Chlorides [Zr($\eta$-C$_5$H$_4$R)$_2$CH(SiMe$_3$)2)C1] and the Crystal and Molecular Structures of the t-butyl and Trimethylsilyl complexes (R = Me$_3$C or Me$_3$Si)." *J. Chem. Soc. Dalton Trans.,* 314, 1981.

14.  (C)  Beveridge, K.A.; Bushnell, G.W.; Dixon, K.R.; Eadie, D.T.; Stobart, S.R.; Zaworotko, M.J.; Atwood, J.L. "Pyrazolyl-bridged Iridium Dimers. 1. Accommodation of Both Weak and Strong Metal-metal Interactions by a Bridging Pyrazolyl Framework in Dissymmetric Dimeric Structures." J. Amer. Chem. Soc., 104, 920, 1982.

15.  (C)  Coleman, A.W.; Eadie, D.T.; Stobart, S.R., Atwood, J.L.; Zaworotko, M.J. "Pyrazolyl-bridged Iridium Dimers. 2. Contrasting Modes of Two Center Oxidative Addition to a Bimetallic System and Reductive Access to the Starting Complex: Three Key Diiridium Structures Representing Short Non-bonding and Long and Short Bonding Metal-metal Interactions." *J. Amer. Chem. Soc.,* 104, 922, 1982.

16.  (F)  Zaworotko, M.J.; Shakir, R.; Atwood, J.L.; Sriyunyongwat, V.; Reynolds, D.S.; Albright, T.A. "Synthesis and Structure of Dicarbonyl($\eta$$^5$-methylcyclopentadienyl)triphenylphosphine manganese(I)." *Acta. Cryst.,* B38, 1572, 1982.

17.  (F)  Zaworotko, M.J.; Rogers, R.D.; Atwood, J.L. "Interaction of Trimethylaluminum and Trimethylgallium with the Acetate Anion.  Synthesis and Crystal Structures of [N(CH$_3$)$_4$][Al$_2$(CH$_3$)$_6$CH$_3$COO] and Rb[Ga$_2$(CH$_3$)$_6$CH$_3$COO]." *Organometallics,* 1, 1179, 1982.

18.  (F)  Eadie, D.T.; Dixon, K.R.; Stobart, S.R.; Zaworotko, M.J.; Atwood, J.L. "Crystal and Molecular Structures of Tetrafluoroborate Salts of the Cis-chlorobis-(triethylphosphine)(3-trifluoromethyl, 5-methyl-pyrazole)  platinum(II) and cis-chlorobis-(triethylphosphine)(indazole) platinum(II) cations". *Inorg. Chem.,* 22, 774, 1983.

## Papers -- Continued

19.   (C)   Atwood, J.L.; Zaworotko, M.J. "The Formation and Structure of the Novel Aluminoxane Anion [Me$_2$AlOAlMe$_3$]$_2$$^{2-}$". *J. Chem. Soc., Chem. Comm.,* 302, 1983.

20   (C)   Bushnell, G.W.; Fjeldsted, D.O.K; Stobart, S.R.; Zaworotko, M.J. "Two-Centre Oxidative Addition of Hexafluorobut-2-yne to a Bis(μ-pyrazolyl)-di-iridium(I) Complex Leading to Bridge Elimination via H-transfer from Coordinated COD: X-ray Crystal Structure of a Mixed-bridge Mixed-Valence Iridium Dimer Incorporating a (1-3,5,6 η-C$_8$H$_{11}$) Ligand." *J. Chem. Soc., Chem. Comm.,* 580, 1983.

21.   (N)   Atwood, J.L.; Berry, D.E.; Stobart, S.R.; Zaworotko, M.J. "Aspects of Organocadmium Chemistry. Part 3. Cyclometallated Alkyls and Aryls of Zn, Cd and Hg and the Crystal and Molecular Structure of Bis[o-N,N-dimethyl-amino-methyl)phenyl]-mercury(II)." *Inorg. Chem.,* 22, 3480, 1983.

22.   (F)   Beveridge, K.A.; Bushnell, G.W.; Stobart, S.R.; Atwood, J.L.; Zaworotko, M.J. "Pyrazolyl-bridged Iridium Dimers. 4. Crystal and Molecular Structures of Bis(cyclooctta-1,5-diene) bis(μ-pyrazolyl) diiridium(I), its Dirhodium(I) Isomorph, and Two Bis(cyclooctta-1,5-diene) Analogues Incorporating 3,5-disubstituted μ-pyrazolyl Ligands." *Organometallics,* 2, 1447, 1983.

23.   (C)   Auburn, M.J.; Holmes-Smith, R.D.; Stobart, S.R.; Zaworotko, M.J.; Cameron T.S.; Kumari, A. "The Phosphinomethylsilyl Group as a Bifunctional Bridging Ligand. X-ray Crystal Structure of Hexacarbonyl bis(μ-diphenylphosphino-methyldimethylsilyl)diruthenium(II), and of its Reaction Product with Trifluoroacetic Acid, a Mononuclear Ruthenium(II) Complex Incorporating a Unique Co-ordinated Silanol." *J. Chem. Soc., Chem. Comm.,* 1523, 1983.

24.   (C)   Decker, M.J.; Fjeldsted, D.O.K.; Stobart, S.R.; Zaworotko, M.J. "Weak Intermetallic Bonding.  A Rare Example of Molecular Stacking in a Neutral Square-planar Second-row Transition Metal Complex. X-ray Crystal Structures of [Rh(cod)(C1)(dmpH)] and [Rh(CO)$_2$)(C1)(pzH)] (cod = cyclooctta-1,5-diene; dmpH = 3,5-dimethylpyrazole; pzH = pyrazole)." *J. Chem. Soc., Chem. Comm.,* 1525, 1983.

25.   (C)   Bushnell, G.W.; Stobart, S.R.; Vefghi, R.; Zaworotko, M.J. "Addition of Diphenylphosphine to a Bis(μ-pyrazolyl)diiridium(I) Complex Resulting in H-transfer to a Co-ordinated Cyclooctta-1,5-diene: X-ray Crystal Structure of an Iridium Dimer Incorporating Unsymmetrical Pyrazole and Phosphido Bridging Groups and 1-,4-5-η-C$_8$H$_{13}$ Ligand." *J. Chem. Soc. Chem. Comm.,* 282, 1984.

26.   (C)   Stobart, S.R. and Zaworotko, M.J. "Influence on Transition-metal Arene Complex Formation of Hydrogenation and Rearrangement of Polyaromatic Substrates Induced by Aluminum Trichloride. Octahydrophenanthrene Complexes from Tetralin: X-ray Crystal and Molecular Structure of η$^5$-1,2,3,4,5,6,7,8,9-endo-nonahydro-9-exo-methylphenanthrenyl(tri-carbonyl) manganese." *J. Chem. Soc., Chem. Comm.,* 1700, 1984.

## Papers -- Continued

27.   (F)  Atwood, J.L.; Beveridge, K.A.; Bushnell, G.W.; Dixon, K.R.; Eadie, D.T.; Stobart, S.R.; Zaworotko, M.J. "Pyrazolyl-bridged Iridium Dimers. 6. Two-fragment, Two-center Oxidative Addition of Halogens and Methyl Iodides to trans-bis(triphenylphosphine)dicarbonyl bis($\mu$-pyrazolyl)diridium(I)." *Inorg. Chem.,* 23, 4050, 1984.

28. (C)   Auburn, M.J.; Grundy, S.L.; Stobart, S.R.; Zaworotko, M.J. "Phosphinoalkylsilyl Complexes. 6. Isolation of a Silyl Complex of Iridium(I). Crystal and Molecular Structure of Dicarbonyl-(triphenylphosphine)[(diphenylphosphinoethyl)dimethylsilyl]iridium." *J. Amer. Chem. Soc.,* 107, 266, 1985.

29.   (F)  Zaworotko, M.J.; Kerr, C.R.; Atwood, J.L. "Reaction of the Phenoxide ion with Trimethylaluminum. Isolation and Crystal Structure of [K.dibenzo-18-crown-6][Al$_2$Me$_6$OPh] and K[AlMe$_2$(OPh)$_2$]." *Organometallics,* 4, 238, 1985.

30.   (F)  Bushnell, G.W.; Fjeldsted, D.O.K.; Stobart, S.R..; Zaworotko, M.J.; Knox, S.A.R.; MacPherson, K.A. "Pyrazolyl-bridged Iridium Dimers. 7. Synthesis and Properties of Bridge-substituted Analogues of [Ir(COD)($\mu$-pz)]$_2$, pzH = pyrazole, the 'Mixed Bridge' Complex [Ir$_2$(COD)$_2$($\mu$-pz)($\mu$fpz)], pfzH-3,5,-bis(trifluro-methyl)pyrazole, and the 'Mixed Metal' Dimer [IrRh(COD)$_2$($\mu$pz)$_2$]. Crystal and Molecular Structures of Bis(cyclooctadiene)-bis($\mu$-3-phenyl-5-methylpyrazolyl) diiridium(I) (Disymmetric Isomer) and Bis(cycloocta-1,5-diene)bis-($\mu$-3,4,5-trimethylpyrazolyl) diiridium(I)". *Organometallics,* 4, 1107, 1985.

31.   (F)  Zaworotko, M.J.; Stamps, R.J.; Ledet, M.T.; Zhang, H; Atwood, J.L. "Heterocyclophane Complexes of Transition Metals. 1. Synthesis and Crystal Structure of Both ($\eta^5$-[2,2](2,5)pyrolloparacyclophane) tricarbonylchromium and (($\eta^5$[2,2](2,5)pyrolloparacyclophane) tricarbonylchromium." *Organometallics,* 4, 1697, 1985.

32.   (C)  Fjeldsted, D.O.K.; Stobart, S.R.; Zaworotko, M.J. "Pyrazolyl-bridged Iridium Dimers. 10. Sequential Addition at the Metal Centers in a Diiridium Configuration.  Oxidatively Induced Relocation of a Bent, Terminal Nitrosyl Group to Occupy a Bridging Site." *J. Amer. Chem. Soc.,* 107, 8258, 1985.

33.   (C)  Stobart, S.R.; Zaworotko, M.J. "Hydrogenation and Rearrangement of Coal Related Aromatic and Hydroaromatic Molecules Promoted under Mild Conditions by Aluminum Trichloride." *Fuel,* 64, 1623, 1985.

34.   (F)  Hood, R.D.; Vedel-MacRander, G.C; Zaworotko, M.J.; Tatum, F.M.; Meeks, R.G. "Distribution, Metabolism, and Fetal Uptake of Pentavalent Arsenic in Pregnant Mice Following Oral and Intraperitoneal Administration." *Teratology,* 35, 19, 1987.

## Papers -- Continued

35.   (F)   Holmes-Smith, R.D.; Stobart, S.R.: Vefghi, R.; Zaworotko, M.J.; Jochem, K.; Cameron, T.S. "Phosphinoalkylsilyl Complexes, Part 7*." J. Chem. Soc. Dalton Trans.,* 969, 1987.

36.   (F)   Hood, R.D., Vedel, G.C.; Zaworotko, M.J.; Tatum, F.M.; Meeks, R.G. "Uptake, Distribution and Metabolism of Trivalent Arsenic in the Pregnant Mouse." *J. Tox. Environ. Health,* 25, 419, 1988.

37.   (C)   Gaudet, M.V.; Peterson, D.C.; Zaworotko, M.J.  "Ternary Hydrogen Halide/base/benzene Mixtures:  A New Generation of Liquid Clathrates." *J. Incl. Phenom.,* 6, 425, 1988.

38.   (C)   Cameron, T.S.; Clerk, M.D.; Linden, A; Sturge, K.C.; Zaworotko, M.J. "Interaction of Trialkylaluminum Reagents with Organotransition Metal   -complexes: One Step, High Yield Ethylation of [(arene)$_2$Fe]$^{2+}$ cations." *Organometallics,* 7, 2571, 1988.

39.   (F)   Gaudet, M.V.; Hanson, A.W.; White, P.S.; Zaworotko, M.J. "Synthetic Applications of Trialkyaluminum Reagents: Alkylation and Reduction of Transition Metal Complexed $\pi$-hydrocarbon Ligands."  *Organometallics,* 8, 286, 1989.

40.   (F)   Dubois, R.H.; Zaworotko, M.J.; White, P.S. "Conformational Variability in  $\pi$-Complexes of Hexaethylbenzene. Crystal and Molecular Structure of [C$_6$Et$_6$)(C$_5$H$_5$)Fe]BPh$_4$." *J. Organomet Chem.,* 362, 155, 1989.

41.   (N)   Gaudet, M.V.; Zaworotko, M.J.; White, P.S. "X-ray Crystallographic Characterization of Hydrogen Bonding Interactions in Piperidinium Chloride and Piperidinium Tetrachloraluminate: Relevance to the Structure of Room Temperature Melts."  *Inorg. Chem.,* 28, 1191, 1989.

42.   (F)   Gaudet, M.V.; Zaworotko, M.J.; Cameron, T.S.; Linden, A. "Crystal and Molecular Structure and Unsual Hydrocarbon Solubility Properties of (C$_5$H$_5$)$_2$ZrC1 (A1C1$_4$):  Relevance to Ziegler-Natta Polymerization Chemistry." *J. Organomet. Chem.,* 367, 267, 1989.

43.   (C)   Dubois, R.H.; White, P.S.; Zaworotko, M.J.  "Complex Hydrogen Bonded Cations.  X-ray Crystal Structure of [(benzylammonium)$_4$C1][A1C1$_4$]$_3$ and its Relevance to the Structure of Basic Chloroaluminate Room Temperature Melts."  *Inorg. Chem.,* 28, 2019, 1989.

44.   (C)   Clerk, M.D.; Sturge, K.C.; White, P.S.; Zaworotko, M.J.  "Trimethylaluminum Mediated Chloromethylation of ([arene]$_2$Fe)$^{2+}$ Cations*." J. Organomet. Chem.,* 368, C33, 1989.

45.   (F)   Zaworotko, M.J.; Cameron, T.S.; Linden, A.; Sturge, K.C.  "Structures of the Tetrachloroaluminate Salts of the N-ethylpyridinium, 2-ethylpyridinium, Pyridinium and 1-chloromethyl 1,2,3,4,5,6-hexamethylbenzenonium Cations."  *Acta Cryst.,* C45, 996, 1990.

## Papers -- Continued

46.  (F)  Zaworotko, M.J.; Sturge, K.C.; White, P.S. "Crystal and Molecular Structure of ( $^5$-1,3,5-trimethyl-6-phenylcyclohexadienyl)($\eta^5$-cyclopentadienyl)iron, a Mixed Full Sandwich Iron(II) Complex." J. Organomet. Chem., 389, 333, 1990.

47.  (C)  Sturge, K.C.; Zaworotko, M.J. "Pseudoferrocenes." *J. Chem. Soc., Chem. Comm.,* 1244, 1990.

48.  (F)  Clerk, M.D.; Zaworotko, M.J.; Borecka, B.; Cameron, T.S.; Hooper, D.L.; Linden, A. "Synthesis, Characterization and Dynamic Behaviour of Pseudoferrocene Complexes." *Canad. J. Chem.,* 68, 1923, 1990.

49.  (F)  Zaworotko, M.J.; Atwood, J.L.; Priester, R.D. "Structure, Conformation and Reactivity of Organotransition Metal Π-complexes. Part 2. X-ray Crystallographic Characterization of Two Neutral Half-Sandwich Cr(CO)$_3$ Complexes." *J. Coord. Chem.,* 22, 209, 1990.

50.  (F)  Martell, J.M.; Zaworotko, M.J., "Synthesis and Structure of Mixed Chloride-Tetrachloroaluminate Salts". *J. Chem. Soc., Dalton Trans.*, 1495, 1991.

51.  (F)  Zaworotko, M.J., Sturge, K.C.; Nunez, L.; Rogers, R.D. "Sterically Crowded Organometallics. Influence of Complexation upon the Conformation of Hexakis(phenylethyl)benzene". *Organometallics*, 10, 1806, 1991.

52.  (F)  Christie, S.; Dubois, R.H.; Rogers, R.D.; White, P.S.; Zaworotko, M.J. "Air Stable Liquid Clathrates: Solid State Structure of and Hydrocarbon Solubility of Organic Cation Triodide Salts."  *J. Incl. Phenom.* 11, 103, 1991.

53.  (F)  McAuley, A., Whitcombe, T.W.; Zaworotko, M.J. "Crystal and Solution Structure of Two Dinuclear Hexadentate Macrocyclic Complexes of Palladium". *Inorg. Chem.,* 30, 3513, 1991.

54.  (C)  Clerk, M.D.; Zaworotko, M.J., "High Nuclearity Manganese Carbonyl Complexes". *J. Chem. Soc., Chem. Comm.*, 1607, 1991.

55.  (F)  Atwood, J.L.; Christie, S.D.; Clerk, M.D.; Osmond, D.A.; Sturge, K.C.; Zaworotko, M.J. "Interaction of Alkylaluminum Reagents with Organotransiton Metal Arene Complexes: Net Addition of Alkide, Haloalkide, and Dichloromethide to [(arene)$_2$Fe]$^{2+}$ Cations". *Organometallics*, 11, 337, 1992.

56.  (F)  Hunter, A.D., Shilliday, L; Mozol, V.; Furey, W.S.; Zaworotko, M.J. "Systematic X-ray Crystallographic Study of the Structural Manifestations of  $\pi$-donor and $\pi$-acceptor Substituent Effects in Substituted ($\eta^6$-arene)Cr(CO)$_3$ Complexes". *Organometallics*, 11, 1550, 1992.

## Papers -- Continued

57.    (F)  <u>Cameron, T.S.</u>, Linden, A.; Sturge, K.C; <u>Zaworotko, M.J.</u> "Crystal Structure of Bis($\eta^6$-mesitylene) iron (II) Hexafluorophosphate". *Helv. Chim. Acta* <u>75</u>, 294, 1992.

58.    (F)  <u>Vaughan, K.;</u> Cameron, L.; Christie, S.; Zaworotko, M.J. "Structures of the Isomeric Triazene 1-oxides 3-(4-ethoxycarbonylphenyl)-1-methyl triazene 1-oxide (<u>1</u>) and 3-(2-ethoxycarbonylphenyl)-1-methyl triazene 1-oxide (<u>2</u>)".  *Acta Crystallogr.*, <u>C48</u>, 1985, 1992.

59.    (C)  Clerk, M.D.; Copp, S.B.; Subramanian, S.; <u>Zaworotko, M.J.</u> "Supramolecular Properties of [Mn(CO)$_3$($\mu_3$-OH)]$_4$, a Neutral Organometallic Molecule that is Capable of Binding a Variety of Small and Large Guest Molecules". *Supramolecular Chem.*, <u>1</u>, 7, 1992.

60.    (C)  Wilkes, J.S.; <u>Zaworotko, M.J.</u> "Air and Water Stable 1-methyl-3-ethylimidazolium Based Ionic Liquids". *J. Chem. Soc., Chem. Comm.*, 965, 1992.

61.    (N)  Koch, L.; Ridge, D.S.; MacGillivray, L.; Zaworotko, M.J.; <u>Piers, W.E.</u> "C-S Bond Cleavage at an Electrophilic Zirconium Center: Synthesis, Structure and Thermal Decomposition of [Cp$_2$Zr(S-t-C$_4$H$_9$)(THF)][BPh$_4$]".  *Organometallics*, <u>11</u>, 3148, 1992.

62.     (P) Boate, D.; Zaworotko, M.J. "Organic Non-quaternary Clathrate Salts for Petroleum Separation." U.S. Patent 5,220,106, issued 15th June 1993.

63.    (C)  McAuley, A.; <u>Subramanian, S.;</u> Zaworotko, M.J. "Coordination Polymerization of a Binuclear Copper(II) Macrocyclic Cation Through Self-Assembly." *J. Chem. Soc., Chem. Comm.*, 1321, 1992.

64.    (C)  Wilkes, J.S.; <u>Zaworotko, M.J.</u> "Manifestations of Noncovalent Interactions in the Solid State. Dimeric and Polymeric Self-Assembly in Imidazolium Salts via Face-to-Face Cation-Cation $\pi$-Stacking." *Supramolecular Chem.*, <u>1</u>, 191, 1993.

65.    (C)  Copp, S.B.; Subramanian, S.; <u>Zaworotko, M.J.</u> "Supramolecular Chemistry of [Mn(CO)$_3$($\mu_3$-OH)]$_4$: Assembly of a Cubic Hydrogen-Bonded Diamondoid Network with 1,2-diaminoethane." *J. Amer. Chem. Soc.*, <u>114</u>, 8719, 1992.

66.    (F)  Subramanian, S.; Wang, L.; <u>Zaworotko, M.J.</u> "Sterically Crowded Organometallics. 2. Influence of Complexation and Intramolecular Bonding on Arboroles." *Organometallics*, <u>12</u>, 310, 1993.

67.    (F) Christie, S.D.; Clerk, M.D.; <u>Zaworotko, M.J.</u> "Trimethylamine-N-oxide Induced Disproportionation of Re$_2$(CO)$_{10}$: Synthesis and X-ray Crystal Structure of [*fac*-Re(CO)$_3$(ONMe$_3$)][ReO$_4$]." *J. Cryst. Spec. Research*, <u>23</u>, 591, 1993.

## Papers -- Continued

68.   (F)  Subramanian, S.; Zaworotko, M.J. "Manifestations of Noncovalent Interactions in the Solid State.  3.  Synthesis and X-ray Crystal Structures of $[H_4(cyclam)][FeCl_5(OH_2)]Cl_2$ and $[H_4(cyclam)][CF_3COO]_4$, Two Network Hydrogen Bonded Solids."  *Canad. J. Chem.*, 71, 433, 1993.

69.   (C)  Copp, S.B.; Subramanian, S.; Zaworotko, M.J. "Formation of Interwoven 2-D Networks by the Spontaneous Strict Self-Assembly $[M(CO)_3(\mu_3-OH)]_4$ (M = Mn, Re) and Complementary Angular "Spacer" Molecules. *Angew. Chem.*, *Int. Ed. Engl.*, 32, 706, 1993.

70.   (C)  Copp, S.B.; Subramanian, S.; Zaworotko, M.J. "Supramolecular Chemistry of $[M(CO)_3(\mu_3-OH)]_4$ (M = Mn, Re): Spontaneous Strict Self-Assembly of Distorted Super-Diamondoid Networks that are Capable of Enclathrating Acetonitrile."  *J. Chem. Soc. Chem. Comm.,* 1078, 1993.

71.   (C)  Subramanian, S.; Zaworotko, M.J. "Self-Assembly of $[H_4(cyclam)]Cl_4$ (cyclam = 1,4,8,11-tetraazacyclotetradecane) into a 3-D Polymeric Network with Microchannels that sustain a Symmetrical 1-D Polymer of Water Molecules." *J. Chem. Soc., Chem. Comm.*, 952, 1993.

72.   (C)  Fryzuk, M.D.; Mao, S.S.H.; Zaworotko, M.J.; MacGillivray, L.R. "The First Zirconium Alkylidene Complex Formed via  -Hydrogen Abstraction: Synthesis and X-ray Crystal Structure of $[\eta^5-C_5H_3-1,3-(SiMe_2CH_2PPr^i_2)_2]Zr=CHPh(Cl)$". *J. Amer. Chem. Soc.*, 115, 5336, 1993.

73.   (N)  Christie, S.; Subramanian, S.; Wang, L.; Zaworotko, M.J. "Ionic Liquid Mediated Synthesis and X-ray Crystal Structure of *trans*-Difluoro-tetrakis(1-methylimidazole)Iron(III) Tetrafluoroborate". *Inorg. Chem.*, 32, 5415, 1993.

74.   (F)  Boutilier, K.; MacGillivray, L.R.; Subramanian, S.; Zaworotko, M.J. "Ionic Liquid Mediated Preparation and X-ray Crystal Structure of $[1-methylimidazolium]_2[cis-MoO_2(salicylato-O^1,O^2)_2]$". *J. Cryst. Spec. Res.*, 23, 773, 1993.

75.   (F) Subramanian, S.; Zaworotko, M.J. "X-ray Crystal Structure of *trans*-dichlorobis(2,4,6-collidine)copper(II)". *J. Cryst. Spec. Res.*, 23, 1019, 1993.

76.   (C) Fryzuk, M.D.; Mylvaganam, M.; Zaworotko, M.J.; MacGillivray, L.R. "Synthesis of Mononuclear Paramagnetic Zirconium (III) Derivatives" *J. Amer. Chem. Soc.*, 115, 10360, 1993.

77.   (C) Piers, W.E.; MacGillivray, L.R.; Zaworotko, M.J. "Reversible Interconversion of Permethylscandocene Tellurolates and Tellurides.  X-ray Structure of $[(C_5Me_5)_2Sc]_2(\mu-Te)$". *Organometallics*, 12, 4723, 1993.

## Papers -- Continued

78.   (C)  MacGillivray, L.R.; Subramanian, S.; Zaworotko, M.J. "Interwoven Two and Three Dimensional Coordination Polymers Through Self-Assembly of Cu(I) Cations with Linear Bidentate Ligands". *J. Chem. Soc., Chem. Commun.*, 1325, 1994.

79.   (F)  Bridson, J.N.; Copp, S.B.; Schriver, M.J.; Zhu, S.; Zaworotko, M.J. "The preparation of 1,2,3,5-dithiadiazolium chlorides from the reaction of nitrile sulphides with thiazyl chloride". *Can. J. Chem.*, 72, 1143, 1994.

80.   (F)  Piers, W.E.; Parks, D.J.; MacGillivray, L.R.; Zaworotko, M.J. "Mechanistic aspects of the thermal and photochemical interconversion of permethylscandocene tellurolates and tellurides. X-ray structures of $(C_5Me_5)_2ScTeCH_2C_6H_5$, $[C_5Me_5)_2Sc]_2(\mu\text{-}Te)$, and $[C_5Me_5)_2Sc]_2(\mu\text{-}Se)$" *Organometallics*, 13, 4547, 1994.

81.   (N)  Surette, J.K.D.; MacDonald, M.-A.; Zaworotko, M.J.; Singer, R.D. "X-ray crystal structure of 1,4-diphenylbutadiyne". *J. Chem. Crystallogr.*, 24, 715, 1994.

82.   (C)  Piorko, A.; Christie, S.; Zaworotko, M.J. "Structure of ($\eta^5$-cyclopentadienyl)(5a,6,7,8,9,9a-$\eta^6$-1,4-benzodioxin[2,3-b]pyridine)iron(II) hexafluorophosphate". *Acta Crystallogr.*, C50, 1544, 1994.

83.   (C)  Christie, S.; Piorko, A.; Zaworotko, M.J. "The Structure of ($\eta^5$-cyclopentadienyl)(1,2,3,4,4a,10a-$\eta^6$-2-methylthianthrene)iron(II) hexafluorophosphate". *Acta Crystallogr.*, C50, 1868, 1994.

84.   (N)  MacGillivray, L.R.; Zaworotko, M.J. "Crystal and molecular structure of 2,6-dihydroxybenzoic acid." *J. Chem. Crystallogr*., 24, 703, 1994.

85.   (C)  Christie, S.D.; Subramanian, S.; Thompson, L.K.; Zaworotko, M.J. "Strict self-assembly of $[Fe(cyclam)]^{3+}$ and hydrogen-bis-(1,1'-ferrocenedicarboxylate)$^{3-}$ into a novel mixed valent one-dimensional polymer that contains an $Fe^{III}N_4O_2$ chromophore." *J. Chem. Soc., Chem. Commun.*, 2563, 1994.

86.   (F)  Mu, Y.; Piers, W.E.; MacGillivray, L.R.; Zaworotko, M.J. "New ligand environments for soluble Ziegler-Natta olefin polymerization catalyst precursors.  X-ray structures of $[(\eta^5\text{-}C_5Me_4Si(Me_2)OCH_2C_4H_7NH)ZrCl_3$ and $[(\eta^5\text{-}C_5Me_4SiMe_3)_2Zr_2(CH_3)_2(\mu\text{-}\eta^2\text{-}C_5H_9NO)_2]$". *Polyhedron*, 14, 1, 1995.

87.   (N) Piorko, A.; Christie, S.; Zaworotko, M.J. "Structure of the hexafluorophosphate salts of cyclopentadienyliron(II) complexes of dibenzodioxin and 1-methyldibenzodioxin". *Acta Crystallogr.*, C51, 26, 1995.

## Papers -- Continued

88.   (N)  Holman, T.K.; <u>Zaworotko, M.J.</u> "Crystal and molecular structure of $[Mn(CO)_3(\mu_3\text{-}OH)]_4$". *J. Chem. Crystallogr.*, <u>25</u>, 93, 1995.

89.   (F)  <u>Schriver, M.J.</u>; Zaworotko, M.J. "X-ray structure of 5-phenyl-1,3,4-oxathiazol-2-one". *J. Chem. Crystallogr.*, <u>25</u>, 25, 1995.

90.   (F) Fischer, J.; <u>Piers, W.E</u>.; MacGillivray, L.R.; Zaworotko, M.J. *Inorg. Chem.*, <u>34</u>, 2499, 1995.

91.   (F)  Subramanian, S.; <u>Zaworotko, M.J.</u> "Manifestations of noncovalent bonding in the solid state. 6. $[H_4(cyclam)]^{4+}$ (cyclam = 1,4,8,11-tetraazacyclotetradecane) as a template for crystal engineering of network hydrogen bonded solids".  *Canad. J. Chem.*, <u>73</u>, 414, 1995.

92.   (F)  Copp, S.B.; Holman, T.K.; Sangster, J.O.S.; Subramanian, S.; <u>Zaworotko, M.J.</u> "Supramolecular Chemistry of $[M(CO)_3(\mu_3\text{-}OH)]_4$ (M = Mn,Re): A Modular Approach to Crystal Engineering of Superdiamondoid Networks." *J. Chem. Soc., Dalton Transactions*, 2233, 1995.

93.   (C) Spence, R.E. vH.; <u>Piers, W.E.</u> ; MacGillivray, L.R.; Zaworotko, M.J. *Acta Cryst., Sect. C*, C51, 1688, 1995.

94.   (C) Spence, R.E. vH.; Parks, D.J.; <u>Piers, W.E.</u> ; MacDonald, M.; Zaworotko, M.J.; Rettig, S.J. "Competing Pathways in the Reactions of Bis-(pentafluorophenyl)borane with Dimethylzirconocene: $\alpha$-Elimination vs Methyl-Hydride Exchange and an Example of Pentacoordinate Carbon." *Angew. Chem.,Int. Ed. Engl.,* <u>34</u>, 1230, 1995.

95.   (C) Bullerwell, W.L.; MacGillivray, L.R.; Zaworotko, M.J.; <u>Vaughan, K.</u> Wilman, D.E.V. "1-(p-carbamoylphenyl)-3,3-dimethyltriazene, an Antitumour Agent." *Acta Cryst.*, <u>C51</u>, 2624-2627, 1995.

96.   (F) <u>Abd-El-Aziz, A.S.</u>; de Denus, C.R.; Zaworotko, M.J.; MacGillivray, L.R. "Controlled Design of Oligomeric Ethers with Pendant Cyclopentadienyliron Moieties" *J. Chem. Soc., Dalton Transactions*, 3375-3393, 1995.

97.   (C) Subramanian, S.; <u>Zaworotko, M.J.</u> "Porous Solids by Design: $[Zn(4,4'\text{-}dipyridyl)_2(SiF_6)]_\infty\bullet$x DMF, a Single Framework Octahedral Coordination Polymer with Large Square Channels" *Angew. Chem., Int. Ed. Engl.*, <u>34</u>, 2127-29, 1995.

98.   (F) Bostick, T.M.; Christie, S.D.; Connolly, T.J.; Copp, S.; <u>Langler, R.F.</u>; Reid, L.; Zaworotko, M.J. "A Novel Cyclopropanation." *Austral. J. Chem.,* 49, 243-247, 1996.

99.   (F) Abourahma, H.; Copp, S.B.; MacDonald, M.-A.; Melendez, R.E.; Batchilder, S.D.; <u>Zaworotko, M.J.</u> "Network Hydrogen Bonding in Two New Cocrystals Sustained by $[Mn(CO)_3(OH)]_4$, a tetrahedral hydrogen bond donor." *J. Chem. Crystallogr.*, <u>25</u>, 731-736, 1995.

## Papers -- Continued

100. (C) Robinson, F.; <u>Zaworotko, M.J.</u> "Triple Interpenetration in [Ag(4,4'bipyridine)][NO$_3$], a Cationic Polymer with a 3-D Motif Generated by Self-Assembly of "T-shape" Bulding Blocks."  *J. Chem. Soc., Chem. Commun.,* 2413, 1995.

101. (C) Fischer, J.M.; <u>Piers, W.E.</u>; Pearce-Batchilder, S.D.; Zaworotko, M.J. "Titanium-Mediated Heterodehydrocoupling of Tributylstannane and Tellurium. X-ray Structure of (C$_5$Me$_5$)$_2$TiTeSn(C$_6$H$_5$)$_3$." *J. Amer. Chem. Soc.,* <u>118</u>, 283-284, 1996.

102. (F) Jefford, V.J.; <u>Schriver, M.J.</u>; Zaworotko, M.J. "The selective complexation of adamantane nitriles by tungsten pentacarbonyl*" Canad. J. Chem.,* <u>74</u>, 107-113, 1996.

103. (F) Melendez, R.E.; <u>Zaworotko, M.J.</u> "Towards Crystal Engineering of Organic Porous Solids: Diammine Salts of Trimesic Acid." *Supramolecular Chem.,* <u>8</u>, 157-168, 1997.

104. (F) Robinson, F.; Melendez, R.E.; <u>Zaworotko, M.J.</u> "The Origin of Polarity in Hydrogensulfate Salts."*Supramolecular Chem*. <u>7</u>, 275-293, 1996.

105. (F) Losier, P., <u>Zaworotko, M.J.</u> "X-ray crystal structure of *trans*-dinitratotetrapyridinezinc(II) pyridine solvate, a clathrate compound.*" J. Chem. Crystallogr.,* <u>26</u>, 277-280, 1996.

106. (N) Losier, P., MacQuarrie, D., <u>Zaworotko, M.J.</u> "X-ray Crystal Structure of *trans*-dichlorobis(2,6-lutidine)palladium(II)." *J. Chem. Crystallogr*., <u>26</u>, 301-304, 1996.

107. (F) Mu, Y.; <u>Piers, W.E.</u>; MacQuarrie, D.C.; Zaworotko, M.J.; Young, V.G., Jr., *Organometallics*, <u>15</u>, 2720, 1996.

108. (F) Fischer, J.M.; <u>Piers, W.E.</u>; Ziegler, T.; MacGillivray, L.R.; Zaworotko, M.J. *Chem. Eur. J.,* <u>2</u>, 1221, 1996.

109. (F) Mu, U.; <u>Piers, W.E.</u>; MacQuarrie, D.C.; Zaworotko, M.J. *Canad. J. Chem.*, <u>74</u>, 1696, 1996.

110. (C) Furey, W.S.; Sharma, C.V.K.; <u>Zaworotko, M.J.</u> "A Two Dimensional Clathrate: Tetraethylammonium Terephthalate•6H$_2$O." *Supramol. Chem.,* <u>8</u>, 9-11, 1996.

111. (C)  Melendez, R.E.; Sharma, C.V.K.; <u>Zaworotko, M.J.;</u> Bauer, C.; Rogers, R.D."Toward Design of Organic Porous Solids: Modular Honeycomb Grids Sustained by Anions of Trimesic Acid." *Angew. Chem., Int. Ed. Engl.,* <u>35</u>, 2213, 1996.

112. (C) Losier, P., <u>Zaworotko, M.J.</u> "A Non-interpenetrated Molecular Ladder with Hydrophobic Cavities" *Angew. Chem., Int. Ed. Engl.*, <u>35</u>, 2779-2782, 1996.

## Papers -- Continued

113. (C) Sharma, C.V.K.; Zaworotko, M.J. "The X-ray Crystal Structure of Trimesic Acid ·1.5 (4,4'-Bipyridine): A Super Trimesic Acid Chicken-wire Grid". *Chem. Commun.*, 2655, 1996.

114. (C) Davies, C.; Langler, R.F.; Sharma, C.V.K.; Zaworotko, M.J. "A Supramolecular Carpet Formed via Self-Assembly of 4,4'-dihydroxyphenylsulfone" *Chem. Commun..,* 567-568, 1997.

115. (I)  Zaworotko, M.J. "Cooperative Bonding Affords a Holesome Story". *Nature*, 386, 220-221, 1997.

116. (C) Hennigar, T.L.; Losier, P.; MacQuarrie, D.C.; Zaworotko, M.J.; Rogers, R.D..  "Supramolecular Isomerism in Coordination Polymers: Manifestations of Ligand Flexibility in [Co(NO$_3$)$_2$(1,2-bis(4-pyridyl)ethane)$_{1.5}$]$_n$". *Angew. Chem., Int. Ed. Engl.*, 36, 972-973, 1997.

117. (F) Hansen, V.M.; Batchelor, R.J.; Einstein, F.W.B.; Male, J.L.; Pomeroy, R.K.; Zaworotko, M.J. Restricted Rotation about the Arene-Iron Bond in (arene)Fe(CO)(SiCl$_3$)$_2$ Complexes. *Organometallics*, accepted for publication, February 1997.

118. (C) Sharma, C.V.K.; Zaworotko, M.J. ; Rogers, R.D. "Supramolecular Laminates" *Chem. Commun..*, 1559-1560, 1997.

119. (F) Blackwell, J.; Lehr, C.; Sun, Y.M.; Piers, W.E.; Pearce-Batchilder, S.D.; Zaworotko, M.J.; Young, V.G. "Synthesis and characterization of organometallic hydro-tris-pyrazolylborate derivatives of scandium via alkane elimination".  *Can. J. Chem*., 75, 702-711, 1997.

120. (F) Power, K.N.; Hennigar, T.L.; Zaworotko, M.J. "The Crystal Structure of the Coordination Polymer [Co(4,4'-bipyridine)$_{1.5}$(NO$_3$)$_2$].CS$_2$, a New Motif for a Network Sustained by "T-shape" Building Blocks". *New J. Chemistry*, 177-181, 1998.

121. (C) Power, K.N.; Hennigar, T.L.; Zaworotko, M.J. "The X-ray Crystal Structure of {Cu[1,2-bis(4-pyridyl)ethane]$_2$(NO$_3$)$_2$}$_n$: The First Example of a Coordination Polymer that Exhibits the NbO 3D Network Architecture".  *Chem. Commun*., 595-596, 1998.

122. (F) Ahern, T.P.; Hennigar, T.L.; MacDonald, J.A.; Morrison, H.G.; Langler, R.F.; Satyanarayana, S.; Zaworotko, M.J.  "Synthesis and Chlorination of Chloromethyl Methylsulfonylmethyl Sulfide".  *Austral. J. Chem*., 50, 683-687, 1997.

123. (C) Biradha, K.; Zaworotko, M.J.; Nangia, A.; Desiraju, G.R. "2,6-dibenzoyl-1,4-benzoquinone".  *Acta Cryst.,* C53, 1653-1655, 1997.

124. (C) Abd-El-Aziz, A.S.; de Denus, C.R.; Zaworotko, M.J.; Sharma, K. "Synthesis and structural characterization of cyclic aryl ethers".  *Chem. Commun*., 265-266, 1998.

## Papers -- Continued

125. (F) Hansen, V.M., Batchelor, R.J.; Einstein, F.W.B.; Male, J.L.; Pomeroy, R.K.; Zaworotko, M.J. "Restricted Rotation about the Arene-Iron Bond in (arene)Fe(CO)(SiCl$_3$)$_2$ Complexes", *Organometallics*, 16, 4875-4881, 1998.

126. (C) Biradha, K.; Zaworotko, M.J. "A Supramolecular Analogue of Cyclohexane Sustained by Aromatic C-H···π Interactions: Complexes of 1,3,5-trihydroxybenzene with Substituted Pyridines". *J. Amer. Chem. Soc.*, 120, 6431-6432, 1998.

127. (F) Biradha, K.; Zaworotko, M.J. "Supramolecular Isomerism and Polymorphism in Dianion Salts of Pyromellitic Acid". *Crystal Engineering*, 1, 67-78, 1998.

128. (F) Biradha, K.; Sharma, C.V.K.; Dennis, D.; MacKinnon, V.; Zaworotko, M.J. "Supramolecular Synthesis of Laminates with Affinity for Aromatic Guests: A New Class of Clay Mimics". *J. Amer. Chem. Soc.*, 120, 11894-11903, 1998.

129. (F) McAuley, A.; Subramanian, S.; Zaworotko, M.J.; Atencio, R. "A novel mixed macrocycle complex of nickel: Synthesis, structure and redox chemistry of [Ni$^{II}$([9]aneN(3))([9}aneS(3))](ClO$_4$)$_2$·CHCl$_3$ ([9]aneN(3) = 1,4,7-triazacyclononane and [9]aneS(3) = 1,4,7-trithiacyclononane)". *Inorg. Chem.*, 37, 4607-4610, 1998.

130. (F) Parks, D.J.; Piers, W.E.; Parvez, M.; Atencio, R.; Zaworotko, M.J. "Synthesis and solution and solid-state structures of tris(pentafluorophenyl)borane adducts of PhC(O)X (X = H, Me, OEt, NPr$_2$-i)". *Organometallics*, 17, 1369-1377, 1998.

131. (F) Pottie, I.R.; Sharma, C.V.K.; Vaughan, K.; Zaworotko, M.J. "Crystal Structures of two 1,2-bis-(1-aryl-3-methyltriazene3-yl)ethanes with aryl substituents of opposite polarity". *J. Chem. Cryst.*, 28, 5-10, 1998.

132. (F) Spence, R.E.V.; Piers, W.E.; Sun, Y.M.; Parvez, M.; MacGillivray, L.R.; Zaworotko, M.J. "Mechanistic aspects of the reactions of bis(pentafluorophenyl)borane with the dialkyl zirconocenes Cp$_2$ZrR$_2$ (R = CH$_3$, CH$_2$SiMe$_3$, and CH$_2$C$_6$H$_5$)". *Organometallics*, 17, 2459-2469, 1998.

133. (F) Hansen, V.M.; Ma, A.K.; Biradha, K.; Pomeroy, R.K.; Zaworotko, M.J. "Conformational Isomerism in Triosmium Clusters: Structures of Yellow and Red Os$_3$(CO)$_{11}$[P(p-C$_6$H$_4$F)$_3$] and Os$_3$(CO)$_{11}$(PBut$_3$)". *Organometallics*, 17, 5267-5274, 1998.

134. (F) Jiang, F.; Male, J.L.; Biradha, K.; Leong, W.K.; Pomeroy, R.K.; Zaworotko, M.J. "Complexes Containing Unbridged Dative Metal-Metal Bonds and the Strong Acceptor Ru(CO)$_3$(SiCl$_3$)$_2$ Moiety. Comments on the Transition Metal to Silicon Bond." *Organometallics*, 17, 5810-5819, 1998.

135. (C) Biradha, K.; Seward, C.; Zaworotko, M.J. "Helical Coordination Polymers with Large Chiral Cavities", *Angew. Chem., Int. Ed. Engl.*, 38, 492, 1999.

## Papers -- Continued

136. (F) Biradha, K.; Dennis, D.; Poirier, K.M.; Sharma, C.V.K.; Zaworotko, M.J. "Supramolecular Bilayers via Hydrogen bonding and Hydrophobic Interactions: Lipid Membrane Structural Mimics", Transactions of the American Crystallographic Association (R.D. Rogers and M.J. Zaworotko, eds., 33, 85-96, 1998.

137. (F) Biradha, K.; Singer, R.D.; Stark, A.; Vaughan, K.; Zaworotko, M.J. "Crystal Structures of a Series of 3,7-bis-(arylazo)-1,3,5,7-tetraazabicyclo[3.3.1]nonanes", *J. Chem. Cryst.*, 28, 797-809, 1998.

138. (F) Atencio, R.; Biradha, K.; Hennigar, T.L.; Poirier, K.M.; Power, K.N.; Seward, C.M.;, N.S.; Zaworotko, M.J. "Flexible Bilayer Architectures in the Coordination Polymers [$M^{II}(NO_3)_2(1,2$-bis(4-pyridyl)ethane$_{1.5}$]$_n$ ($M_{II}$ = Co, Ni), *Crystal Engineering*, 1, 203-212, 1998.

139. (F) Biradha, K.; Hansen, V.M.; Leong, W.K.; Pomeroy, R.K.; Zaworotko, M.J. "Steric and Electronic Influences in $Os_3(CO)_{11}PR_3$ Structures", *J. Clust. Science*, 11, 285-306, 2000.

140. (F) Jiang, F.; Biradha, K.; Leong, W.K.; Pomeroy, R.K.; Zaworotko, M.J. "Dicarbonylcyclopentadienyliridium, ($\eta$-$C_5H_5$)Ir(CO)$_2$, as a ligand", *Canad. J. Chem.*, 77, 1327-1335, 1999.

141. (F) Vogels, C.M.; Wellwood, T.L.; Henmnigar, T.L.; Biradha, K.; Zaworotko, M.J.; Westcott, S.A. "Reactions of Aminoboron Compounds with Palladium and Platinum Complexes." *Can. J. Chem.*, 77, 1196-1207, 1999.

142. (F) Lord, J.S.; Paddock, R.L.; Epstein, N.A.; Vogels, C.M.; Taylor, N.J.; Hennigar, T.L.; Zaworotko, M.J.; Broederick, T.; Driedzic, W.R., Westcott, S.A. "Synthesis, Structure, and Biological Relevance of Hydroxypyrone and Hydroxypyridinone Complexes of Molybdenum." *Can. J. Chem.*, 77, 1249-1261, 1999.

143. (C) Gudbjartson, H.; Biradha, K.; Poirier, K.M.; Zaworotko, M.J. "A Novel Nanoporous Coordination Polymer Sustained by Self-Assembly of T-Shaped Moieties", *J. Am. Chem. Soc.*, 121, 2599-2600, 1999.

144. (C) Biradha, K.; Domasevitch, K.; Moulton, B.; Seward, C.; Zaworotko, M.J. "Covalent and Noncovalent Interpenetrating Planar Networks in the Crystal Structure of {[Ni(4,4'-bipyridine)$_2$(NO$_3$)$_2$]·2Pyrene}$_n$", *Chem. Comm.*, 1327-1328, 1999.
    **Also featured in *Chemical & Engineering News*, July 26 1999,  pp 10-11.**

145. (F) Biradha, K; Domasevitch, K.V.; Hogg, C.; Moulton, B.; Power, K.N.; Zaworotko, M.J. "Interpenetrating Covalent and Noncovalent Nets in the Crystal Structures of {[M(4,4'-bipyridine)$_2$(NO$_3$)$_2$]·3C$_{10}$H$_8$} (M=Co,Ni)", *Cryst. Eng.*, 2, 37-45, 1999.

146. (F) Domasevitch, K.V.; Enright, G.D.; Moulton, B.; Zaworotko, M.J. "A Neutral "Molecular Railroad" Coordination Polymer that Incorporates Polycyclic Aromatic Molecules: Synthesis and Single Crystal X-ray Structure of [Co(4,4'bipyridine)$_{2.5}$(NO$_3$)$_2$]•2Phenanthrene", invited paper to special issue of *J. Solid State Chemistry*, 152, 280-285, 2000.

## Papers -- Continued

147. (F) Matthews, C.J.; Avery, K.; Xu, Z.; Thompson, L.K.; Zhao, L.; Miller, D.O.; Biradha, K.; Poirier, K.; Zaworotko, M.J.; Wilson, C.; Goeta, A.E.; Howard, J.A.K. "Tetranuclear Copper (II) and Nickel (II) Cluster Complexes Derived by Self-Assembly from a Series of Tetradentate Diazine Ligands: Structural and Magnetic Studies", *Inorg. Chem.*, <u>38</u>, 5266-5276, 1999.

148. (F) Fryzuk, M.D.; Duval, P.B.; Mao, SSSH; Rettig, S.J.; Zaworotko, M.J.; MacGillivray, L.R. "Reactivity Studies of the Zirconium Alkylidene Complexes [$\eta^5$-$C_5H_3$-$SiMe_2CH_2PPr_2i)_2$]Zr=CHR(Cl) (R = Ph, $SiMe_3$)", *J. Am. Chem. Soc.*, <u>121</u>, 1707-1716, 1999.

149. (F) Fryzuk, M.D.; Duval, P.B.; Mao, SSSH; Zaworotko, M.J.; MacGillivray, L.R. "Mechanistic Studies on the Formation of Zirconium Alkylidene Complexes [$\eta^5$-$C_5H_3$-1,3-($SiMe_2CH_2PPr_2i)_2$]Zr=CHR(Cl) (R = Ph, $SiMe_3$)", *J. Am. Chem. Soc.*, 121, 2478-2487, 1999.

150. (F) Kiehlmann, E.; Biradha, K.; Domasevitch, K.V.; Zaworotko, M.J. "Crystal Structures of dihydroquercetin 3-acetate and dihydroquercetin 3,3',4',7-tetraacetate: hydrogen bonding in 5 hydroxyflavanones", *Canad. J. Chem.*, <u>77</u>, 1436-1443, 1999.

151. (F) Biradha, K.; Peori, M.B.; Vaughan, K.; Zaworotko, M.J. " Crystal structures of a series of 3,8-di[-2-aryl-1-azenyl]-1,3,6,8-tetraazabicyclo[4.4.1]undecanes", *J. Chem. Crystallogr.*, <u>29</u>, 145-156, 1999.

152. (F) Ostvath, O.; Sargeson, A.M.; McAuley, A.; Mendelez, R.E.; Subramanian, S.; Zaworotko, M.J.; Broge, L. "Cobalt cage complexes with $N_3S_3$ donor sets and differing cavity sizes: A novel macrobicyclic cage with a contracted cap", *Inorg. Chem.*, <u>38</u>, 3634-3643, 1999.

153. (C) Matthews, C.J.; Xu, Z.; Mandal, S.K.; Thompson, L.K.; Biradha, K.; Poirier, K.; Zaworotko, M.J. "A novel pentamanganese (II) cluster produced by a controlled self assembly process; an exact match between the coordination algorithm of the metals and the ligand binding site arrangement", *Chem. Commun.*, 347-348, 1999.

154. (F) McAuley, A.; Subramanian, S.; Zaworotko, M.J.; Biradha, K. "Stepwise complexation of Ni(II) and Cu(II) ions by 6,6'-C-spirobi(cyclam) (cyclam = 1,4,8,11-tetraazacyclotetradecane), $L_1$. Synthesis and redox chemistry of [$M(H_2L_1)$]$X_4$ (M = $Cu^{2+}$, $Ni^{2+}$), [$Cu_2(L_1)$]$X_4$, and [CuNi($L_1$)]$X_4$ (X = $ClO_4^-$) and the x-ray crystal structure of [$Cu_2(L_1)$]($ClO_4$)$_4$." *Inorg. Chem.*, <u>38</u>, 5078-5085, 1999.

155. (F) Biradha, K.; Jenkins, H.; Peori, M.B.,; Vaughan, K.; Zaworotko, M.J. "Crystal Structure of 1,3-di-2[(4-methoxyphenyl)-1-diazenyl]imidazoline." *J. Chem. Cryst.*, <u>29</u>, 1037-1041, 1999.

156. (F) Shaver, M.P.; Vogels, C.M.; Wallbank, A.I.; Hennigar, T.L.; Biradha, K.; Zaworotko, M.J.; Westcott, S.A. "Trans alkenylpyridine and alkenylamine complexes of platinum." *Can. J. Chem.*, <u>78</u>, 568-576, 2000.

## Papers -- Continued

157. (F) Biradha, K; Mondal, A.; Moulton, B.; <u>Zaworotko, M.J.</u> **"**Coexisting Covalent and Noncovalent Planar Networks in the Crystal Structures of {[M(bipy)$_2$(NO$_3$)$_2$]·arene}$_n$ (M = Ni, 1; Co, 2; Arene = Chlorobenzene, Orthodichlorobenzene, Benzene, Nitrobenzene, Toluene and Anisole)." *Dalton Trans.*, 3837-3844, 2000.

158. (F) Jiang, F.; Jenkins, H.A.; Biradha, K.; Davis, H.B.; <u>Pomeroy, R.K.;</u>  Zaworotko, M.J. "Compounds with Unbridged Dative Metal-Metal Bonds of Formula (R$_3$P)$_2$(OC)$_3$OsW(CO)$_5$ and Related Complexes." *Organometallics*, <u>19</u>, 5049-5062, 2000.

159. (F) Bourne, S.A.; Mondal, A.; <u>Zaworotko, M.J.</u> "1-D Coordination Polymers Containing Benzenedicarboxylate", *Cryst. Eng.*, <u>4</u>, 25-36, 2001.

160.  (C) Bourne, S.A.; Lu, J.; Mondal, A.; Moulton, B.; <u>Zaworotko, M.J.</u> "Self-Assembly of Nanometer-Scale Secondary Building Units into an Undulating Two-Dimensional Network with Two Types of Hydrophobic Cavity", *Angew. Chem., Int. Ed. Engl.*,<u>40</u>, 2111-2113, 2001.

161. (C) Moulton, B.; Lu, J.; Mondal, A.; <u>Zaworotko, M.J.</u> "Polygons and Polyhedra and Nanoporous Networks." *Angew. Chem, Int. Ed. Engl.* <u>40</u>, 2113-2116, 2001.
**Also featured in *Angewandte Chemie* as a "hot paper",
http://www.wiley-vch.de/vch/journals/2002/2002_hot.html.**

162. (C) Bourne, S.A.; Lu, J.; Moulton, B.; <u>Zaworotko, M.J.</u> "Coexisting covalent and noncovalent nets: parallel interpenetration of a puckered rectangular coordination polymer and aromatic noncovalent nets." *Chem. Commun*., 861-862, 2001.

163. (F) Pottie, I.R.; <u>Vaughan, K.</u>; Zaworotko, M.J. "A molecular recognition event in the reaction of a diazonium salt with N,N-dimethylethylenediamine."  *J. Chem. Cryst*., 143, 2001.

164. (C) Moulton, B.; Lu, J.; Mondal, A. <u>Zaworotko, M.J.</u>  "Nanoballs: nanoscale faceted polyhedra with large windows and cavities", *Chem. Commun*., 863-864, 2001.
**Also featured in *Science*, May 18th 2001, vol. 292, pg. 1293 as an Editor's Choice and by *The Alchemist***

165. (F) Moulton, B.; Rather, E.; <u>Zaworotko, M.J.</u> "Interpenetration of covalent and noncovalent networks in the crystal structures of {[M(4,4'-bipyridine)$_2$(NO$_3$)$_2$]·2p-nitroaniline}$_n$  where M = Co, **1**, Ni, **2**, Zn, **3**", *Crystal Engineering*, <u>4</u>, 309-317, 2001.

166. (C) Abourahma, H.; Coleman, A.W.; Moulton, B.; Rather, B.; Shahgaldian, P.; <u>Zaworotko, M.J.</u> "Hydroxylated nanoballs: synthesis, crystal structure, solubility and crystallization on surfaces", *Chem. Commun*., 2380-2381, 2001.

167. (C) Moulton, B.; Lu, J.;  <u>Zaworotko, M.J.</u> "Periodic tiling of pentagons: the first example of a two-dimensional $(5,\frac{3}{4})$-net", *J. Amer. Chem. Soc.*, <u>123</u>, 9224-9225, 2001.

## Papers -- Continued

168. (C) Yoon, C. H.; Zaworotko, M.J.; Moulton, B.; Jung, K.W., "Regio- and Stereocontrol Elements in Rh(II)-Catalyzed Intramolecular C-H Insertion of $\alpha$-Diazo-$\alpha$-(phenylsulfonyl)acetamides", *Organic Letters*, 3, 3539-3542, 2001.

169. (C) Rather, B.; Moulton, B.; Bailey Walsh, R.D.; Zaworotko, M.J., "A new supramolecular isomer of [Zn(nicotinate)$_2$]$_n$: a novel $4^2.8^4$ network that is the result of self-assembly of 4-connected nodes", *Chem. Commun.*., 694-695, 2002.

170. (C) Da Silva, E.; Memmi, L.; Coleman, A.W.; Rather, B.; Zaworotko, M.J., "Synthesis and solid-state structures of mono-functonalised *para*-H-calix-[6]-arenes", *J. Supramol. Chem.*, in press.

171. (C) Moulton, B.; Lu, J.; Hajndl, R.; Hariharan, S.; Zaworotko, M.J., "Crystal engineering of a nanoscale kagomé lattice", *Angew. Chem, Int. Ed. Engl*. 41, 2821-2824, 2002.
    **Also featured as a *News and Views* in Nature Materials, October 2002, vol. 1, pgs. 91-92.**

172. (C) Kravtsov, V. Ch., Fonari, M.S., Zaworotko M.J., Lipkowski J., "A new polymorph of cis-*transoid*-cis dicyclohexano-18-crown-6", *Acta Crystallogr.* C58, 683-684, 2002.

173. (C) Abourahma, H.; Moulton, B.; Kravtsov, V.; Zaworotko, M.J. "Supramolecular Isomerism in Coordination Compounds: Nanoscale Molecular Hexagons and Chains" *J. Amer. Chem. Soc.*, 124, 9990-9991, 2002.

174. (C) Wagner, B.D.; McManus, G.J.; Moulton, B.; Zaworotko, M.J. "Exciplex Fluorescence of {[Zn(4,4'-bipyridine)$_{1.5}$(NO$_3$)$_2$}]·CH$_3$OH·0.5pyrene}$_n$: a Coordination Polymer Containing Intercalated Pyrene Molecules", *Chem. Commun.*, 2176-2177, 2002.

175. (F) Deoghoria, S.; Sain, S.; Moulton, B.; Zaworotko, M.J. Bera, S.K.; Chandra, S.K., "Synthesis, crystal structure and magnetic behavior of two new binuclear complexes bridged by a pentadentate ligand : [Ni$_2$L$_2$(NCS)$_2$](ClO$_4$)$_2$ and [Ni$_2$L$_2$(NCO)$_2$](ClO$_4$)$_2$, [L = pentadentate ligand]", *Polyhedron*, 21, 2457-2461, 2002.

176. (F) Shahgaldian, P.; Da Silva, E; Coleman, A.W.; Rather, B.; Zaworotko, M.J. "Para-acyl-calix-arene based Solid Lipid Nanoparticles ( SLNs): a Detailed Study of the Preparation and Stability Parameters" *Int. J. Pharm*., 253, 23-38, 2003.

177. (F) Srikanth, H.; Hajndl, R.; Moulton, B.; Zaworotko, M.J., "Magnetic Studies of Crystal-Engineered Molecular Nanostructures", *J. Appl. Phys.*, 93, 7089-7091, 2003.

178. (C) Fleischman, S.; Morales L.; Moulton, B.; Rodríguez-Hornedo, N; Bailey Walsh, R.; Zaworotko, M.J., "Crystal Engineering of the Composition of Pharmaceutical Phases", *Chem. Commun.*, 186-7, 2003.

## Papers -- Continued

179. (C) Rather, B.; Zaworotko, M.J. "A novel 3D network, [Cu$_2$(glutarate)$_2$(4,4'-bipyridine)]·3H$_2$O, that exhibits single-crystal to single-crystal dehydration and rehydration", *Chem. Commun*., 830-1, 2003.

180. (C) Moulton, B.; Abourahma, H; Bradner, M.W.; Lu, J.; McManus, G.; Zaworotko, M.J. "A new 6$^5$.8 topology and a distorted 6$^5$.8 CdSO$_4$ topology: two new supramolecular isomers of [M$_2$(bdc)$_2$(L)$_2$]$_n$ coordination polymers", *Chem. Commun*., 1342-1343, 2003.

181. (F) Abourahma, H.; Bodwell, G.J.; Lu, J.; Moulton, B.; Pottie, I.R.; Walsh, R.B.; Zaworotko, M.J. "Polymeric Metal-Organic Calixarenes from [Cu$_2$(dicarboxylate)$_2$]$_4$ Building Blocks: Structural Diversity via Atropisomerism", *Crystal Growth & Design*, 3, 513-519, 2003.

182. (F) Fleischman, S.G.; Kuduva, S.S.; McMahon, J.A.; Moulton, B.; Walsh, R.B.; Rodriguez-Hornedo, N.; Zaworotko, M.J. "Crystal Engineering of the Composition of Pharmaceutical Phases. 2. Multiple Component Crystalline Solids Involving Carbamazepine", *Crystal Growth & Design*, 3, 909-919, 2003.

183. (F) Abourahma, H.; McManus, G.J.; Moulton, B.; Walsh, R.B.; Zaworotko, M.J. "Design, Synthesis and Structural Diversity in Coordination Polymers", *Macromolecular Symposia*, 196, 213-228, 2003.

184. (F) Rather, B.; Moulton, B.; Zaworotko, M.J.; Perret, F.; Morel-Desrosiers, N.; Da Silva, E.; Coleman, A.W. "Crystal Engineering of a Calix-arene Like Dimer Embedded in a Hydrophobic Cavity Formed by a Diammonium Host Matrix", *Crystal Engineering*, 6, 15-21, 2003.

185. (F) Finden, Jeremy; Beck, Gavin; Lantz, Andrea; Walsh, Rosa; Zaworotko, Michael J.; Singer, Robert D. "Preparation and characterization of 1-butyl-3-methylimidazolium tetrakis(3,5-bis(trifluoromethyl) phenyl)borate, [bmim]BARF." *Journal of Chemical Crystallography*, 33, 287-295, 2003.

186. (F). Simonov, Y.A.; Fonari, M.S.; Zaworotko, M.J.; Abourahma, H; Lipkouwski, J.; Ganin, E.V.; Yavolovskii, A.A. "From 1D strands to extended molecular assemblies in the binary compounds of dithiooxamide and dithiobiurea with crown ether". *Organic and Biomolecular Chemistry*, 1, 2922-2929, 2003.

187. (C) Tasiopoulos, A. J.; Wernsdorfer, W.; Moulton, B.; Zaworotko, M. J.; Christou, G. "Template Synthesis and Single-Molecule Magnetism Properties of a Complex with Spin S = 16 and a [Mn8O8]8+ Saddle-Like Core." *Journal of the American Chemical Society*, 125, 15274-15275, 2003.

188. (F) Da Silva, E.; Nouar, F.; Coleman, A. W.; Rather, B.; Zaworotko, M. J. "Solution and Solid-State Interactions between Para-sulphonato-Calix-[4]-Arene and Some Common Organic Biological Buffers." *Journal of Inclusion Phenomena and Macrocyclic Chemistry*, 46, 161-166, 2003.

189. (C) McManus, G. J.; Wang, Z.; Zaworotko, M. J. "Suprasupermolecular Chemistry: Infinite Networks from Nanoscale Metal-Organic Building Blocks", *Crystal Growth & Design*, 4, 11-13, 2004.

## Papers -- Continued

190. (C) McMahon, J.A.; Zaworotko, M.J.; Remenar, J.F. "Polymorphism in butylated hydroxyanisole (BHA)", *Chemical Communications*, 278-279, 2004.

191. (C) Perry, J.J.; McManus, G.J.; Zaworotko, M.J. "Sextuplet phenyl embrace in a metal-organic Kagomé lattice" *Chemical Communi*cations, 2534-2535, 2004.

192. (F) Ankisetty, S.; Nandiraju, S.; Win, H.; Park, Y.C.; Amsler, C.D.; McClintock, J.B.; Baker, J.A.; Diyabalanage, T.K.; Pasaribu, A.; Singh, M.P.; Maiese, W.M.; Walsh, R.D.; Zaworotko, M.J.; Baker, B.J. "Chemical investigation of predator-deterred macroalgae from the Antarctic peninsula" *J. Nat. Prod*., 67, 1295-1302, 2004.

193. (F) Bose, D.; Rahaman, S.H.; Mostafa, G.; Walsh R.D.B.; Zaworotko, M.J.; Ghosh, B.K. "Synthesis, structure and properties of [Zn(dpa)(N$_3$)$_2$] and [Zn(dpa)(N$_3$)(NO$_3$)]$_2$ (dpa=2,2'-dipyridylamine): composition tailored architectures". *Polyhedron*, 23, 545-552, 2004.

194. (F) Da Silva, E.; Nouar, F.; Nierlich, M.; Rather, B.; Zaworotko M.J.; Barbey. C.; Navaza, A.; Coleman, A.W. "A comparative structural study of four para-sulphonato-calix-[4]-arene organic di- and triammonium cation complexes". *Crystal Engineering*, 6, 123-135, 2003.

195. (F) Bose, D.; Banerjee, J.; Rahaman, S.H.; Mostafa, G.; Fun, H.K.; Walsh, R.D.B.; Zaworotko, M.J.; Ghosh, B.K. "Polymeric end-to-end bibridged cadmium(II)thiocyanates containing monodentate and bidentate N-donor organic blockers: supramolecular synthons based on pi-pi and/or C-H center dot center dot center dot pi interactions". *Polyhedron*, 23, 2045-2053, 2004.

196. (F) Banerjee, J.; Bose, D.; Rahaman, S.H.; Walsh, R.D.B.; Zaworotko, M.J.; Ghosh, B.K. "Synthesis, characterisation and X-ray structure of a mononuclear zinc(II)azido complex containing tetradentate Schiff base". *Ind. J. Chem., Sect. A,* 43, 1119-1122, 2004.

197. (F) Perry, J.J.; McManus, G.J.; Zaworotko, M.J. "4-Methoxypyridine-(pyridine-2,6-dicarboxylato-N,O,O')copper(II)". *J. Chem. Cryst*., 34, 877-881, 2004.

198. (F) McMahon, J.A.; Bis, J.A.; Vishweshwar, P.; Shattock, T.R.; McLaughlin, O.L.; Zaworotko, M.J. "Crystal Engineering of the Composition of Pharmaceutical Phases 3. Primary Amide Supramolecular Heterosynthons and Their Role in the Design of Pharmaceutical Co-Crystals." *Z. Fur Krist.*, 220, 340-350, 2005.

199. (C) Shahgaldian, P.; Coleman, A.W.; Kuduva, S.S.; Zaworotko, M.J. "Amphiphilic Behavior of an Apparently Non-polar Calix-arene", *Chem. Commun*., 1968-1970, 2005.

200. (F) Bis, J.; Zaworotko, M.J. "The 2-aminopyridinium-carboxylate supramolecular heterosynthon: a robust motif for generation of multiple component crystals." *Crystal Growth & Design,* 5, 1169-1179, 2005.

## Papers -- Continued

201. (C) Cecillon, S; Lazar, A.; Danylyuk, O.; Suwinska, K.; Rather, B.; Zaworotko, M.J.; Coleman, A.W. "Head-to-Tail Self-Assembly of a Calix[4]arene Inclusion Polymer Controlled by a Pendant Arm"", *Chemical Communi*cations, 2442-2444, 2005.

202. (F) Deoghoria, S; Bera, S.K.; Moulton, B.; Zaworotko, M.J.; Tuchagues, J.P.; Mostafa, G.; Lu, T.H.; Chandra, S.K. "Synthesis, crystal structure, and magnetic properties of binuclear Mn-III-azido and 1D polymeric Mn-II-mu(1,3)-thiocyanato novel species based on a neutral hexadentate Schiff base." *Polyhedron*, 24, 343-350, 2005.

203. (C) Foguet-Albiol, D.; O'Brien, T.A.; Wernsdorfer, W.; Moulton, B.; Zaworotko, M.J.; Abboud, K.A.; Christou, G.  "DFT computational rationalization of an unusual spin ground state in an Mn-12 single-molecule magnet with a low-symmetry loop structure." *Angew. Chemie, Int. Ed*, 44, 897-901, 2005.

204. (C) Wang. Z.; Kravstov, V. Ch.; Zaworotko, M.J. "Ternary Nets formed via Self-Assembly of Triangles, Squares and Tetrahedra", *Angew. Chemie, Int. Ed.*, 44, 2877-2880, 2005.
**Featured in *Angewandte Chemie* as a "hot paper"**

205. (F) Glister, J.F.; Vaughan, K.; Biradha, K.; Zaworotko, M.J. "(2S,7R,11S,16R)-1,8,10,17-Tetraazapentacyclo[8.8.1.18,17.02,7.011,16]icosane and its enantiomer. Synthesis, NMR analysis and X-ray crystal structure."  *Journal of Molecular Structure*, 749, 78-83, 2005.

206. (F) Shahgaldian, Patrick; Coleman, A.W.; Rather, Beth; Zaworotko, Michael J. "Double Molecular Encapsulation of Tetrahydrofuran by an Amphiphilic Calix-[4]-arene."  *Journal of Inclusion Phenomena and Macrocyclic Chemistry*, 52, 241-245, 2005.

207. (C) Mohomed, K.; Abourahma, H.; Zaworotko, M.J.; Harmon, J.P. "Persistent interactions between hydroxylated nanoballs and atactic poly(2-hydroxyethyl methacrylate) (PHEMA)." *Chem. Commun.*, 3277-3279, 2005.

208. (C) Shattock, T.R,; Vishweshwar, P; Wang, Z; Zaworotko, M.J. "18-fold Interpenetration and Concomitant Polymorphism in the 2:3 Co-crystal of Trimesic Acid and 1,2-*bis*(4-pyridyl)ethane.", *Crystal Growth & Design*, 5, 2046-2049, 2005.

209. (C) Vishweshwar, P.; McMahon, J.A.; Peterson, M.L.; Hickey, M.B.; Shattock, T.R.; Zaworotko, M.J. "Crystal engineering of pharmaceutical co-crystals from polymorphic active pharmaceutical ingredients." *Chem. Commun.*, 4601-4603, 2005.

210. (C) Vishweshwar, P.; McMahon, J.A.; Oliveira, M.; Peterson, M.L.; Zaworotko, M.J. "The predictably elusive form II of aspirin." *J. Amer. Chem.. Soc.*, 127, 16802-16803, 2005.
**Also featured in Chemical & Engineering News as a science concentrate, November 21st 2005.**

## Papers -- Continued

211. (F) Rodopoulos, T.; Ishihara, K.; Rodopoulos, M.; Zaworotko, M.J.; Maeder, M.; McAuley, A. "Synthesis and reactivity of the macrobicyclic complexes (1,5,8,12-tetraaza-17-oxabicyclo[10.5.2]nonadecane)cobalt(III) perchlorate ([Co(L-1)(ClO$_4$)](ClO$_4$)$_2$), [(chloro(1,4,8,11-tetraaza-17-oxabicyclo[9.5.3]nonadecane)cobalt(III) perchlorate ([Co(L-2)(Cl)](ClO$_4$)$_2$), (4,8-dimethyl-1,4,8,11-tetraaza-17-oxabicyclo[9.5.3]nonadecane)cobalt(III) perchlorate ([Co(L-3)(ClO$_4$)](ClO$_4$)$_2$), and (5,8-dimethyl-1,5,8,12-tetraaza-17-oxabicyclo[10.5.2]nonadecane)cobalt(III) perchlorate ([Co(L-4)(ClO$_4$)](ClO$_4$)$_2$) - Crystal structure of the L-2 complex." *Canad. J. Chem.*, <u>83</u>, 894-902, 2005.

212. (F) Mohomed, K.; Gerasimov, T. G.; Abourahma, H.; Zaworotko, M. J.; Harmon, J. P. "Nanostructure matrix interactions in methacrylate composites." *Materials Science & Engineering, A: Structural Materials: Properties, Microstructure and Processing,* <u>A409,</u> 227-233, 2005.

213. (F) Zaworotko, M.J.; Hammud, H.H.; Abbas, I.; Kravtsov, V.Ch.; Masoud, M.S. "Ampicillin acidity and formation constants with some metals and their thermodynamic parameters in different media. Crystal structures of two polymorphs isolated from the reaction of ampicillin with copper(II)." *Journal of Coordination Chemistry*, <u>59</u>, 65-84, 2006.

214. (F) Bose, D.; Mostafa, G.; Bailey Walsh, R.D.; Zaworotko, M.J.; Ghosh, B.K. "Bimetallic complex of the type [Cu(tren)(NCS)]4[Mn(NCS)$_6$]: A hydrogen bonded network structure." *Polyhedron*, <u>25</u>, 663-670, 2006.

215. (F) Bis, J.A.; Vishweshwar, P.; Middleton, R.A.; Zaworotko, M.J. "Concomitant and conformational polymorphism, conformational isomorphism, and phase relationships in 4-cyanopyridine•4,4'-biphenol co-crystals." *Crystal Growth & Design*, <u>6</u>, 1048-1053, 2006.

216. (F) Bose, D.; Mostafa, G.; Bailey Walsh, R.D.; Zaworotko, M.J.; Ghosh, B.K. "Synthesis, structure and properties of a trinuclear compound [Cu$_2$Cd(tren)$_2$(NCS)$_6$]: Example of dynamic molecular ion, [Cd(NCS)$_6$-n(SCN)$_n$]$^{4-}$(n=0-6)." *Polyhedron*, <u>25</u>, 1477-1482, 2006.

217. (C) Vishweshwar, P.; Beauchamp. D.A.; Zaworotko. M.J. "An acetic acid solvate of trimesic acid that exhibits triple inclined interpenetration and mixed supramolecular homosynthons", *Crystal Growth & Design*, <u>6</u>, 2429-2431, 2006.

218. (C) Bis, J.A.; McLaughlin, O.L.; Vishweshwar, P.; Zaworotko, M.J. "Supramolecular heterocatemers and their role in co-crystal design", *Crystal Growth & Design*, <u>6</u>, 2648-2650, 2006.

219. (F) Hickey, M.B.; Peterson, M.L.; Scoppettuolo, L.A.; Morrisette, S.L.; Vetter, A.; Guzman, H.; Remenar, J.F.; Zhang, Z.; Tawa, M.D.; Haley, S.; Zaworotko, M.J.; Almarsson, O. "Performance Comparison of a Co-crystal of Carbamazepine with Marketed Product." *Eur. J. Pharmaceutics Biopharmaceutics*, <u>67</u>, 112-119, 2007.

## Papers -- Continued

220. (F) Zaworotko, M.J., Hammud, H.H.; Kravtsov, V.C. "The co-crystal of iron(II) complex hydrate with hydroxybenzoic acid: [Fe(Phen)$_3$]Cl(p-hydroxybenzoate).2(p-hydroxybenzoic acid).7H$_2$O." *J. Chem. Cryst.*, 37, 219-231, 2007.

221. (C) Cheney, M.L.; McManus, G.J.; Perman, J.A.; Wang, Z.; Zaworotko, M.J. The role of co-crystals in solid-state synthesis: co-crystal controlled solid-state synthesis of imides." *Crystal Growth & Design*, 7, 616-617, 2007.

222. (F) Wang, Z.; Kravtsov, V. Ch; Walsh, R.B.; Zaworotko, M.J. "Guest-Dependent Cavities in Two-Dimensional Metal-Organic Frameworks Sustained by Tetrafluoro-1,3-benzenedicarboxylate." *Crystal Growth & Design*, 7, 1154-1162, 2007.

223. (F) Kasyan, O.; Healey, E.R.; Drapailo, A.; Zaworotko, M.J.; Cecillon, S.; Coleman, A.W.; Kalchenko, V. "Synthesis, Structure and Selective Upper Rim Functionalization of Long Chained Alkoxythiacalix[4]arenas." *Journal of Inclusion Phenomena and Macrocyclic Chemistry*, 58, 127-132, 2007.

224. (F) Bis, J.A.; Vishweshwar, P..; Weyna, D.; Zaworotko, M.J. "Hierarchy of Supramolecular Synthons: Persistent Hydroxyl···Pyridine Hydrogen Bonds in Co-Crystals that Contain a Cyano Acceptor." *Molecular Pharmaceutics*, 4, 401-416, 2007.

225. (F) Larsen, R.A.; McManus, Perry, J.J.; Otero-Rivera, E.; Zaworotko, M.J. Spectroscopic characterization of hydroxylated nanoballs in methanol." *Inorg. Chem.*, 46, 5904-5910, 2007.

226. (F) McManus, G.J.; Perry, J.J.;  Perry, M.; Wagner, B.D.; Zaworotko, M.J. "Exciplex fluorescence as a diagnostic probe of structure in coordination polymers of Zn$^{2+}$ and 4,4'-bipyridine containing intercalated pyrene and enclathrated aromatic solvent guests." *J. Am. Chem. Soc.*, 129, 9094-9091, 2007.

227. (C) Perry, J.J.; Kravtsov, V. Ch; McManus, G.J.; Zaworotko, M.J. "Bottom up Synthesis That Does Not Start at the Bottom: Quadruple Covalent Cross-Linking of Nanoscale Faceted Polyhedra." *J. Am. Chem. Soc.*, 129, 10076-10077, 2007.
**Also featured as an Editor's Choice in *Science*, 317, 1149, 2007.**

228. (C) McManus, G.J.; Wang, Z.; Beauchamp, D.A.; Zaworotko, M.J. "A novel metal–organic ternary topology constructed from triangular, square and tetrahedral molecular building blocks." *Chem. Commun.*, 5212-5213, 2007.

229. (C) Nouar, F.; Eubank, J.F.; Bousquet, T.; Wojtas, L.; Zaworotko, M.J.; Eddaoudi, M. "Supermolecular Building Blocks for the Design and Synthesis of Highly Porous Metal-Organic Frameworks". *J. Am. Chem. Soc.*, 130, 1833-1835, 2008.

## Papers -- Continued

230. (C) Cairns, A.J.; Perman, J.A., Wojtas, L.; Kravtsov, V. Ch.; Alkordi, M.H.; Eddaoudi, M.; <u>Zaworotko, M.J.</u> "Supermolecular Building Blocks (SBBs) and Crystal Design: 12-Connected Open Frameworks Based on a Molecular Cubohemioctahedron". *J. Am. Chem. Soc.*, <u>130</u>, 1560-1561, 2008.

231. (F) <u>Christou, G.</u>; Tasiopoulos, A.; Mishra, A.; Wernsdorfer, W.; Moushi, E.; Moulton, B.; Zaworotko, M.; Abboud, K.; "Single-Molecule Magnets: A Family of MnIII/CeIV Complexes with a $[Mn_8CeO_8]^{12+}$ Core". *Inorg. Chem.*, <u>47</u>, 4832-4843, 2008.

232. (F) Cheney, M.C.; Zaworotko, M.J.; Beaton, S.; <u>Singer, R.D.</u> "Cocrystal Controlled Solid-State Synthesis", *J. Chem. Ed.*, <u>85</u>, 1649-1651, 2008.

233. (F) Shattock, T.R.; Arora, K.K.; Vishweshwar, P.; <u>Zaworotko, M.J.</u> "Hierarchy of Supramolecular Synthons: Persistent Carboxylic Acid···Pyridine Hydrogen Bonds in Cocrystals that also Contain a Hydroxyl Moiety" *Crystal Growth & Design*, <u>8</u>, 4533-4545, 2008.

234. (F) Perman, J.A.; <u>Zaworotko M.J.</u> "Synthesis and Crystal Structure of a Polymorph of the DMF Solvate of the Dicoppertetracarboxylate Paddlewheel Complex $Cu_2$(p-aminobenzoate)$_4$(DMF)$_2$", *J. Chem. Cryst.*, <u>39</u>, 78-82, 2009.

235. (F) Weyna, D.R.; Shattock, T.; Vishweshwar, P.; <u>Zaworotko, M.J.</u> "Synthesis and structural characterization of cocrystals and pharmaceutical cocrystals: mechanochemistry vs. slow evaporation from solution", *Crystal Growth & Design*, <u>9</u>, 1106-1123, 2009.

236. (N) Lawrence, H.R.; Li, Z.;  M.L. Yip, R.M.L; Sung, S.-S.; Lawrence, N.J.; McLaughlin, M.L.; McManus, G.J.; Zaworotko, M.J.; Sebti, S.M.; Chen, J.; <u>Guida, W.C.</u> "Identification of a Disruptor of the MDM2-p53 Protein-Protein Interaction Facilitated by High-throughput in Silico Docking", *Bioorganic & Medicinal Chemistry Letters*, <u>19</u>, 3756-3759, 2009.

237. (F). Zaworotko, M.J.; <u>Hammud, H.H.</u>; Kabbani, A.; McManus, G.J.; Ghannoum, A.M.; Masoud, M.S. "Synthesis and Characterization of Some Transition Metal Complexes with Mixed Adenine and Acetylacetonate Ligands: Crystal Structures of Solvated Complex {[Cu(acac)$_2$(adenine)]·EtOH} and {[Cu(acac)$_2$(adenine)]·DMF·H$_2$O}", J. Chem. Cryst., <u>39</u>, 853-863, 2009

238. (N) <u>Childs, S.L.</u>; <u>Zaworotko, M.J.</u> "The Reemergence of Cocrystals: The Crystal Clear Writing is on the Wall: Introduction to Virtual Special Issue on Pharmaceutical Cocrystals", *Crystal Growth & Design*, <u>9</u>, 4208-4211, 2009.

239. (F) Ma, W.S.; Mutka, T.; Vesley, B.; Amsler, M.O.; McClintock, J.B.; Amsler, C.D.; Perman, J.A.; Singh, M.P.; Maiese, W.M.; Zaworotko, M.J.; Kyle, D.E.; <u>Baker, B.J.</u>  "Norselic Acids A-E, Highly Oxidized Anti-infective Steroids that Deter Mesograzer Predation, from the Antarctic Sponge Crella sp". *Journal of Natural Products*, 72, 1842-1846, 2009.

## Papers -- Continued

240. (C) Zhang, J.J.; Wojtas, L.; Larsen, R.W.; Eddaoudi, M.; Zaworotko, M. J. "Temperature and Concentration Control over Interpenetration in a Metal-Organic Material." *Journal of the American Chemical Society*, 131, 17040-17041, 2009.

241. (C) Perman, J.A.; Dubois, K.; Nouar, F.; Zoccali, S.; Wojtas, L.; Eddaoudi, M.; Larsen, R.W.; Zaworotko, M.J. "Cocrystal Controlled Solid-State Synthesis of a Thermally Stable Nicotinate Analogue That Sustains an Isostructural Series of Porous Metal-Organic Materials". *Crystal Growth & Design*, 9, 5021-5023, 2009.

242. (F) Cheney, M.L.; Shan, N.; Healey, E.R.; Hanna, M.; Wojtas, L.; Zaworotko, M.J.; Sava, V.; Song, S.; Sanchez-Ramos. J.R. "Effects of Crystal Form on Solubility and Pharmacokinetics: A Crystal Engineering Case Study of Lamotrigine". *Crystal Growth & Design,* 10, 394-405, 2010.

243. (F) Clarke, H.D.; Arora, K.K.; Bass, H.; Kavuru, P.; Ong, T.T.; Pujari, T.; Wojtas, L.; Zaworotko, M.J. "Structure-Stability Relationships in Cocrystal Hydrates: Does the Promiscuity of Water Make Crystalline Hydrates the Nemesis of Crystal Engineering?" *Crystal Growth & Design*, 10, 2152-2167, 2010.

244. (F) Kavuru, P.; Aboarayes, D.; Arora, K.K.; Clarke, H.D.; Kennedy, A.; Marshall, L.; Ong, T.T.; Perman, J.; Pujari, T.; Wojtas, L.; Zaworotko, M.J. "Hierarchy of Supramolecular Synthons: Persistent Hydrogen Bonds Between Carboxylates and Weakly Acidic Hydroxyl Moieties in Cocrystals of Zwitterions".  *Crystal Growth & Design*, 10, 3568-3584, 2010.

245. (F) McCann, K.; Knudsen, B.; Ananthoji, R.; Perry, J.J.; Hilker, B; Zaworotko, M.J.; Harmon, J.P. "Study of Polymeric Interactions of Copolymers: 2-Hydroxyethyl Methacrylate (HEMA) and 2,3-Dihydroxypropyl Methacrylate (DHPMA) with Copper Hydroxylated Nanoballs" *Journal of Nanoscience and Nanotechnology*, 10, 5557-5569, 2010.

246. (F) Cheney, M.L.; Weyna, D.R.; Shan, N.; Hanna, M.; Wojtas, L.; Zaworotko, M.J. "Supramolecular Architectures of Meloxicam Carboxylic Acid Cocrystals, a Crystal Engineering Case Study", *Crystal Growth & Design,* 10, 4401-4413, 2010.

247. (F) Lapidus, S.H.; Stephens, P.W.; Arora, K.K.; Shattock, T.R.; Zaworotko, M.J. "A Comparison of cocrystal Structure Solutions from Powder and Single Crystal Techniques". *Crystal Growth & Design*, 10, 4630-4637, 2010.

248. (C) Qiu, W.; Perman, J.A.; Wojtas, L.; Eddaoudi, M.; Zaworotko, M.J. "Structural Diversity through Ligand Flexibility: Two Novel Metal-Organic Nets *via* Ligand-to-Ligand Cross-Linking of Paddlewheels". *Chemical Communications*, 8734-8736, 2010.

249. (F) Xin, Z.; Bai, J.; Pan, Y.; Zaworotko, M.J. "Synthesis and Enhanced $H_2$ Adsorption Properties of a Mesoporous Nanocrystal of MOF-5: Controlling Nano-/Mesostructures of MOFs to Improve their $H_2$ Heat of Adsorption". *Chemistry – A European Journal*, 16, 13049-13052, 2010.

## Papers -- Continued

250. (F) Fonari, M.; Ganin, E; Basok, S.; Lyssenko, K.; Zaworotko, M.; Kravtsov, Victor. "Structural study of salicylic acid salts of a series of azacycles and azacrown ethers". *Crystal Growth & Design*, 10, 5210-5220, 2010.

251. (C) Zheng, B.; Bai, J.; Duan, J.; Wojtas, L.; Zaworotko, M.J. "Enhanced $CO_2$ binding affinity of a high-uptake rht type metal-organic framework decorated with acylamide groups". *Journal of the American Chemical Society*, 133, 748-751, 2011.

252. (C) Perman, J.A.; Cairns, A.J.; Wojtas, L.; Eddaoudi, M.; Zaworotko, M.J. "Cocrystal Controlled Synthesis of a Rigid Tetracarboxylate Ligand that Pillars both Square Grid and Kagomé Lattice Layers". *CrystEngComm*. 13, 3130-3133, 2011.

253. (F) Cheney, M.L.; Weyna, D.R.; Shan, N.; Hanna, M.; Wojtas, L.; Zaworotko, M.J."Coformer selection in pharmaceutical cocrystal development: A case study of a meloxicam aspirin cocrystal that exhibits enhanced solubility and pharmacokinetics". *J. Pharm. Sci.*, 100, 2172-2181, 2011.

254. (F) Vetromile, C.M.; Perman, J.; Cheney, M.L.; Zaworotko, M.J.; Larsen, R.W.  "Excited state properties of 9-amino acridine surface adsorbed onto αZr-phosphate particles." *Spectrochimica Acta, Part A: Molecular and Biomolecular Spectroscopy*, 78, 648-652, 2011.

255. (F) Zhang, Z.; Wojtas, L.; Zaworotko, M.J. "Consequences of Partial Flexibility in 1,3-Benzenedicarboxylate Linkers: Kagomé Lattice and NbO Supramolecular Isomers from Complexation of a Bulky 1,3-Benzenedicarboxylate to Cu(II) Paddlewheel Moieties" *Crystal Growth & Design*, 11, 1441-1445, 2011.

256. (C) Clarke, H.D.; Arora, K.K.; Wojtas, L.; Zaworotko, M.J. "Polymorphism in multiple component crystals: Forms III and IV of gallic acid monohydrate." *Crystal Growth & Design*, 11, 964-966, 2011.

257. (C) Ong, T.T.; Kavuru, P.; Nguyen, T.; Cantwell, R.; Wojtas, L.; Zaworotko, M.J. "2:1 Cocrystals of Homochiral and Achiral Amino Acid Zwitterions with Li+ Salts: Water-Stable Zeolitic and Diamondoid Metal-Organic Materials." *Journal of the American Chemical Society*, 133, 9224-9227, 2011.

258. (F) Perry, J. J.; Kravtsov, V. Ch.; Zaworotko, M. J.; Larsen, R. W. "Solid State Structural Characterization and Solution Spectroscopy of a Dodecyloxy Copper Nanoball." *Crystal Growth & Design*, 11, 3183-3189, 2011.

259. (C) Larsen, R.W.; Wojtas, L.; Perman, J. A.; Musselman, R. L.; Zaworotko, M. J.; Vetromile, C.M. "Mimicking Heme Enzymes in the Solid State: Metal-Organic Materials with Selectively Encapsulated Heme." *Journal of the American Chemical Society*, 133, 10356-10359, 2011.

## Papers -- Continued

260. (F) <u>McColm, G.L.</u>; Clark, W.E.; Eddaoudi, M.; Wojtas, L.; Zaworotko, M.J. "Crystal Engineering Using a "Turtlebug" Algorithm: A de Novo Approach to the Design of Binodal Metal-Organic Frameworks." *Crystal Growth & Design*, <u>11</u>, 3686-3693, 2011.

261. (F) Smith, A.J.; Kavuru, P.; Wojtas, L.; <u>Zaworotko, M.J.</u>; <u>Shytle, R.D.</u> "Cocrystals of Quercetin with Improved Solubility and Oral Bioavailability." *Molecular Pharmaceutics*, <u>8</u>, 1867-1876, 2011.

262. (F) Ingham, A.I.; <u>McAuley, A.</u>; Subramanian, S.; Barclay, T.M.; Rodopoulos, T; Zaworotko, M.J. "Synthesis of the Macrotricyclic Ligands 8,18 Dioxa-1,5,11,15-tetraaza-[13.5.2.2$^{5,11}$]-eicosane (L1) and 7,16 Dioxa-1,4,10,13-tetraaza-[11.5.3.3$^{4,10}$]-octadecane (L2). Crystal  Structures of the Copper(II) complexes, [Cu(L1)](ClO$_4$)$_2$ and [Cu(L2)](ClO$_4$)$_2$.CH$_3$NO$_2$." *Journal of Inclusion Phenomena and Macrocyclic Chemistry*, 71, 445-451, 2011.

263. (C)  Schoedel, A.; Wojtas, L.; Kelley, S.P.; Rogers, R.D.; Eddaoudi, M.; <u>Zaworotko, M.J.</u> "Network Diversity via Decoration of Trigonal Prismatic Nodes: Two-Step Crystal Engineering of Cationic Metal-Organic Materials." *Angew. Chem., Int. Ed. Engl.*, <u>50</u>, 11421-11424, 2011.
**Featured in *Angewandte Chemie* as a "hot paper"**

264. (F) Nugent, P.; Wojtas, L.; <u>Zaworotko, M.J.</u> "Synthesis and Structural Characterization of an Expanded Square Grid Metal Organic Material, [Cu(L1)(DMF)]n$^-$(2.64 DMF)." *Journal of Chemical Crystallography*, <u>41</u>, 1834-1838, 2011.

265. (F) Zhang, Z.; Zhang, L.; Wojtas, L.; Eddaoudi, M.; <u>Zaworotko, M.J.</u> "Template-directed synthesis of nets based upon octahemioctahedral cages that encapsulate catalytically active metalloporphyrins." *Journal of the American Chemical Society*, <u>134</u>, 928-933, 2012.

266. (C) Zhang, Z.; Zhang, L.; Wojtas, L.; Nugent, P.; Eddaoudi, M.; <u>Zaworotko, M. J.</u> "Templated synthesis, post-synthetic metal exchange and properties of a porphyrin encapsulating metal-organic material." *Journal of the American Chemical Society*, <u>134</u>, 924-927, 2012.

267. (F) Li, C.; <u>Qiu, W.</u>; Shi, W.; Song, H.; Bai, G.; He, H.; Li, J.; Zaworotko, M.J. "A pcu-type metal-organic framework based on covalently quadruple cross-linked supramolecular building blocks (SBBs): structure and adsorption properties." *CrystEngComm*, <u>14</u>, 1929-1932, 2012.

268. (F) Weyna, D.R.; Cheney, M.L.; Shan, N.; Hanna, M.; Wojtas L.; <u>Zaworotko, M.J.</u> "Crystal engineering of multiple-component organic solids: Pharmaceutical cocrystals of tadalafil with persistent hydrogen bonding motifs**."** *CrystEngComm*, <u>14</u>, 2377-2380, 2012.

269. (C) Burd, S.D.; Ma, S.; Perman, J.A.; Sikora, B.J.; Snurr, R.Q.; Thallapally, P.K.; Tian, J.; Wojtas, L.; <u>Zaworotko, M.J.</u> "Highly Selective Carbon Dioxide Uptake by [Cu(bpy-n)$_2$(SiF$_6$)] (bpy-1 = 4,4'-bipyridine; bpy-2 = 1,2-bis(4-pyridyl)ethene)." *Journal of the American Chemical Society*, <u>134</u>, 3663-3666, 2012.

## Papers -- Continued

270. (F) Weyna, D.R.; Cheney, M.L.; <u>Shan, N.</u>; Hanna, M,; Zaworotko, M.J.; Sava, V.; Song, S.; Sanchez-Ramos, J.R.  "Improving Solubility and Pharmacokinetics of Meloxicam via Multiple-Component Crystal Formation." *Molecular Pharmaceutics*, 9, 2094-2012, 2012.

271. (C) Wang, X.-S.; Chrzanowski, M.; Gao, W.-Y.; Wojtas, L.; Chen, Y.-S.; Zaworotko, M.J.; <u>Ma, S.</u> "Vertex-Directed Self-Assembly of a High Symmetry Supermolecular Building Block Using a Custom-Designed Porphyrin." *Chemical Science*, <u>3</u>, 2823-2827, 2012.

272. (F) Forrest, K.A.; Pham, T.; McLaughlin, K.; Belof, J.L.; Stern, A.C.; Zaworotko, M.J.; <u>Space, B.</u> "Simulation of the Mechanism of Gas Sorption in a Metal-Organic Framework with Open Metal Sites: Molecular Hydrogen in PCN-61." *Journal of Physical Chemistry C*, <u>116</u>, 15538-15549, 2012.

273. (F) Clarke, H.D.; <u>Hickey, M.B.</u>; Moulton, B.; Perman, J.A.; Peterson, M.L.; Wojtas, L.; Almarsson, Ö; <u>Zaworotko, M.J.</u> "Crystal Engineering of Isostructural Quaternary Multi-Component Crystal Forms of Olanzapine." *Crystal Growth & Design*, <u>12</u>, 4194-4201, 2012.

274. (C) Zhang, Z.; Gao, W.-Y.; Wojtas, L.; Ma, S.; Eddaoudi, M.; <u>Zaworotko, M.J.</u> "Post-Synthetic Modification of Porphyrin-Encapsulating Metal-Organic Materials *via* Cooperative Addition of Inorganic Salts to Enhance $CO_2/CH_4$ Selectivity." *Angew. Chem., Int. Ed. Engl.*, <u>51</u>, 9330-9334, 2012.

275. (C) Meng, L.; Cheng, Q.; Kim, C.; Gao, W.-Y.; Wojtas, L.; Cheng, Y.-S.;  <u>Zaworotko, M.J.</u>; <u>Zhang, X.P.</u>; <u>Ma, S.</u> "Crystal engineering of a microporous fcu topology catalytically active MOF using a custom-designed metalloporphyrin linker." *Angew. Chem., Int. Ed. Engl.*, <u>51</u>, 10082-10085, 2012.
**Featured in *Angewandte Chemie* as a "hot paper"**

276. (C) Mohamed, M.; Elsaidi, S.; Wojtas, L.; Pham, T.; Forrest, K.A.; Tudor, B..; Space, B.; <u>Zaworotko, M.J.</u> " Highly selective $CO_2$ uptake in uninodal 6-connected "mmo" nets based upon $MO_4^{2-}$ (M = Cr, Mo) pillars." *Journal of the American Chemical Society*, publishesd online November 21[st] 2012. DOI: 10.1021/ja309452y

277. (C) Schoedel, A.; Cairns, A.J.; Belmabkhout, Y.; Wojtas, L.; Mohamed, M.; Zhang, Z.; Proserpio, D.M.; Eddaoudi, M.; <u>Zaworotko, M.J.</u> **"**The robust, inexpensive and modular "asc" trinodal platform: systematic 2-step assembly of triangular, tetrahedral and trigonal prismatic molecular building blocks". *Angew. Chem., Int. Ed. Engl.*, accepted for publication December 3rd 2012.



## Conference Proceedings

1. Zaworotko, M.; Subramanian, S.; MacGillivray, L.R. "Strategies for Crystal Engineering of Polar Solids". Materials Research Society Symposium Proceedings, Electrical, Optical and Magnetic Properties of Organic Solid State Materials, 328, 107, 1993.

2. Zaworotko, M.J.; Abourahma, H.A. "Self-assembly of crystals and nanocrystals", Proceedings of the International Conference on Research Trends in Science and Technology – RTST 2002, 57-70.

3. Peterson, M.L.; Hickey, M.B.; Zaworotko, M.J.; Almarsson, Ö. "Expanding the scope of crystal form evaluation in pharmaceutical science" *J. Pharm. Pharmaceut. Sci.*, 9, 317-326, 2006.

4. Zaworotko, M.J.; Zhang, L.; Zhang, Z.; Zhang, Z.; Perman, J.; Nugent, P. "Form before function: why design still matters to crystal engineering." *Preprints of Symposia - American Chemical Society, Division of Fuel Chemistry*, 56, 54-55.

## Patents

1. (P) Subramanian, S.; Zaworotko, M.J. "Substituted Diazanthracene Compounds Having Pharmaceutical Utility", U.S. Patent No. 5,994,365, issued November 30th, 1999.

2. (P) Zaworotko, M.J. "Supramolecular Laminates", U.S. Patent Application, filed March, 1998.

3. (P) Zaworotko, M. J.; Moulton, B.; Rodriguez-Hornedo, N. "Multiple-component solid phases containing at least one active pharmaceutical ingredient." PCT Int. Appl. (2003).

4. (P) Almarsson, Ö.; Bourghol Hickey, M.; Peterson, M.; Zaworotko, M.J.; Moulton, B.; Rodriguez-Hornedo, N. "Pharmaceutical cocrystal compositions of drugs such as carbamazepine, celecoxib, and olanzapine". PCT Int. Appl., 489 pp. WO2004078161.

5. (P) Zaworotko, M.J.; Moulton, B. "Nanoscale Faceted Polyhedra." U.S. Patent 6,965,026, issued Nov. 15th 2005.

6. (P) Hickey, M.B.; Peterson, M.; Almarsson, O.; Zaworotko, M.J.; Shattock, T.; McMahon, J.; Bis, J.; Remenar, J.; Tawa, M. "Preparation of novel pharmaceutical forms." PCT Int. Appl., WO2005089511, 2005.

7. (P) McMahon, J.; Peterson, M.; Zaworotko, M.J.; Shattock, T.; Hickey, M.B. "Pharmaceutical co-crystal compositions." PCT Int. Appl.. WO2006007448, 2006.

## Patents -- Continued

8. (P) Almarsson, Ö.; McMahon, J; Peddy, V.; Peterson, M.; Zaworotko, M. J. "Novel polymorph of acetylsalicylic acid, and methods of making and using the same"   PCT Int. Appl. WO 2006116473, 2006.

9. (P) Almarsson, O.; Bourghol-Hickey, M.; Peterson, M.L.; Zaworotko, M.J.; Moulton, B.; Rodriguez-Hornedo, N. "Pharmaceutical co-crystal compositions of drugs." U.S. Pat. Appl. Publ.  (2007), 92pp., Cont.-in-part of U.S. Ser. No. 601,092. US 2007059356.

10. (P) Almarsson, O.; Bourghol-Hickey, M.; Peterson, M.L.; Zaworotko, M.J.; Moulton, B.; Rodriguez-Hornedo, N.   "Pharmaceutical co-crystal compositions." U.S. Pat. Appl. Publ.  (2007), 102pp., Cont.-in-part of U.S. Ser. No. 637,829. US 2007026078.

11. (P) Zaworotko, M.; Clarke, H.; Kapildev, A.; Kavuru, P.; Shytle, R.D.; Pujari, T.; Marshall, L.; Ong, T.T. "Nutraceutical co-crystal compositions", PCT Int. Appl. 2008, WO 2008153945 A2, filed June 6th 2008.

12. (P) Zaworotko, M.; Kesani, S. "Epigallocatechin-3-gallate crystal compositions", PCT Int. Appl. 2008, WO 2008153938 A2, filed June 6th 2008.

13. (P) Eddaoudi, M.; Nouar, F.; Eubank, J.F.; Wojtas, L.; Bousquet, T.; Zaworotko, M. "Supramolecular assemblies and building blocks", US Patent Application 20090143596 A1, filed November 17th 2008.

14. (P) McMahon, J.; Peterson M.; Zaworotko, M.J.; Shattock, T.; Hickey, M.B. "Pharmaceutical co-crystal compositions and related methods of use". US Patent 7,803,786 issued September 28th 2010.

15. (P) Almarsson, O; Bourghol-Hickey, M.; Peterson, M.L.; Zaworotko, M.J.; Moulton, B.; Rodrigeuz-Hornedo, N. "Pharmaceutical co-crystal compositions" US Patent 7,927,613, issued April 19th 2011.

16. (P) Eddaoudi, M.; Nouar, F.; Eubank, J.F.; Wojtas, L.; Bousquet, T.; Zaworotko, M. "Supramolecular assemblies and building blocks", US Patent 8,034,952, issued October 11th, 2011

17. (P) Zaworotko, M.J.; Shytle, R.D.; Ong, Tien Teng; Kavuru, P.; Cantwell, R.N.; Nguyen, T.; Smith, A.J. "Lithium Compositions", Patent Application WO2012129568, priority date March 24, 2011.

## Review, Highlight or Perspective

1.  Subramanian, S.; Zaworotko, M.J. "Exploitation of the Hydrogen Bond: Recent Developments in the Context of Crystal Engineering".  *Coord. Chem. Rev.*, 137, 357-401, 1994.

2.  Zaworotko, M.J. "Crystal Engineering of Diamondoid Networks". *Chem. Soc. Rev.*, 23, 283, 1994.

3.  Zaworotko, M.J. "From Disymmetric Molecules to Chiral Polymers: A New Twist for Supramolecular Synthesis".  *Angew. Chem., Int. Ed. Engl.*, 37, 1211-1213, 1998.

4.  Zaworotko, M.J. "Open season for solid frameworks", *Nature*, 402, 242-243, 1999.

5.  Zaworotko, M.J. "Nanoporous Structures by Design." *Angew. Chem., Int. Ed. Engl.*, 39, 3052-3054, 2000.

6.  Zaworotko, M.J. "Superstructural Diversity in Two Dimensions: Crystal Engineering of Laminated Solids", *Chem. Commun.*, 1-9, 2001.

7.  Moulton, B.; Zaworotko, M.J. "From Molecules to Crystal Engineering: Supramolecular Isomerism and Polymorphism in Network Solids", *Chemical Reviews*, 101, 1629-1658, 2001.
    **Featured by Institute for Scientific Informtation as the #1 hot paper in Chemistry, July 2003 -**
    **http://www.in-cites.com/analysis/03-second-che.html#Scientists**

8.  Moulton, B.; Zaworotko, M.J. "Coordination Polymers: Toward functional transition metal sustained materials and supermolecules", *Current Opinion in Solid State and Materials Science*, 6, 117-123, 2002.

9.  Almarsson, Ö.; Zaworotko, M.J. "Crystal Engineering of the Composition of Pharmaceutical Phases. Do Pharmaceutical Co-crystals Represent a New Path to Improved Medicines?" *Chem. Commun.*, 1889-1896, 2004.

10.  Zaworotko, M.J. "Crystal Engineering of the Composition of API's. Understanding Polymorphs and Designing Pharmaceutical Co-Crystals". *American Pharmaceutical Outsourcing*, 5, 16, 2004.

11. Vishweshwar, P.; McMahon, J.A.; Bis, J.A.; Zaworotko, M.J.  "Pharmaceutical Co-crystals." *J. Pharm. Sci.*, 95, 499-516, 2006.

12. Zaworotko, M.J. "Molecules to crystals, crystals to molecules… and back again?" *Crystal Growth & Design*, 7, 4-7, 2007.

13. (I) Shan, N.; Zaworotko, M.J. "The role of co-crystals in pharmaceutical science". *Drug Discovery Today*, 13, 440-446, 2008.

## Review, Highlight or Perspective -- Continued

14. Zaworotko, M.J. "Designer pores made easy". *Nature*, 451, 410-411, 2008.

15. Perry, J.J.; Perman, J.A.; Zaworotko, M.J. "Design and synthesis of metal-organic frameworks using metal-organic polyhedra as supermolecular building blocks", *Chem. Soc. Rev.*, 38, 1400-1417, 2009.

16. Zaworotko, M.J. "A Reversible step forward", *Nature Chemistry*, 1, 267-268, 2009.

17. Zaworotko, M.J. "Design and Construction of Coordination Polymers Edited by Mao-Chun Hong and Ling Chen". *Journal of the American Chemical Society*, 132, 7821, 2010.

18. Zaworotko, M.J. "There is plenty of room in the middle: crystal clear opportunities for coordination polymers", *New Journal of Chemistry*, 34, 2355-2366, 2010.

19. Zaworotko, M.J. "Crystal Engineering: A Textbook." *Nature Chemistry*, 3, 653, 2011.

20. Aitipamula, S.; Banerjee, R.; Bansal, A.K.; Biradha, K.; Cheney, M.L.; Choudhury, A.R.; Desiraju, G.R.; Dikundwar, A.G.; Dubey, R.; Duggirala, N.; Ghogale, P.P.; Ghosh, S.; Goswami, P.K.; Goud, N.J.; Jetti, R.K.R.; Karpinski, P.; Kaushik, P.; Kumar, D.; Kumar, V.; Moulton, B.; Mukherjee, A.; Mukherjee, G.; Myerson, A.S.; Puri, V.; Ramanan, A.; Rajamannar, T.; Reddy, C.M.; Rodriguez-Hornedo, N.; Rogers, R.D.; Guru Row, T.N.; Sanphui, P.; Shan, N.; Shete, G.; Singh, A.; Sun, C.C.; Swift, J.A.; Thaimattam, R.; Thakur, T.S.; Thaper, R.K.; Thomas, S.P.; Tothadi, S.; Vangala, V.R.; Variankaval, N.; Vishweshwar, P.; Weyna, D.R.; Zaworotko, M.J. "Polymorphs, Salts and Cocrystals: What's in a Name?" *Crystal Growth & Design*, 12, 2147-2152, 2012.

21. Almarsson, Ö.; Peterson, M.L.; Zaworotko, M.J. "The A to Z of pharmaceutical cocrystals: a decade of fast-moving new science and patents." *Pharmaceutical Patent Analyst*, 1, 313-327, 2012.

## Books (B) and Book Chapters (C)

1. (C) Zaworotko, M.J. "From Molecules to Crystals", Modular Chemistry, NATO Advanced Research Workshop, J. Michl, editor., Kluwer Academic Publishers, Dordrecht, The Netherlands, 409-421, 1997.

2. (C) Zaworotko, M.J. "Crystal Engineering of Coordination Polymers" in Electrical and Optical Polymer Systems, D. l. Wise, T.M. Cooper, J.D. Gresser, D.J. Trantolo, G.E. Wnek, eds., Marcel Dekker, New York, 1998, Chap. 25, pp. 871-901.

3. (C) Moulton, B.; Zaworotko, M.J. "Rational Design of Polar Solids", Erice School on Crystallography/ NATO-ASI, Erice, Italy. D. Braga, A.G. Orpen, editors, Kluwer Academic Publishers, Dordrecht, The Netherlands, 1999, pp. 311-330.

4. (B) "Crystal Engineering: The Design and Application of Functional Solids" NATO-ASI Series (eds. M.J. Zaworotko and K.R. Seddon), 1999.

5. (C) Zaworotko, M.J. "Coordination Polymers" in "Crystal Engineering: The Design and Application of Functional Solids" NATO-ASI Series (eds. M.J. Zaworotko and K.R. Seddon), 383-408, 1999.

6. (C) Biradha, K.; Dennis, D.; MacKinnon, V.A.; Seward, C.; Zaworotko, M.J. "Supramolecular Synthesis of Organic and Metal-Organic Laminates with Affinity for Aromatic Guests: Hydrophobic Clay Mimics", Supramolecular Chemistry, NATO Advanced Research Workshop, G. Tsoucaris, editor., Kluwer Academic Publishers, Dordrecht, The Netherlands, 115-132, 1999.

7. (C) Moulton, B.; Zaworotko, M.J. "From Molecules to Crystals: Supramolecular Synthesis of Solids", Advances in Supramolecular Chemistry, vol. 7 (JAI Press, G. Gokel, ed.), 235-283, 2000.

8. (C) Arora, K.K.; Zaworotko, M.J. "Pharmaceutical co-crystals: A new opportunity in pharmaceutical science for a long-known but little studied class of compounds" in "Polymorphism in Pharmaceutical Solids, 2nd Ed.", pp. 282-317, edited by H. Brittain, published by Informa Healthcare, 2009.

9. (C) Shan, N.; Zaworotko, M.J. "Polymorphic Crystal Forms and Cocrystals in Drug Delivery (Crystal Engineering)", Burger's Medicinal Chemistry and Drug Discovery. 187–218, 2010.

10. (B) "Organic Crystal Engineering: Frontiers in Crystal Engineering", John Wiley and Sons (E.R.T. Tiekink, J.J. Vittal, M.J. Zaworotko, eds.), 2010.

## Conference Presentations (excluding presentations by co-workers)

1. Zaworotko, M.J.; Atwood, J.L.; "The X-ray Crystal Structures of Two Novel Bivalent Openshell Germanium Compounds $Ge(NC_9H_{18})_2$ and $Ge(OC_{15}H_{23})_2$." Presented by M. J. Zaworotko before the A.C.S. Southeastern Regional Meeting, Roanoke, Virginia, 1979.

2. Zaworotko, M.J.; Hrincir, D.; Shakir, R.; Atwood, J.L. "Comparison between Selected Trimethylaluminum and Trimethylgallium Based Liquid Clathrates." Presented by M.J. Zaworotko before the ACS Regional Meeting, 1980, New Orleans.

3. Zaworotko, M.J.; Atwood, J.L. "Structure of Reactivity of Pyrazolyl-bridged iridium dimers." Presented by M. J. Zaworotko, before the Southwestern A.C.S. Regional Meeting, 1981, San Antonio, Abstract 100.

4. Bushnell, G.W.; Fjeldsted, D.O.K.; Stobart, S.R.; Vefghi, R.; Zaworotko, M.J. "Isolation of Novel Dimeric Iridium Structures through Two-centerOxidative Addition to Bis(1,5-cyclooctadiene)di($\mu$-pyrazolyl) Di-iridium(I)." Presented by M.J. Zaworotko before the 11th International Conference on Organometallic Chemistry, 1983, Pine Mountain, Georgia.

5. Decker, M.J.; Stobart, S.R.; Zaworotko, M.J. "One-dimensional Chain Character of $[Rh(CO)_2(C1)(pzH)]$, pzH = pyrazole, and Structural Comparisons with Related Molecules." Presented by M.J. Zaworotko before the 11th International Conference on Organometallic Chemistry, 1983, Pine Mountain, Georgia.

6. Gaudet, M.; Zaworotko, M.J.; Hanson, A. "Interaction of Trialkylaluminum Compounds with $[(arene)Mn(CO)]_3{}^+$ cations." Presented by M.J. Zaworotko before the 70th Canadian Chemical Conference, 1987, Quebec City.

7. Gaudet, M; Voliere, G.; Zaworotko, M.J. "Transformations of Aromatic Hydrocarbon Molecules Mediated by First Row Transition Metals." Presented by M.J. Zaworotko before the 4th IUPAC Symposium on Organometallic Chemistry Directed Toward Organic Synthesis, 1987, Vancouver.

8. Cameron, T.S.; Gaudet, M.V.; Linden, A.; White, P.S.; Zaworotko, M.J. "X-ray Structural Characterization of Tetrachloroaluminate Salts and Relevance to the Structure of Ionic Liquids." Presented by M. J. Zaworotko before the 3rd Chemical Congress of North America, 1988, Toronto.

9. Lindsay, R.I; Peterson, D.C.; Zaworotko, M.J. "Applications of liquid clathrates in hydrocarbon separation: Removal of aromatics from model compound mixtures." Presented by M. J. Zaworotko before the 5th International Symposium on Inclusion Phenomena and Molecular Recognition, 1988, Orange Beach, Alabama.

10. Clerk, M.D.; Hooper, D.L.; Zaworotko, M.J. "Fluxional Properties of Sterically Crowded Sandwich Compounds." Presented by M.J. Zaworotko before the 72nd Canadian Chemical Conference, 1989, Victoria.

11. Zaworotko, M.J.; Sturge, K.C.; Clerk, M.D. **Invited talk**, "Effect of Transition Metal Complexation Upon Conformation and Reactivity of Arenes," CIC Atlantic Section Annual General Meeting and Conference, 1989, St. John's, NF, Canada.

12. Zaworotko, M.J.; Peterson, D.C.; Christie, S. "Influence of Interionic Hydrogen Bonding on the Melting Point of Organic Cation Triiodide Salts." Presented by M. J. Zaworotko before the Gordon Research Conference on Molten Salts and Liquid Metals, 1989, Wolfeboro, N.H.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

13. Clerk, M.D.; Sturge, K.C.; Zaworotko, M.J. "Trialkylaluminum Mediated C-C Bond Formation Reactions." Presented by M. J. Zaworotko before the 198th A.C.S. National Meeting, 1989, Miami Beach.

14. Zaworotko, M.J.; Leyte, D.; Peterson, D.C. "Synthesis, Structure and Applications of Low Melting Chloroaluminate Salts." Presented by M.J. Zaworotko before Molten Salts Discussion Group, July 1990, Swansea, Wales.

15. Zaworotko, M.J. **Invited lecture**, "Ionic Liquids - Synthesis, Structure and Applications." 1990 Student Symposium on Inorganic Chemistry, Dalhousie University, Halifax.

16. Zaworotko, M.J. "An X-ray Structural Study of Low Melting Organic Cation Salts." 3rd International Symposium on Molten Salt Chemistry and Technology, 1991, Paris, France.

17. Zaworotko, M.J.; Wilkes, J.S. "Influence of Hydrogen Bonding and Aromatic Stacking upon the Physical Properties of Alkylimidazolium and Pyridinium Salts" 203rd ACS National Meeting, SanFrancisco, CA, April 1992

18. Copp, S.B.; Subramanian, S.; Zaworotko, M.J. "Supramolecular Chemistry of $[Mn(CO)_3(\mu_3-OH)]_4$: Coassembly of Hydrogen Bonded Diamondoid Networks" Fall Materials Research Society Meeting, Boston, MA, December 1992.

19. Zaworotko, M.J. "NSERC Grant Rationalization". 1993 Research at Small Universities Conference, Lennoxville, Quebec, May 1993.

20. Zaworotko, M.J.; Copp, S.B.; Subramanian, S. "Supramolecular Chemistry of $[M(CO)_3(\mu_3-OH)]_4$ (M = Mn, Re): Strict Self-assembly of Ordered 2-D and 3-D Solids" Presented by M.J. Zaworotko before the 76th Canadian Chemical Conference, June 1993, Sherbrooke, Que.

21. Zaworotko, M.J. **Invited lecture**, "Water-tolerant Low Temperature Molten Salts**,** Gordon Conference on Molten Salts and Liquid Metals, Wolfeboro, NH, August 1993.

22. Zaworotko, M.J. "Strategies for Crystal Engineering of Polar Solids",  Fall Materials Research Society Meeting, Boston, MA, December 1993.

23. Zaworotko, M.J. **Keynote lecture**, "Aspects of Noncovalent Bonding", 1995 Atlantic CIC Student Conference, Halifax, May 1995.

24.  Zaworotko, M.J. **Invited lecture**, "Molecular Recognition in Solids: Cocrystals by Design", 78th Canadian Chemical Conference, May 1995, Guelph, Ontario.

25.  Zaworotko, M.J. **Invited lecture**, "From Molecules to Crystals", NATO ARW on Modular Chemistry, September 1995, Estes Park, Colorado, USA.

26. Zaworotko, M.J. **Invited lecture**, "Crystal Engineering of Functional Solids", ESTAC annual meeting, November 1995, Toronto, Canada.

27. Zaworotko, M.J. **Invited poster**, "Non-interpenetrated Molecular Ladders", NATO ARW on Modular Synthesis, May 1996, Montreal, Canada.

28. Zaworotko, M.J. **Invited lecture**,  "Chains, Planes and Frames: Crystal Engineering of Transition Metal Sustained Coordination Polymers", 5th International Summer School on Supramolecular Chemistry, June 1996, Ustron Poland.

29.  Zaworotko, M.J. **Invited microsymposium lecture,** "Chains, Planes and Frames: How the Dimensionality of Hydrogen Bonded or Coordination Polymer Networks Influences Crystal Morphology", XVII International Union of Crystallography Congress, August 1996, Seattle, USA.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

30. Zaworotko, M.J. **Invited Lecture**, "Coordination Polymers", NATO-ASI on Crystal Engineering, September 1996, Digby, Nova Scotia, Canada.
31. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals", XIIIth National School on Spectroscopy of Molecules and Crystals, April 1997, Sumy, Ukraine.
32. Zaworotko, M.J. **Invited Lecture**, "Supramolecular Isomerism", 80th Canadian Chemical Conference, June 1997, Windsor, Ontario.
33. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of Cocrystals with Functional Properties". 10th Organic Crystal Chemistry Symposium, August 1997, Rydzyna, Poland.
34. Zaworotko, M.J. **Invited Lecture**, "Polymorphism in Network Polymers". 17th European Crystallographic Meeting, August 1997, Lisbon, Portugal.
35. Zaworotko, M.J. "Faculty Entrepreneurship: The Saint Mary's Experience". Canadian Research Management Association, September 1997, Halifax.
36. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of Functional Solids". University of Siegen Summer School, Germany, October 1997.
37. Zaworotko, M.J. **Invited Lecture**, "Coordination Polymers", NATO ARW on "Current Challenges on Large Supramolecular Assemblies", October 1997, Athens, Greece.
38. Zaworotko, M.J. **Invited Lecture**, "Host-Guest Interactions in Coordination Polymers", 5th N. American Chemical Congress, November 1997, Cancun, Mexico.
39. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals". Symposium on "Chemical, Biological and Biomedical Applications of Supramolecular Systems", January 1998, Tel Aviv, Israel.
40. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals". International Symposium on Inclusion Phenomena and Moleculr Recognition, June 1998, Warsaw, Poland.
41. Zaworotko, M.J. **Invited Lecture**, "The importance of weak hydrogen bonds in the context of the architectures adapted by coordination polymers". Boston ACS Meeting, August 1998.
42. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals", Gordon Conference on Organic Structures and Properties, September 1998, Fukuoka, Japan.
43. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals and Back Again". Materials Research Society Meeting, December 1998, Boston.
44. Zaworotko, **Invited Lecture**, "Crystal Engineering of Functional Solids". 62nd Okazaki conference, January 1999, Okazaki, Japan.
45. Zaworotko, M.J. **Invited Lecture**, "Strategies for the Design of Chiral Solids". PRESTO/FR Symposium on "Construction and Properties of Molecular Assemblies", January 1999, Okazaki, Japan.
46. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of Functional Solids". Erice School on Crystallography/ NATO-ASI, May 1999, Erice, Italy.
47. Zaworotko, M.J. **Invited Lecture**, "Zeolite and Clay Mimics: Design Strategies for Generation of Organic and Metal-Organic Adsorbents". Gordon Conference on Zeolites and Layered Materials, June 1999.
48. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals". Fourth International Conference on Materials Chemistry, Dublin, Ireland, July 1999.
49. Zaworotko, M.J. **Invited Lecture**, "From Achiral Building Blocks to Chiral Architectures", 18th Congress and General Assembly of the International Union of Crystallography, Glasgow, August 1999.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

50. Zaworotko, M.J. **Invited Lecture**, "Novel Technology for Hog Manure Odour Control/Remediation". HEMS annual symposium, Ottawa, Canada, December 1999.
51. Zaworotko, M.J. "From Molecules to Crystals: Crystal En gineering and its Implication for Synthetic Chemistry", 17th Annual Florida Organic Chemistry Faculty Conference, Tampa, Florida, February 2000.
52. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals … and Back Again". 10th Annual Meeting of the Association for Crystallization Technology, New Brunswick, New Jersey, April 2000.
53. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of Zeolite and Clay Mimics". 83rd Canadian Society for Chemistry Conference, Calgary, Alberta, May 2000.
54. Zaworotko, M.J. "From Molecules to Crystals… and Back Again". 13th International Symposium on Surfactants in Solution, Gainesville, Florida, June 2000.
55. Zaworotko, M.J. **Invited Lecture**, "Design and Function of 2D and 3D Coordination Polymers". Royal Society of Chemistry, Dalton Discussion on Inorganic Crystal Engineering, Bologna, Italy, September 2000.
56. Zaworotko, M.J. **Keynote Lecture**, "From Molecules to Crystals…and Back Again." 1st International Workshop on Physical Characterization of Pharmaceutical Solids, Lancaster, PA, September 2000.
57. Zaworotko, M.J. **Invited Lecture**, "Coexisting Covalent and Noncovalent Nets". 35th ACS Midwest Regional Meeting, St. Louis, Missouri, October 2000.
58. Zaworotko, M.J. **Invited Lecture**, "Supramolecular Synthesis of Crystals". 35th ACS Midwest Regional Meeting, St. Louis, Missouri, October 2000.
59. Zaworotko, M.J. **Invited Lecture**, "Coexisting Covalent and Noncovalent Nets". ACS SW/SE Regional Meeting, New Orleans, Louisiana, December 2000.
60. Zaworotko, M.J. **Invited Lecture**, "Composite Materials by Design". Pacifichem 2000, Hawaii, December 2000.
61. Zaworotko, M.J. **Invited Lecture**, "Self-assembly of Discrete and Infinite Nanoscale Structures". AMRI-DARPA, New Orleans, February 2001.
62. Zaworotko, M.J. **Invited Lecture**, "Self-assembly of Discrete and Infinite Nanoscale Structures". XV International School-Seminar Spectroscopy of Molecular and Crystals, Chernihiv, Ukraine, June 2001.
63. Zaworotko, M.J. **Invited Lecture**, "Crystals and Nanocrystals by Design". ECM 20, "Supramolecular Materials Microsymposium", Krakow, Poland, August 2001.
64. Zaworotko, M.J. **Invited Lecture**, VIII International Seminar on Inclusion Compounds, Poland, September 2001.
65. Zaworotko, M.J. **Invited Lecture**, International Symposium on Crystal Chemistry, Chisinau, Moldova, October 2001.
66. Zaworotko, M.J. **Invited Lecture**, "From Molecules to Crystals: Crystal Engineering of Network Solids", 59th Pittsburgh Diffraction Conference, Cincinnati, October 2001.
67. Zaworotko, M.J. **Invited Lecture**, Modern Trends in Inorganic Chemistry, Calcutta, India, December 2001 (cancelled because of 9/11 related issues).
68. Zaworotko, M.J. **Invited Lecture**, Singapore International Chemical Conference, Singapore, December 2001 (cancelled because of 9/11 related issues).

## Conference Presentations (excluding presentations by co-workers) – Cont'd

69. Zaworotko, M.J. **Invited Keynote Lecture**, Research Trends in Science and Technology 2002, Beirut and Byblos, Lebanon, March 2002.

70. Zaworotko, M.J. **Invited Lecture**, "Finite and Infinite Polygonal Assemblies", 223rd American Chemical Society National Meeting, Orlando, April 2002.

71. Zaworotko, M.J. **Invited Lecture**, "Binary Crystals by Design", 223rd American Chemical Society National Meeting, Orlando, April 2002.

72. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering with Pharmaceuticals: Design of the Composition and Structure of Pharmaceutical Phases", Higuchi Research Seminar, Kansas, May 2002.

73. Zaworotko, M.J. **Invited Lecture**, "Self-assembly of Crystals and Nanocrystals", American Crystallographic Association, San Antonio, May 2002.

74. Zaworotko, M.J. **Invited Lecture**, "Self-assembly of Crystals and Molecules with Nanoscale Features". 85th Canadian Society for Chemistry Conference, Vancouver, British Columbia, June 2002.

75. Zaworotko, M.J. **Invited Microsymposium Lecture**, 19th Congress and General Assembly of the International Union of Crystallography, Geneva, Switzerland, August 2002.

76. Zaworotko, M.J. **Invited Lecture**, SE Region ACS, Charleston, November 2002.

77. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of the Composition of Pharmaceutical Phases", ACS Prospective on Polymorphism in Crystals, Tampa, February 2003.

78. Zaworotko, M.J. "Crystal Engineering of the Composition of Pharmaceutical Solids", 225th ACS National Meeting, New Orleans, March 2003.

79. Zaworotko, M.J.; Moulton, B.; Lu, J.; McManus, G.; Wong, R.; Rather, B. **Invited Lecture**, "Crystal Engineering of Coordination Compounds with Nanoscale Features", FAME 2003, Orlando, May 2003.

80. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of the Composition of Pharmaceutical Phases", Strategies for Improving Solubility Workshop, Philadelphia, June 2003.

81. Zaworotko, M.J. **Invited Lecture**, "From Crystal Engineering of Coordination Polymers to Design of Nanoscale Molecules", 39th IUPAC Congress, Ottawa, Canada, August 2003.

82. Zaworotko, M.J. **Invited Lecture**, "Coordination Polymers with Nanoscale Features", 39th IUPAC Congress, Ottawa, Canada, August 2003.

83. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of the Composition of Pharmaceutical Phases", 39th IUPAC Congress, Ottawa, Canada, August 2003.

84. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of Pharmaceutical Phases", Strategies for Improving Solubility Workshop, Brussels, Belgium Oct. 2003.

85. Zaworotko, M.J. **Invited Lecture.** "Self-Assembly of Nanoscale Chemical Structures", ICMAT, Singapore, Dec. 2003.

86. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of API's ", Determining Factors for Measuring Permeability Workshop, Philadelphia, January 2004.

87. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering of the Composition of Pharmaceutical Phases", ACS Prospective on Polymorphism in Crystals, Tampa, February 2004.

88. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of API's", "Polymorphism and Crystallization Forum 2004, Princeton, April 2004.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

89. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of Coordination Compounds with Nanoscale Features", 80th FAME 2004, Orlando, May 2004.

90. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of Pharmaceutical Phases", Solubility Workshop, Philadelphia, June 2004.

91. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of API's", Polymorphism Workshop, Philadelphia, June 2004.

92. Zaworotko, M.J. **Invited Lecture.** "Supramolecular Synthesis", Green Chemistry Gordon Conference, July 2004.

93. Zaworotko, M.J. **Invited Lecture.** "Do Pharmaceutical Co-crystals Represent a Path to Improved Medicines", Strategies for Improving Solubility Workshop, Brussels, Belgium Sep. 2004.

94. Zaworotko, M.J. **Invited Lecture.** "Crystal Engineering of the Composition of API's", Polymorphism, Crystallization and Salt Selection Workshop, Washington, DC, February 2005.

95. Zaworotko, M.J. **Invited Lecture.** "Pharmaceutical Co-crystals – Do They Represent a New Path to Improved Medicines", Polymorphism and Crystallization 2005, London, UK, March 2005.

96. Zaworotko, M.J. **Invited Lecture.** "Pharmaceutical Co-crystals – Do They Represent a New Path to Improved Medicines", American Crystallographic Association Annual Meeting, Orlando, May 2005.

97. Zaworotko, M.J. **Invited Lecture.** "From Molecules to Crystals – and Back Again", American Crystallographic Association Annual Meeting, Orlando, May 2005.

98. Zaworotko, M.J. **Invited Lecture.** "The role of co-crystals in supramolecular and solid-state chemistry", 2nd International Conference on Green and Sustainable Chemistry and 9th Annual Green Chemistry and Engineering Conference, Washington DC, June 2005.

99. Zaworotko, M.J. **Invited Lecture.** "From Molecules to Crystals – and Back Again", Rare Earth Research Conference (RERC05), Keystone, Colorado, June 2005.

100. Zaworotko, M.J. **Invited Microsymposium Lecture**, Polymorphism in Co-crystals and Pharmaceutical Co-crystals", 20[th] Congress and General Assembly of the International Union of Crystallography, Florence, Italy, August 2005.

101. Zaworotko, M.J. **Invited Lecture.** "From molecular building blocks to binary and ternary nets", European Science Foundation meeting on "Supramolecular Chemistry: Molecular Architectures and Systems", Obernai, France, October 2005.

102. Zaworotko, M.J. **Keynote Lecture.** "From Molecules to Crystals… and Back Again", Singapore International Chemistry Conference IV, Singapore, December 2005.

103. Zaworotko, M.J. **Invited Lecture.** Pacifichem 2005, Honolulu, Hawaii, December 2005.

104. Zaworotko, M.J. **Invited Lecture.** "Realizing the potential of co-crystals as novel patentable materials", Devloping IP strategies for crystalline forms conference, London, UK, December 2005.

105. Zaworotko, M.J. **Invited Lecture.** "Designing Pharmaceutical Co-crystals", Polymorphism and Crystallization 2006, London, UK, March 2006.

106. Zaworotko, M.J. **Invited Lecture.** "Design and preparation of co-crystals", ACS Prospective on Process Crystallization in the Pharmaceutical and Chemical Industry, Philadelphia, April 2006.

107. Zaworotko, M.J. **Invited Lecture.** "Do pharmaceutical co-crystals represent a new path to improved medicines?", FAME2006, Orlando, May 2006.

108. Zaworotko, M.J. **Invited Lecture.** "Crystal engineering of metal-organic nets with form and function", FAME2006, Orlando, May 2006.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

109. Zaworotko, M.J. **Invited Lecture.** "The Role of Co-crystals in Pharmaceutical Form and Formulation", Polymorphism and Crystallization 2006, IQPC Meeting, San Diego, May 2006.

110. Zaworotko, M.J. **Invited Lecture.** 89th Canadian Society for Chemistry Conference, Halifax, Nova Scotia, May 2006.

111. Zaworotko, M.J. **Invited Lecture.** "Design and preparation of co-crystals", INDABA5, Kruger National Park, South Africa, August 2006.

112. Zaworotko, M.J. **Invited Lecture.** "Pharmaceutical co-crystals: do they represent a new path to improved medicines?", British Pharmaceutical Conference, Manchester, UK, September 2006.

113. Zaworotko, M.J. **Invited Lecture.** "Polymorphism in co-crystals", Pharmaceutical co-crystals, IQPC Meeting, Amsterdam, September 2006.

114. Zaworotko, M.J. **Invited Lecture.** "The role of co-crystals in supramolecular and solid-state chemistry", XVth Conference on Physical Methods in Coordination and Supramolecular Chemistry, Chisinau, Moldova, September 2006.

115. Zaworotko, M.J. **Invited Lecture.** "Design and preparation of co-crystals", ACS Prospective on Crystallization Process Development: Case Studies & Research, Boston, February 2007.

116. Zaworotko, M.J. **Opening Plenary Lecture.** XI[th] International Seminar on Inclusion Compounds, Kyiv, Ukraine, June 2007.

117. Zaworotko, M.J. **Invited Lecture.** "Back to the future for metal-organic materials", Nano-Structured Porous Materials Workshop, DOD meeting, Washington DC, September 2007.

118. Zaworotko, M.J. **Invited Lecture.** "New Intellectual Property Opportunities for Old Natural Products via New Crystal Forms", Pharmaceutical Co-Crystals 2007, IQPC Meeting, Amsterdam, September 2007.

119. Zaworotko, M.J. **Invited Lecture.** SERMACS 2007, Greenville, SC, October 2007.

120. Zaworotko, M.J. **Plenary Lecture.** "Back to the future for metal-organic materials", 5th National Symposium on Structural Chemistry (5th NSSC), China and the Symposium on Chinese Strategy of Crystal Growth & Design, Fujian, China, October 2007.

121. Zaworotko, M.J. **Invited Lecture.** Polymorphism and Crystallization Conference, Clearwater, FL, November 2007.

122. Zaworotko, M.J. **Invited Lecture.** "Co-crystals by design: New opportunities for old natural products through crystal engineering." Polymorphism and Crystallization, Philadelphia, December 2007.

123. Zaworotko, M.J. **Invited Lecture.** "The role of co-crystals in pharmaceutical science", International Symposium on "Challenges and Innovations in Pharmaceutical Research" State University of Morelos, Cuernavaca, Mexico, March 2008.

124. Zaworotko, M.J. **Invited Lecture.** "Co-crystals involving chiral co-crystal formers", Polymorphism and Crystallization 2008, London, UK, March 2008.

125. Zaworotko, M.J. **Invited Lecture.** "Back to the future: new ligands for old topologies". 235th ACS National Meeting, New Orleans, LA, April 2008.

126. Zaworotko, M.J. **Invited Lecture.** "Increasing solubility by crystal engineering and co-crystal formation". 35th Annual Meeting & Exposition of the Controlled Release Society, New York, July 2008.

127. Zaworotko, M.J. **Invited Lecture.** "Pharmaceutical co-crystals."236th ACS National Meeting, Philadelphia, PA, August 2008.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

128. Zaworotko, M.J. **Invited Keynote Lecture.** "The role of co-crystals in pharmaceutical science." 21st Congress and General Assembly of the International Union of Crystallography, Osaka, Japan, August 2008.

129. Zaworotko, M.J. **Keynote Speaker.** "New approaches to solvent-free synthesis: co-crystal controlled solid-state synthesis ($C^3S^3$)", British Pharmaceutical Congress, Manchester, September 2008.

130. Zaworotko, M.J. **Invited Lecture.** "The broader opportunities for co-crystals in drug discovery and development", Pharmaceutical Cocrystals 2008, Amsterdam, September 2008.

131. Zaworotko, M.J. **Invited Lecture.** "Pharmaceutical Co-crystals: History and Relevance to Drug Development", Drug Formulation 2008, Philadelphia, November 2008.

132. Zaworotko, M.J. "Crystal engineering strategies for improving the bioavailability of low solubility drugs", UK-US International Alzheimer's Disease Symposium, Tampa, November 2008.

133. Zaworotko, M.J. **Invited Lecture**, "The broader opportunities for co-crystals in drug discovery and development", Indo-US Bilateral Workshop on Cocrystals and Polymorphs, Mysore, India, February 2009.

134. Zaworotko, **Invited Lecture**, "From molecules to crystals, and back again", 38th National Seminar on Crystallography, Mysore, India, February 2009.

135. Zaworotko, M.J. **Invited Lecture**, "Pharmaceutical co-crystals – Do they represent multiple paths to new and improved medicines", Latin American Symposium on Polymorphism and Crystallization in Drugs and Medicines, Sao Pedro, Brazil, March 2009.

136. Zaworotko, M.J. **Plenary Lecture**, "From Molecules to Crystals and Back Again: Crystal Engineering of Functional Solids", Taibah International Chemistry Conference, Al Madinah, Saudi Arabia, March 2009.

137. Zaworotko, M.J. **Invited Lecture**, "The Role of Cocrystals in Pharmaceutical Science and Solid-State Chemistry", Molecules, Materials, Medicine, M$^3$-2009, Santa Barbara, May 2009.

138. Zaworotko, M.J. **Three Invited Lectures**, 2009 Beijing Summer School on "Crystallography, Crystal Engineering and Functional Materials", Beijing, China, July 2009.

139. Zaworotko, M.J. **Invited Lecture**, "Achieving Greater Product Differentiation through Pre-Formulation Technologies", Product Enhancement Technologies in Pharmaceutical Life-Cycle Management, Philadelphia, September 2009.

140. Zaworotko, M.J. **Invited Lecture**, "Structure-Property Relationships in Multiple Component Crystals", Pharmaceutical Co-Crystals 2009, Amsterdam, September 2009.

141. Zaworotko, M.J. **Keynote Lecture**, "From molecules to crystals and metal-organic materials: What have we learned from the past 20 years?", 2nd Asian Conference on Coordination Chemistry, Nanjing, China, November 2009.

142. Zaworotko, M.J. **Invited Lecture**, "Making the right haystacks for the right needles: Metal-organic platforms from discrete metal-organic containers", 239th ACS National Meeting, San Francisco, CA, March 2010.

143. Zaworotko, M.J. **Invited Lecture**, "The role of co-crystals in green chemistry: Solvent-free synthesis of new ligands", FAME2010, Palm Harbor, Florida, May 2010.

144. Zaworotko, M.J. **Invited Lecture**, "Hierarchy of supramolecular synthons and their role in selection of cocrystal former libraries", 5th Bologna Convention on Crystal Forms, Bologna, Italy, September 2010.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

145. Zaworotko, M.J. **Invited Lecture**, "Advances in synthesis of pharmaceutical cocrystals", Association for Crystallization Technology 2010, Rutgers University, NJ, October 2010.

146. Zaworotko, M.J. **Invited Lecture**, "Pharmaceutical Cocrystals: A new path to improved medicines", 9th Polymorphism & Crystallization Scientific Forum, Philadelphia, October 2010.

147. Zaworotko, M.J. **Invited Lecture**, "New ligands for discrete and infinite metal-organic materials", Pacifichem 2010. Honolulu, Hawaii, December 2010.

148. Zaworotko, M.J. **Invited Lecture**, "Crystal Engineering: Where have we come from and where do we go next?", Current Trends in Crystal Engineering Research Symposium, Indian Institute of Science, Bangalore, India, December 2010.

149. Zaworotko, M.J. **Plenary Lecture**, "Form Before Function: Why Design Still Matters to Crystal Engineering", International Symposium on Facets of Weak Interactions in Chemistry, Kolkatta, India, January 2011.

150. Zaworotko, M.J. **Invited Lecture**, "Metal-organic material platforms for small molecule separations and ion exchange", 241st ACS National Meeting, Anaheim, CA, March 2011.

151. Zaworotko, M.J. **Invited Lecture**, Crystal engineering of properties in metal-organic and molecular solids", XXth International Conference on the Chemistry of the Organic Solid-State, Bangalore, India, June 2011.

152. Zaworotko, M.J. **Invited Lecture**, "Form before function: Why design still matters to crystal engineering", 242nd ACS National Meeting, Denver, CO, August 2011.

153. Zaworotko, M.J. **Invited Lecture**, "Form still comes before function: Why design still matters to crystal engineering", 13th International Seminar on Inclusion Compounds, Gierloz, Poland, September 2011.

154. Zaworotko, M.J. **Invited Lecture**, "Ensuring successful crystal engineering of multi-component crystals", Pharmaceutical Co-Crystals 2011, Amsterdam, September 2011.

155. Zaworotko, M.J. **Keynote Lecture**, "Crystal Engineering of Organic and Metal-Organic Materials", NanoFlorida 2011, Miami, FL, October 2011.

156. Zaworotko, M.J. **Invited Lecture**, "Form before function: Why design still matters to crystal engineering", Garnett E. Peck Symposium on Pharmaceutical Solids, Purdue University, October 2011.

157. Zaworotko, M.J. **Keynote Address**, "Form before function: Why design still matters to crystal engineering", 35th Senior Technical Meeting of the Puerto Rico Section of the American Chemical Society, Dorado, PR, November 2011.

158. Zaworotko, M.J. **Invited Lecture**, "Crystal engineering of multiple component crystalline solids", CF@Bo Meeting, Bologna, Italy, January 2012.

159. Zaworotko, M.J. **Invited Lecture**, "Crystal engineering of multi-component crystals: Why there is still room for design", Indo-US meeting on the Evolving Role of Solid-State Chemistry in Pharmaceutical Science, Manesar, near Delhi, India, February 2012.

160. Zaworotko, M.J. **Invited Lecture**, "Why crystal engineering means that there is still plenty of room at the bottom", KAUST Advanced Membranes and Porous Materials Center, Inaugural Symposium, March 2012.

## Conference Presentations (excluding presentations by co-workers) – Cont'd

161. Zaworotko, M.J. **Invited Lecture**, "Selective gas adsorption of carbon dioxide by metal-organic material platforms", 243rd ACS National Meeting, San Diego, CA, March 2012.

162. Zaworotko, M.J. **Invited Lecture**, "Why topology matters to crystal engineers", Beautiful Crystals for the World – A Celebration of Michael O'Keeffe's Half a Century of Contributions to Symmetry and Patterns in Chemistry", Swanage, UK. May 2012.

163. Zaworotko, M.J. **Invited Lecture**, "The role of crystal engineering and cocrystals in pharmaceutical science", Symposium on Applications of Solid state Physics to Pharmaceuticals, Brazilian Physics Society, Aguas de Lindoia, Brasil, May 2012.

164. Zaworotko, M.J. **Invited Lecture**, "The crystal engineering approach to development of cocrystal former libraries", M3 - Molecular, Materials, Medicines, Banff, Canada May 2012.

165. Zaworotko, M.J. **Invited Lecture**, "Crystal engineering of multicomponent materials: Why there is still plenty of room at the very bottom", 244th ACS National Meeting, Philadelphia, Pennsylvania, August 2012.

166. Zaworotko, M.J. **Invited Lecture**, "How pore size control affects carbon dioxide uptake in porous materials", 244th ACS National Meeting, Philadelphia, Pennsylvania, August 2012.

167. Zaworotko, M.J. **Invited Lecture**, "Co-crystal former libraries and solubility enhancement", Pharmaceutical Co-Crystals 2012, Amsterdam, September 2012.

168. Zaworotko, M.J. **Invited Keynote Lecture**, "Crystal engineering of task specific metal-organic materials", 6th National Symposium on Structural Chemistry, Suzhou, China, October 2012.

169. Zaworotko, M.J. **Invited Lecture**, "Smartly designed materials", Chemistry: Synthesis, Structure and Dynamics. A Conference on Crystal Engineering organized by the Indian Institute of Science and University of Hyderabad, Orange County, India, December 2012.

170. Zaworotko, M.J. **Invited Keynote Lecture**, "Catalytically active metal-organic materials", 245th ACS National Meeting, New Orleans, Louisiana, April 2013.

171. Zaworotko, M.J. **Invited Lecture**, "Metal-organic materials design in the context of carbon dioxide separations", 245th ACS National Meeting, New Orleans, Louisiana, April 2013.

## Conference/symposium organizer

1. ACS Great Lakes Regional Meeting, DeKalb Illinois, 1990.  A symposium on organometallics in synthesis.
2. Halifax CSC 1991: a symposium devoted to main group chemistry.
3. Halifax Atlantic CIC: conference titled "*Synthetic Chemistry in Atlantic Canada*"
4. Guelph CSC 1995: symposium titled "*Back to the Future: A Symposium Celebrating 100 years of X-rays*".
5. Newfoundland CSC 1996: symposium titled "*Extended Metal Systems*" (with C.R. Lucas).
6. Nova Scotia, NATO ASI 1996: two week summer school titled "*Crystal Engineering: The Design and Application of Functional Solids*"(with K.R. Seddon).
7. Cancun, 5th N. American Chemical Congress 1997. "*Crystal Engineering*" (with R.D. Rogers).
8. Washington DC American Crystallographic Association Meeting 1998, Transactions Symposium. "*Crystal Engineering*" (with R.D. Rogers).
9. Anaheim ACS Meeting 1999: Inorganic Division symposium "*Transition metal coordination polymers*" (with R.D. Rogers)
10. Glasgow IUCr, 1999: symposium devoted to crystal engineering (with R.D. Rogers, G.R. Desiraju)
11. Gordon Research Conference, 2000, "*Organic Structures and Properties*" (co-chair with M.D. Ward)
12. Pacifichem 2000, Hawaii, 2000, symposium devoted to applications of crystal engineering (with R.D. Rogers)
13. SERMACS 2002, Charleston, SC, "*Crystals and Nanocrystals by Design*" (with W.T. Pennington).
14. 2nd International Conference on Green and Sustainable Chemistry and 9th Annual Green Chemistry and Engineering Conference, Washington DC, June 2005, "*Non-covalent Derivatization*" (with W. Jones).
15. Indo-USF forum on "*The evolving role of solid-state chemistry in pharmaceutical science*", Delhi, India, February 2012 (with G.R. Desiraju).
16. 2nd Gordon Research Conference on "*Crystal Engineering*", June 2012 (co-vice-chair with C. Aakeröy).
17. 3rd Gordon Research Conference on "*Crystal Engineering*", June 2014 (co-chair with C. Aakeröy).