# EXHIBIT B

**Materials Considered in Connection with the Expert Declaration
of Dr. Michael Zaworotko**

- U.S. Patent No. 6,531,486 ("the '486 patent")
- The file history of the '486 patent
- Apotex's Proposed Constructions of the claim terms of the '486 patent, dated, November 30, 2012.
- Defendants' Joint Proposed Constructions of the claim terms of the '486 patent, dated, November 30, 2012.
- Apotex's Amended Complaint directed to Mylan, D.I. 038, 12-cv-60704 (PAS), dated September 20, 2012.
- Irish *et al.*, *Acta Crystallographica Sect.C: Cryst. Struct. Commun.*, 47, 2322 (1991)
- Mutikainen *et al.*, *Z. Kristallografiya*, 212, 65 (1997)
- Lebioda *et al.*, *Acta Crystallographica, Sect. B*: *Struct. Crystallogr. Cryst. Chem.*, 36, 693 (1980)
- U.S. published patent application No. 2005/0267159, published December 1, 2005
- Stanisz, *Acta Poloniae Pharmaceutica, Drug Research,* Vol. 62, No. 3, pp. 189-193, (2005)
- Chemical Abstracts Services Registry No. 274904-94-8, C50 H58 Mg N4 O10, Magnesium, bis[(3S)-2-[(2S)-2-[[(1S)-1-(ethoxycarbonyl)-3-phenylpropyl]amino]-1-(oxo-kO)propyl]-1,2,3,4-tetrahydro-3-isoquinolinecarboxylato-kO3]-,(T-4)- (9CI) Coordination Compound