# EXHIBIT D

# Zeitschrift für Kristallographie

International journal for
structural, physical, and chemical
aspects of crystalline materials

List of contents
Volume 212 · 1997

GEOLOGY-GEOPHYSICS
LIBRARY

APR 3 0 1999

University of Wisconsin
Madison

R. Oldenbourg Verlag
München

# Zeitschrift für Kristallographie

International journal for structural, physical, and chemical aspects of crystalline materials

Zeitschrift für Kristallographie intends to offer a place for researchers to present results of their crystallographic studies to other crystallographers as well as to scientists of related fields. It shall provide crystallographers and scientists of such related fields a place to find information on current crystallographic research. Zeitschrift für Kristallographie includes theoretical and experimental research:

(i) Research on structures and on properties of substances which are:
 – periodically ordered, ranging from ideal over real crystals to amorphous materials such as glasses, gels, liquids, and gases,
 – periodically modulated or quasi-periodic,
 – inorganic, organic or of biological, geological, and technical origin or interest.
(ii) Research on static and dynamic phenomena and processes of such substances.
(iii) Research applying the various methods of diffraction, spectroscopy and microscopy.

## Sections in Zeitschrift für Kristallographie:
Letters
Reviews
Original Papers
Discussions
New Crystal Structures
Book Reviews

## Subject matters:
General Aspects
Inorganic Crystal Structures
Organic and Metalorganic (including Biological)
 Crystal Structures
Technological Aspects
Instrumentation

All papers have to be sent to one of the editors (addresses are printed on the inside cover page) except those belonging to the following sections:

**Letters:** Ed.: Prof. W. Steurer
The articles should represent novel and original contributions to current problems in crystallography. They may also report significant preliminary results on condition that they are of sufficient interest to merit rapid publication. Publication time is two months after acceptance, if the manuscript is with Prof. Steurer by the 10th of each month and the author has access to a fax-machine.

**Review Articles:** Ed.: Prof. E. Tillmanns
Critical reviews are published in current and rapidly developing research fields. They serve as an introduction to the corresponding field dand as an overview for specialists as well. Submission of manuscripts is upon invitation. However, suggestions are welcome.

**New Crystal Structures (NCS)**
(i) Results of determinations of hitherto unknown crystal structures which do not justify detailed discussion.

(ii) Refinements of previously published crystal structures.

NCS should be electronically submitted to the publisher (address see below).

**Book Reviews**
Editor for Book Reviews is Prof. P. Paufler.

**Editors in chief:**
Prof. H. Schulz, Prof. H. G. von Schnering.

For detailed information please see the **Instructions to Contributors.** They are printed in Issue 1 and 7 of each Volume and can also be obtained as reprints from R. Oldenbourg Verlag.

© Copyright 1997 by R. Oldenbourg Verlag GmbH, D-81671 München.
All rights reserved (including translation and storage by electronic means). No part of this issue may be reproduced in any form – by photoprint, microfilm, or any other means – nor transmitted or translated into a machine language without written permission from the publisher.
The journal has been registered with the Copyright Clearance Center (CCC), 27 Congress Street, Salem, MA 01970, U.S.A., under the fee code 0044-2968. Registered names, trademarks, etc. used in this journal, even when not marked as such, are not to be considered unprotected by law.

**Z. Kristallogr. 212 (1997)**
ISSN 0044-2968

**R. Oldenbourg Verlag**
Lektorat M/N
K. Berber-Nerlinger
Postfach 80 13 60
D-81613 München
Tel.: 49/89/4 50 51-3 24
Telefax: 49/89/4 50 51-2 04
E-mail: **zkrist@verlag.oldenbourg.de**
ftp-server: **ftp.oldenbourg.de**
www: **http://www.oldenbourg.de/mn/mn-zk1.htm**

**Subscription information**
Volume **212**: 12 issues will appear in **1997**
Annual subscription prices: DM 1.877,–/öS 13.702,–/SFR 1.877,– + postage: DM 32,80 (Germany), DM 48,80/öS 361,–/SFR 48,80 (elsewhere).
Single issue: DM 186,–/öS 1.358,–/SFR 186,– + postage.
All prices in Germany and all other home market countries are including 7% VAT.
Orders can either be placed with your bookdealer or sent directly to the publisher.

**Cancellation of subscription**
The publisher must be notified not later than three months before the end of the calendar year.

**Setting and printing**
Druckhaus „Thomas Müntzer" GmbH, Bad Langensalza

Zeitschrift für Kristallographie 212, 65–66
65 **NCS**

© by R. Oldenbourg Verlag, München 1997

# Crystal structure of tetraaqua(orotato) magnesium(II) hydrate (1 / 2.5), [Mg($C_5H_2N_2O_4$)($H_2O$)$_4$] · 2.5 $H_2O$

I. Mutikainen, R. Hämäläinen, M. Klinga and U. Turpeinen

University of Helsinki, Department of Chemistry, Laboratory of Inorganic Chemistry, P.O. Box 55 (A. I. Virtasen aukio 1), FIN-00014 University of Helsinki, Finland

Received March 11, 1996, CSD-No. 402944



**Table 1.** Parameters used for the X-ray data collection

| | |
|---|---|
| Crystal: | colorless needle, size 0.03 x 0.03 x 0.10 mm |
| Wavelength: | Mo $K\alpha$ radiation (0.71069 Å) |
| $\mu$: | 1.88 cm$^{-1}$ |
| Diffractometer: | Rigaku AFC-7S |
| Scan mode: | $\omega/2\theta$ |
| $T_{measurement}$: | 193 K |
| $2\theta_{max}$: | 48° |
| N($hkl$)$_{unique}$: | 1668 |
| Criterion for $I_o$: | $I_o > 2\sigma(I_o)$ |
| N($param$)$_{refined}$: | 210 |
| Program: | SHELXL-93 |

**Table 2.** Final atomic coordinates and displacement parameters (in Å$^2$)

| Atom | Site | $x$ | $y$ | $z$ | $U_{iso}$ |
|---|---|---|---|---|---|
| H(3) | 8$d$ | 0.960(4) | −0.048(5) | 0.04(1) | 0.043 |
| H(5) | 8$d$ | 0.788(4) | −0.043(5) | 0.30(1) | 0.039 |
| H(7A) | 8$d$ | 0.958(5) | 0.182(5) | 0.02(1) | 0.057 |
| H(7B) | 8$d$ | 0.943(6) | 0.271(6) | −0.03(2) | 0.057 |
| H(8A) | 8$d$ | 0.806(5) | 0.357(6) | 0.07(2) | 0.070 |
| H(8B) | 8$d$ | 0.828(5) | 0.375(6) | 0.28(1) | 0.070 |
| H(9A) | 8$d$ | 0.826(6) | 0.198(6) | −0.18(1) | 0.071 |
| H(9B) | 8$d$ | 0.779(5) | 0.254(6) | −0.13(2) | 0.071 |
| H(10B) | 8$d$ | 0.947(5) | 0.248(6) | 0.37(2) | 0.059 |
| H(10A) | 8$d$ | 0.906(6) | 0.217(6) | 0.49(1) | 0.059 |
| H(11A) | 8$d$ | 0.556(6) | 0.005(6) | −0.09(2) | 0.124 |
| H(11B) | 8$d$ | 0.559(6) | 0.102(7) | 0.03(2) | 0.124 |
| H(12A) | 8$d$ | 0.683(6) | 0.061(7) | 0.09(2) | 0.083 |
| H(12B) | 8$d$ | 0.684(5) | 0.009(6) | −0.03(2) | 0.083 |

**Source of material:** The title compound was prepared by mixing equimolar amounts of MgO and orotic acid in water solution with gentle warming. The reaction mixture was then filtered and placed in a closed vessel into oven. Needle shaped tiny crystals were obtained at 310 K in 24 hours. The largest crystal with dimensions 0.10 x 0.03 x 0.03 mm was selected for the X-ray measurements and mounted to the glass fiber using the oil drop method (see ref. 7) and data were collected at 193 K. Orotic acid, 2,6–dioxo–1,2,3,4–tetrahydro–4–pyrimidinecarboxylic acid, occupies biologically a unique position by being the only effective precursor in the biosynthesis of pyrimidine bases of nucleic acids. It has been established that during these processes the presence of the metal ions, especially magnesium, is necessary, particularly during the phosphoribosylation of orotic acid (see ref. 1). Besides the biological interest orotic acid is also interesting as a ligand because the tautomerism between the ketonic and enolic forms makes a multifaceted coordination possible. Orotic acid is potentially a polydentate ligand, since especially above the deprotonation pH values, coordination may occur through the heterocyclic nitrogen atoms, the carboxyl group and the exocyclic carbonyl oxygens. The most potential coordination sites above the deprotonation pH are the ring nitrogens, but once they are deprotonated or coordinated to a metal ion, the complexation of the carbonyl oxygens is greatly enhanced. In polymeric Co(III)- and Ni(II)-complexes the orotic acid coordinates to metal ions by N1 ring nitrogen and adjacent carboxylate oxygen and by the O4 exocyclic oxygen, which is more basic of the two exocyclic oxygens, to another metal ion (see ref. 2). Thus orotato anion is in these complexes a tridentate ligand and acts as a bridge between metal ions. In Cu(II)- (see ref. 3), Ni(II)- (see ref. 4) and Zn(II)-complexes (see refs. 5, 6) the interaction of the O4 oxygen with

metal ions is small or there is no interaction at all. The deprotonated orotato ligand coordinates to Mg by the heterocyclic nitrogen N1 and by the oxygen of the adjacent carboxylate group. The coordination sphere of Mg is octahedral with bond lengths varying from 2.028(8) Å to 2.106(7) Å for the Mg–O bonds and 2.189(9) Å for the Mg–N bond. The bond lengths for the exocyclic O1 and O2 oxygens of the orotato ligand, O1 and O2 are each 1.26(1) Å. These values are typical for the orotato complexes. One of the carboxylate oxygens forms an intramolecular hydrogen bond with a coordinated water molecule O7, where O2 to O7 distance is 2.619(12) Å and O2–H7A–O7 angle 174(2)°. The magnesium orotato molecules are held together via an extended hydrogen bond network.

The hydrogens connected to O13 could not be determined at all.

$C_5H_{14}MgN_2O_{10.5}$, orthorhombic, $Pbcn$ (No. 60), $a$ =21.155(5) Å, $b$ =17.344(3) Å, $c$ =7.088(2) Å, $V$ =2600.7 Å$^3$, $Z$ =8, $R(F)$ =0.097, $R_w(F^2)$ =0.228.

Tetra-aqua-orotato magnesium(II) hydrate

**Table 3.** Final atomic coordinates and displacement parameters (in $\text{Å}^2$)

| Atom | Site | $x$ | $y$ | $z$ | $U_{11}$ | $U_{22}$ | $U_{33}$ | $U_{12}$ | $U_{13}$ | $U_{23}$ |
|---|---|---|---|---|---|---|---|---|---|---|
| Mg(1) | 8$d$ | 0.8608(1) | 0.2289(2) | 0.1648(4) | 0.033(2) | 0.036(2) | 0.026(2) | −0.001(1) | −0.001(1) | 0.005(2) |
| N(1) | 8$d$ | 0.8750(3) | 0.1038(4) | 0.166(1) | 0.036(4) | 0.043(5) | 0.022(4) | 0.005(4) | 0.008(4) | −0.003(4) |
| C(2) | 8$d$ | 0.9244(4) | 0.0617(6) | 0.101(1) | 0.034(5) | 0.056(7) | 0.011(4) | −0.004(5) | 0.000(4) | 0.002(4) |
| O(2) | 8$d$ | 0.9728(3) | 0.0937(3) | 0.0312(9) | 0.038(4) | 0.029(3) | 0.039(4) | 0.006(3) | 0.004(3) | 0.003(3) |
| N(3) | 8$d$ | 0.9222(3) | −0.0177(4) | 0.106(1) | 0.036(4) | 0.030(4) | 0.020(4) | 0.004(4) | 0.011(3) | 0.003(3) |
| C(4) | 8$d$ | 0.8724(4) | −0.0589(5) | 0.173(1) | 0.035(5) | 0.039(5) | 0.010(4) | 0.005(4) | 0.005(4) | 0.011(4) |
| O(4) | 8$d$ | 0.8731(3) | −0.1311(3) | 0.1628(8) | 0.053(4) | 0.031(3) | 0.020(3) | 0.002(3) | 0.009(3) | −0.002(3) |
| C(5) | 8$d$ | 0.8204(4) | −0.0137(5) | 0.243(1) | 0.034(5) | 0.035(5) | 0.008(4) | −0.006(4) | 0.007(4) | 0.001(4) |
| C(6) | 8$d$ | 0.8253(4) | 0.0643(5) | 0.237(1) | 0.030(5) | 0.026(5) | 0.036(5) | −0.010(4) | 0.005(4) | 0.005(4) |
| C(7) | 8$d$ | 0.7725(4) | 0.1149(5) | 0.309(1) | 0.044(6) | 0.030(5) | 0.025(5) | 0.005(5) | 0.002(4) | −0.007(4) |
| O(5) | 8$d$ | 0.7215(3) | 0.0844(4) | 0.3646(9) | 0.041(4) | 0.038(4) | 0.050(4) | −0.002(3) | 0.023(4) | 0.000(3) |
| O(6) | 8$d$ | 0.7833(3) | 0.1861(4) | 0.3059(8) | 0.038(4) | 0.039(4) | 0.029(4) | 0.006(3) | 0.006(3) | −0.005(3) |
| O(7) | 8$d$ | 0.9489(4) | 0.2416(4) | 0.0299(9) | 0.048(4) | 0.042(4) | 0.024(4) | −0.005(4) | 0.000(3) | 0.015(3) |
| O(8) | 8$d$ | 0.8352(4) | 0.3411(4) | 0.166(1) | 0.064(5) | 0.037(4) | 0.038(4) | 0.000(4) | −0.012(4) | −0.001(3) |
| O(9) | 8$d$ | 0.8143(4) | 0.2212(5) | −0.0863(9) | 0.050(4) | 0.067(5) | 0.026(3) | 0.021(4) | −0.011(3) | −0.011(4) |
| O(10) | 8$d$ | 0.9071(3) | 0.2439(4) | 0.4195(9) | 0.043(4) | 0.051(5) | 0.023(3) | −0.008(4) | −0.007(3) | 0.007(3) |
| O(11) | 8$d$ | 0.5281(4) | 0.0679(6) | −0.065(1) | 0.080(6) | 0.106(8) | 0.062(6) | −0.017(6) | 0.000(5) | −0.001(6) |
| O(12) | 8$d$ | 0.6658(4) | 0.0551(5) | −0.029(1) | 0.062(5) | 0.049(4) | 0.054(5) | 0.001(4) | 0.016(4) | 0.002(4) |
| O(13) | 4$c$ | 1.0 | 0.3366(7) | −1/4 | 0.086(8) | 0.081(8) | 0.036(6) | 0 | 0.020(6) | 0 |

## References

1. Victor, J.; Greenberg, L. B; Sloan, D. L.: Studies of the Kinetic Mechanism of Orotate Phosphoribosyltransferase from Yeast. J. Biol. Chem. **254** (1979) 2647-2655.
2. Mutikainen, I.; Lumme, P.: The Structure of Diamminen(orotato)copper(II). Acta Crystallogr. B**36** (1980) 2233-2237.
3. Arrizabalaga, Castan, P.; Dahan, F.: Coordination Sites of 5-Nitro-6-carboxyuracil: UV and X-ray Structure Determination of Diammine(5-nitroorotato)copper(II) Hydrate and Hexaamminebis(5-nitroorotato)tricopper(II) Pentahydrate. Inorg. Chem. **22** (1983) 2245-2252.
4. Sabat, M.; Zglinska, D.; Jezowska-Trzebiatowska, B.: Tetraaquaorotato-nickel(II) Monohydrate. Acta Crystallogr. B**36** (1980) 1187-1188.
5. Mutikainen, I.: The Crystal Structure of Triammine(orotato)zinc(II) Monohydrate. Inorg. Chim. Acta **36** (1989) 155-157.
6. Kumberger, O.; Riede, J.; Schmidbaur, H.: Preparation and Crystal Structures of Calcium and Zinc Orotate(2-) Hydrates. Chem. Ber. **124** (1991) 2739-2742.
7. Kottke, T.; Stalke, D.: Crystal Handling at Low Temperatures. J. Appl. Crystallogr. **26** (1993) 615-619.
8. North, A. C. T; Phillips, D. C.; Mathews, F. S.: A Semi-Empirical Method of Absorption correction. Acta Crystallogr. A**24** (1968) 351-359.
9. TEXSAN: Single Crystal Structure Analysis Software, Version 1.6 Molecular Structure Corporation. The Woodlands, TX. 77381, USA 1993.
10. Sheldrick, G. M.: SHELXTL PC. Realease 4.1. Siemens Analytical X-Ray Instruments Inc. Madison, WI 53719, USA 1990.
11. Sheldrick, G. M.: SHELXL93. Program for the Refinement of Crystal Structures. University of Göttingen, Germany 1993.