# EXHIBIT G

**CAS Registry Number:** 274904-94-8

$C_{50} H_{58} Mg N_4 O_{10}$

Magnesium, bis[(3S)-2-[(2S)-2-[[(1S)-1-(ethoxycarbonyl)-3-phenylpropyl]amino]-1-(oxo-κO)propyl]-1,2,3,4-tetrahydro-3-isoquinolinecarboxylato-κO³]-, (T-4)- (9CI)

Coordination Compound

**Source of Registration:** CA

~2 References

**Document Type(s):** Patent

| CAS Role | Patents | Nonpatents | Nonspecific Derivatives from Patents | Nonspecific Derivatives from Nonpatents |
|---|---|---|---|---|
| Biological Study | ✓ | | | |
| Preparation | ✓ | | | |
| Uses | ✓ | | | |

Copyright © 2012  American Chemical Society (ACS). All Rights Reserved.