UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,　　　　　　　　　　　　　　　　UNSEALED

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

　　　　Defendant.
_____/

APOTEX, INC., *et al.*,

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

　　　　Defendants.
_____/

APOTEX, INC., *et al.*,

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

　　　　Defendants.
_____/

## ORDER GRANTING MOTION TO SEAL

　　　　THIS MATTER came before the Court upon the Motion for Leave to File Under Seal Exhibit

F to Lupin Ltd., Lupin Pharmaceuticals, Inc.'s and Mylan Pharmaceuticals Inc.'s Opening Claim Construction.  Upon consideration, it is

ORDERED THAT the Motion for Leave to File Under Seal Exhibit F to Lupin Ltd., Lupin Pharmaceuticals, Inc.'s and Mylan Pharmaceuticals Inc.'s Opening Claim Construction is GRANTED.  The Exhibit shall remain sealed until the conclusion of this case, at which time the Clerk shall return it to the filing party.

DONE AND ORDERED in Miami, Florida, this 17 day of December, 2012.

```
                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE
```

cc:    All counsel of record