UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br>     Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br>     Defendant. <br> _____/ | CASE NO. 12-60704-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>     Plaintiffs, <br> v. <br> PFIZER INC., and GREENSTONE LLC, <br>     Defendants. <br> _____/ | CASE NO. 12-60705-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>     Plaintiffs, <br> v. <br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br>     Defendants. <br> _____/ | CASE NO. 12-60708-CIV-SEITZ/SIMONTON |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring on for hearing before the Honorable Magistrate Judge Andrea M. Simonton the discovery matters described below at the following place and time:

**PLACE:** United States Courthouse
301 North Miami Avenue
8th Floor Courtroom
Miami, Florida 33128

**DATE:** Friday, January 4, 2013

**TIME:** 10:30 a.m. (1 hour reserved)

Further to a meet and confer held on December 31, 2012, the parties amend the Notice of Hearing filed on December 19, 2012 (D.E. 65) to include the following disputes:

### Dispute 1

The parties dispute whether Apotex is entitled to discovery regarding Mylan's quinapril-containing products that are specifically identified in Apotex's Amended Complaint (D.E. 38), but have not specifically been alleged to infringe the '486 patent in that Complaint. This dispute affects the following discovery requests propounded by Apotex and Mylan's responses and objections thereto:

1. Apotex's Requests for Production Nos. 2-4, 6-15, 18-28, 31, 32, 36, 38, 39, 41, 42, 44, 45, 47-49, 52, 55, 56, 58-67, 86, 88, 89, 90, 102-104, 113, 115; and

2. Apotex's Interrogatory Nos. 1-8 and 11.

### Dispute 2

The parties dispute the sufficiency of the Mylan Defendant's Objections and Response to the following discovery requests propounded by Apotex:

1. Apotex's Requests for Production Nos. 116-117.

### Dispute 3

The parties dispute the sufficiency of the Mylan Defendant's Objections and Responses to the following discovery requests propounded by Apotex:

1. Apotex's Interrogatory Nos. 9, 10, and 12-14.

I hereby certify that the parties have complied with the pre-filing conference requirements of S.D. Fla. L.R. 7.1(a)(3).

Dated: December 31, 2012

/s/ Robert B. Breisblatt
ROBERT B. BREISBLATT
Fla. Bar No. 145928
robert.breisblatt@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5480

**KATTEN MUCHIN ROSENMAN LLP**
Brian J. Sodikoff (admitted pro hac vice)
Martin S. Masar III (admitted pro hac vice)
Suresh B. Pillai (admitted pro hac vice)
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5480
brian.sodikoff@kattenlaw.com
martin.masar@kattenlaw.com
suresh.pillai@kattenlaw.com

Christopher B. Ferenc (admitted pro hac vice)
2900 K Street NW
North Tower - Suite 200
Washington, D.C. 20007-5118
Telephone: (202) 625-3500
christopher.ferenc@kattenlaw.com

*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 31st day of December 2012, I electronically filed the foregoing Amended Notice of Hearing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher B. Ferenc
Christopher B. Ferenc

## SERVICE LIST

MATTHEW S. NELLES
Fla. Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
Attorneys for Plaintiffs
One Financial Plaza
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (*pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (*pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (*pro hac vice*)
suresh.pillai@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

Christopher B. Ferenc (pro hac vice)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower - Suite 200
Washington, D.C. 20007-5118
Telephone: (202) 625-3500

*Attorneys for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 373-3232
Facsimile: (305) 373-3233
Thomas J. Parker (*pro hac vice*)
thomas.parker@alston.com
Deepro R. Mukerjee (*pro hac vice*)
deepro.mukerjee@alston.com
Poopak Banky (*pro hac vice*)
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444


*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| Maria J. Beguiristain | Eric D. Isicoff |
| mbeguiristain@whitecase.com | Isicoff@irlaw.com |
| WHITE & CASE LLP | Susan Warner |
| Southeast Regional Financial Center | Warner@irlaw.com |
| 200 S. Biscayne Boulevard, Suite 4900 | ISICOFF, RAGATZ & KOENIGSBERG |
| Miami, Florida 33131 | 1200 Brickell Avenue, Suite 1900 |
| Telephone: (305) 371-2700 | Miami, Florida 33131 |
| Facsimile: (305) 358-5744 | Telephone: (305) 373-3232 |
| Aaron Stiefel (*pro hac vice*) | Facsimile: (305) 373-3233 |
| astiefel@kayscholer.com | Robert F. Green (*pro hac vice*) |
| Daniel P. DiNapoli (*pro hac vice*) | rgreen@leydig.com |
| ddinapoli@kayscholer.com | Christopher T. Griffith (*pro hac vice*) |
| Soumitra Deka (*pro hac vice*) | cgriffith@leydig.com |
| sdeka@kayscholer.com | Brett A. Hesterberg (*pro hac vice*) |
| KAYE SCHOLER LLP | bhesterberg@leydig.com |
| 425 Park Avenue | Peter H. Domer (*pro hac vice*) |
| New York, New York 10022 | pdomer@leydig.com |
| Telephone: (212) 836-8000 | LEYDIG, VOIT & MAYER, LTD. |
| Facsimile: (212) 836-8689 | Two Prudential Plaza |
| | 180 N. Stetson Avenue, Suite 4900 |
| | Chicago, Illinois 60601-6731 |
| | Telephone: (312) 616-5600 |
| | Facsimile: (312) 616-5700 |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendants Lupin Ltd. and* |
| *Pfizer Inc. and Greenstone LLC* | *Lupin Pharmaceuticals, Inc.* |