# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

APOTEX, INC. and APOTEX CORP.,

        Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

        Defendant.
_____ /

CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,

        Plaintiffs,

v.

PFIZER INC., and GREENSTONE LLC,

        Defendants.
_____ /

CASE NO. 12-60705-CIV-SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,

        Plaintiffs,

v.

LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,

        Defendants.
_____ /

CASE NO. 12-60708-CIV-SEITZ/SIMONTON

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring on for hearing before the Honorable Magistrate Judge Andrea M. Simonton the discovery matters described below at the following place and time:

    **PLACE:**    United States Courthouse
                           301 North Miami Avenue
                           8th Floor Courtroom
                           Miami, Florida 33128

    **DATE:**    Friday, January 4, 2013

    **TIME:**    10:30 a.m. (1 hour reserved)

Further to a meet and confer held on December 31, 2012, the parties amend the Notice of Hearing filed on December 19, 2012 (D.E. 65) to include the following disputes:

### Dispute 1

The parties dispute whether Apotex is entitled to discovery regarding Mylan's quinapril-containing products that are specifically identified in Apotex's Amended Complaint (D.E. 38), but have not specifically been alleged to infringe the '486 patent in that Complaint. This dispute affects the following discovery requests propounded by Apotex and Mylan's responses and objections thereto:

1. Apotex's Requests for Production Nos. 2-4, 6-15, 18-28, 31, 32, 36, 38, 39, 41, 42, 44, 45, 47-49, 52, 55, 56, 58-67, 86, 88, 89, 90, 102-104, 113, 115; and
2. Apotex's Interrogatory Nos. 1-8 and 11.

### Dispute 2

The parties dispute the sufficiency of the Mylan Defendant's Objections and Response to the following discovery requests propounded by Apotex:

1. Apotex's Requests for Production Nos. 116-117.

Specifically, the Parties dispute whether Mylan must produce samples of its quinapril hydrochloride and magnesium carbonate starting materials to Apotex instead of Apotex having to spend time and money searching for and purchasing identical starting materials to what Mylan likely has in its possession.

### Dispute 3

The parties dispute the sufficiency of the Mylan Defendant's Objections and Responses to the following discovery requests propounded by Apotex:

1. Apotex's Interrogatory Nos. 9, 10, 12, 13 and 14.

Specifically, the parties dispute whether Mylan must supplement its responses to the above-identified interrogatories to state that "Mylan currently has no knowledge outside of privileged information or expert testimony" rather than leave Apotex subject to an ambush at trial by a fact witness.

I hereby certify that the parties have complied with the pre-filing conference requirements of S.D. Fla. L.R. 7.1(a)(3).

Dated: January 3, 2013	Respectfully submitted,

  /s/ Matthew S. Nelles  
MATTHEW S. NELLES  
Fla. Bar No. 009245  
mnelles@broadandcassel.com  
BROAD AND CASSEL  
100 S.E. Third Ave., Suite 2700  
Fort Lauderdale, Florida  33394  
Telephone: (954) 764-7060  
Facsimile:  (954) 761-8135  

**KATTEN MUCHIN ROSENMAN LLP**  
Robert B. Breisblatt (Fla. Bar No. 145928)  
Brian J. Sodikoff (admitted pro hac vice)  
Martin S. Masar III (admitted pro hac vice)  
Suresh B. Pillai (admitted pro hac vice)  
525 West Monroe Street  
Chicago, Illinois  60661-3693  
Telephone:  (312) 902-5480  
robert.breisblatt@kattenlaw.com  
brian.sodikoff@kattenlaw.com  
martin.masar@kattenlaw.com  
suresh.pillai@kattenlaw.com  

Christopher B. Ferenc (admitted pro hac vice)  
2900 K Street NW  
North Tower - Suite 200  
Washington, D.C.  20007-5118  
Telephone:  (202) 625-3500  
christopher.ferenc@kattenlaw.com  

*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of January 2013, I electronically filed the foregoing Amended Notice of Hearing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Matthew S. Nelles
      Matthew S. Nelles

## SERVICE LIST

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (*pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (*pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (*pro hac vice*)
suresh.pillai@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

Christopher B. Ferenc (pro hac vice)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower - Suite 200
Washington, D.C. 20007-5118
Telephone: (202) 625-3500

*Attorneys for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 373-3232
Facsimile: (305) 373-3233

Thomas J. Parker (*pro hac vice*)
thomas.parker@alston.com
Deepro R. Mukerjee (*pro hac vice*)
deepro.mukerjee@alston.com
Poopak Banky (*pro hac vice*)
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*

Maria J. Beguiristain
mbeguiristain@whitecase.com
WHITE & CASE LLP
Southeast Regional Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744

Aaron Stiefel (*pro hac vice*)
astiefel@kayscholer.com
Daniel P. DiNapoli (*pro hac vice*)
ddinapoli@kayscholer.com
Soumitra Deka (*pro hac vice*)
sdeka@kayscholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile:  (212) 836-8689

*Attorneys for Defendants*
*Pfizer Inc. and Greenstone LLC*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 373-3232
Facsimile:  (305) 373-3233

Robert F. Green (*pro hac vice*)
rgreen@leydig.com
Christopher T. Griffith (*pro hac vice*)
cgriffith@leydig.com
Brett A. Hesterberg (*pro hac vice*)
bhesterberg@leydig.com
Peter H. Domer (*pro hac vice*)
pdomer@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, Illinois 60601-6731
Telephone: (312) 616-5600
Facsimile:  (312) 616-5700

*Attorneys for Defendants Lupin Ltd. and*
*Lupin Pharmaceuticals, Inc.*

4834-8610-3314.1
44696/0004