**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                **Case No. 0:12-cv-60704–PAS (Consolidated)**

MYLAN PHARMACEUTICALS INC., *et al.*,

    Defendants.

_____/

### NOTICE OF FILING PROPOSED STIPULATED PROTECTIVE ORDER

Defendants, Lupin Pharmaceuticals Inc. and Lupin Ltd., by and through their undersigned counsel, hereby by give notice of filing the Parties' Proposed Stipulated Protective Order, attached hereto.

Respectfully submitted,

By:    s/Susan V. Warner
Eric D. Isicoff
Florida Bar No.: 372201
Isicoff@irlaw.com
Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com
Susan Warner
Florida Bar No. 38205
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

Robert F. Green (*pro hac vice*)
rgreen@leydig.com
Christopher T. Griffith (*pro hac vice*)
cgriffith@leydig.com
Brett A. Hesterberg (*pro hac vice*)

1

>bhesterberg@leydig.com
>Peter H. Domer (*pro hac vice*)
>pdomer@leydig.com
>Emer L. Simic (*pro hac vice*)
>esimic@leydig.com
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 N. Stetson Avenue
>Chicago, IL 60601-6731
>Telephone:   (312) 616-5600
>Facsimile:    (312) 616-5700
>
>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of January, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>s/Susan V. Warner
>Susan V. Warner

# SERVICE LIST

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:12-cv-60704-PAS (consolidated)**

| | |
|---|---|
| Matthew S. Nelles<br>Fla. Bar. No. 009245<br>mnelles@broadandcassel.com<br>**BROAD AND CASSEL**<br>One Financial Plaza<br>100 S.E. Third Avenue, Suite 2700<br>Fort Lauderdale, Florida  33394<br>Telephone:  (954) 764–7060<br>Facsimile:  (954) 761–8135<br><br>*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.* | *Co-Counsel:*<br>Robert B. Breisblatt (Fla. Bar. No. 145928)<br>robert.breisblatt@kattenlaw.com<br>Martin S. Masar III (admitted *pro hac vice*)<br>martin.masar@kattenlaw.com<br>Suresh B. Pillai (admitted *pro hac vice*)<br>suresh.pillai@kattenlaw.com<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, Illinois 60607<br>Telephone:  (312) 902-5200<br>Facsimile:   (312) 902-1061<br><br>*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.* |
| Maria J. Beguiristain<br>Florida Bar No. 69851<br>WHITE & CASE LLP<br>Southeast Regional Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>mbeguiristain@whitecase.com<br><br>Aaron Stiefel (pro hac vice)<br>Daniel P. DiNapoli (pro hac vice)<br>Soumitra Deka (pro hac vice)<br>Matthew Sklar (pro hac vice)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Telephone (212) 836-8000<br>Facsimile: (212) 836-8689<br><br>*Attorneys for Defendants Pfizer Inc. and Greenstone LLC* | Deepro R. Mukerjee<br>Deepro R. Mukerjee<br>(deepro.mukerjee@alston.com)<br>Poopak Banky (paki.banky@alston.com)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>T: (212) 210-9529<br>F: (212) 210-9444<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Mylan Pharmaceuticals Inc.* |