UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

        Plaintiff,

vs.

MYLAN PHARMACEUTICALS, INC.,

        Defendant.
_____/

CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., *et al.*,

        Plaintiff,

vs.

PFIZER, INC., *et al.*,

        Defendants.
_____/

CASE NO. 12-60705-CIV-SEITZ/SIMONTON

APOTEX, INC., *et al.*,

        Plaintiff,

vs.

LUPIN PHARMACEUTICALS, INC., *et al.*,

        Defendants.
_____/

CASE NO. 12-60708-CIV-SEITZ/SIMONTON

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-73 in Case

1

No. 12-cv-60704). Upon consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE-73] for Michael A. Dorfman of Katten Muchin Rosenman, LLP, 525 W. Monroe Street, Chicago, Illinois 60661, on behalf of Plaintiffs, Apotex, Inc. and Apotex Corp., is GRANTED. Mr. Dorfman shall be permitted to appear *pro hac vice* on behalf of Plaintiffs solely for purposes of this case;

(2) During the course of this case, Mr. Dorfman shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of his *pro hac vice* admission;

(3) Mathew S. Nelles, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Plaintiffs with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Mr. Dorfman to electronically receive notices of electronic filings ("NEF") at: michael.dorfman@kattenlaw.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 14 day of January, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

2