# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APOTEX, INC. and APOTEX CORP.,

              Plaintiffs,

       v.

MYLAN PHARMACEUTICALS INC.,

              Defendant.

:
:
:
:
:
:
:
:
:

CASE NO. 12-60704-CIV-SEITZ/SIMONTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APOTEX, INC. and APOTEX CORP.,

              Plaintiffs,

       v.

PFIZER INC., and GREENSTONE LLC,

              Defendants.

:
:
:
:
:
:
:
:
:

CASE NO. 12-60705-CIV-SEITZ/SIMONTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APOTEX, INC. and APOTEX CORP.,

              Plaintiffs,

       v.

LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,

              Defendants.

:
:
:
:
:
:
:
:
:

CASE NO. 12-60708-CIV-SEITZ/SIMONTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' JOINT PROPOSED CLAIM TERM
CONSTRUCTIONS**

Pursuant to the Court's Scheduling Order of September 24, 2012, Defendants Lupin Ltd., Lupin Pharmaceuticals Inc., Pfizer Inc., Greenstone LLC, and Mylan Pharmaceuticals Inc. ("Defendants") hereby provide to Apotex Corp. and Apotex Inc. ("Plaintiffs") their proposed claim constructions.  These disclosures are based upon information reasonably available to Defendants at this time, and are made without prejudice to Defendants' right to assert that any of the claim terms are indefinite, or to amend or supplement these disclosures in the future, including as a result of the discovery or investigation of further information.  Defendants reserve the right to offer expert testimony and other intrinsic or extrinsic evidence to support Defendants' proposed positions, or to rebut Plaintiffs' proposed meanings, expert testimony or other evidence, if any, offered by Plaintiffs in support of their proposed claim constructions.  In addition, Defendants request a meet and confer on December 5, 2012 for the purposes of limiting the claim terms in dispute by narrowing the issues.

| Claim Term to be Construed[1] | Proposed Construction |
| --- | --- |
| "quinapril magnesium" | The magnesium salt of quinapril having the chemical formula $Mg(C_{25}H_{29}N_2O_5)_2$[2] |

---

[1]   The claim term constructions proposed herein are put forward by each defendant only with respect to terms in the particular claims asserted against that particular defendant and each defendant reserves the right to advance additional and/or different constructions with respect to any claims not currently asserted against it by Apotex.

[2]   Defendants note that the proposed construction above is the only information provided in the '486 patent concerning the composition of "quinapril magnesium" and there is no accepted meaning in the art for this term.  The '486 patent does not provide the chemical structure of such a compound, evidence that such a compound exists, or a test for determining its existence.  As such, Defendants contend that the term "quinapril magnesium" is indefinite, as are other claim terms (*see* Defendants' Joint Invalidity Contentions).

| | |
|---|---|
| "reacting . . . so as to convert" [to quinapril magnesium] | Performing a process, different from standard wet granulation, which chemically transforms quinapril or an acid addition salt thereof and an alkaline magnesium compound to produce quinapril magnesium |
| "quinapril or an acid addition salt thereof" | The compound which is chemically described as [3S-[2[R*(R*)],3R*]]-2-[2-[[1-(ethoxycarbonyl)-3-phenylpropyl]amino]-1-oxopropyl]-1,2,3,4-tetrahydro-3-isoquinolinecarboxylic acid or an acid addition salt thereof |
| "alkaline magnesium compound" | A magnesium compound which when dissolved in water would produce a pH value which is above 7.0 |
| "solid pharmaceutical composition" | Compressed tablets or fill for two-piece hard gelatin capsules. |
| "in the presence of a solvent" | A liquid of a type and in an amount sufficient to dissolve the quinapril or an acid addition salt thereof and the alkaline magnesium compound to enable the reaction |
| "wet mass" | The material resulting from the wet granulation (as described in the '486 patent) of at least quinapril or an acid addition salt thereof, an alkaline magnesium compound and the solvent |
| "dry mass"/ "dried mass" | The material that results upon removing the solvent from the wet mass |
| **Claim 5:** Whether the order of steps is a limitation | Yes |
| **Claim 6:** Whether the order of steps is a limitation | Yes |

| | |
|---|---|
| **Claim 7:** Whether the order of steps is a limitation | Yes |
| **Claim 8** Whether the order of steps is a limitation | Yes |
| **Claim 11** "quinapril hydrochloride" | Quinapril hydrochloride is chemically described as [3S-[2[R*(R*)],3R*]]-2-[2-[[1-(ethoxycarbonyl)-3-phenylpropyl]amino]-1-oxopropyl]-1,2,3,4-tetrahydro-3-isoquinolinecarboxylic acid, monohydrochloride.<br><br>Its empirical formula is $C_{25}H_{30}N_2O_5 \bullet HCl$ and its structural formula is:<br><br><br><br>M.W.=474.98 |
| **Claim 16** "at least about" [80%] | More than 75% |

Dated:  November 30, 2012

/s/ Soumitra Deka

Maria J. Beguiristain
Florida Bar No. 69851
**WHITE & CASE LLP**
Southeast Regional Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

Aaron Stiefel (*pro hac vice*)
Daniel P. DiNapoli (*pro hac vice*)
Soumitra Deka (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Defendants Pfizer Inc. and Greenstone LLC.*

/s/ Emer L. Simic

Robert F. Green (*pro hac vice*)
rgreen@leydig.com
Christopher T. Griffith (*pro hac vice*)
cgriffith@leydig.com
Brett A. Hesterberg (*pro hac vice*)
bhesterberg@leydig.com
Peter H. Domer (*pro hac vice*)
pdomer@leydig.com
Emer L. Simic (*pro hac vice*)
esimic@leydig.com
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6731
Telephone:    (312) 616-5600
Facsimile:    (312) 616-5700

*Attorneys for Defendant and Counterclaim-Plaintiff Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

/s/ Deepro R. Mukerjee

Deepro R. Mukerjee
(deepro.mukerjee@alston.com)
Poopak Banky
(paki.banky@alston.com)
**ALSTON & BIRD LLP**

90 Park Avenue
New York, NY 10016
T: (212) 210-9529
F: (212) 210-9444

*Attorneys for Defendant and Counterclaim-Plaintiff Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANTS' JOINT
PROPOSED CLAIM TERMS CONSTRUCTIONS was served by e-mail on November 30, 2012
on all counsel or parties of record on the Service List below.

BY:   /s/ Soumitra Deka
      Soumitra Deka
      KAYE SCHOLER LLP
      425 Park Avenue, New York, NY 10022

## SERVICE LIST

*Counsel for Plaintiffs Apotex, Inc. and Apotex Corp.*

Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL LLP
1 Financial Plaza
100 S. E. 3rd Avenue
Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764–7060
Facsimile: (954) 761–8135

Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Martin S. Masar III (admitted pro hac vice)
martin.masar@kattenlaw.com
Dennis C. Lee (admitted pro hac vice)
dennis.lee@kattenlaw.com
Suresh B. Pillai (admitted pro hac vice)
suresh.pillai@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Counsel for Mylan Pharmaceuticals Inc.*

Deepro R. Mukerjee
deepro.mukerjee@alston.com
Paki Banky
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue, 12th floor
New York, New York  10016
Telephone:  (212) 210-9400

*Counsel for Lupin Pharmaceuticals, Inc.*

Robert F. Green
rgreen@leydig.com
Brett A. Hesterberg
bhesterberg@leydig.com
Christopher T. Griffith
cgriffith@leydig.com
Peter H. Domer
pdomer@leydig.com
Emer L. Simic
esimic@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6731
Telephone: (312) 616-5600