# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704–CIV–SEITZ/SIMONTON
(as consolidated with Case Nos. 12-60705-CIV and 12-60708-CIV)

APOTEX, INC., *et al.*,

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.
_____/

**PROPOSED CONSTRUCIONS OF CLAIM TERMS IN THE '486 PATENT**

| Claim | Term | Agreed Upon Construction | Apotex's Proposed Construction | Defendants' Proposed Constructions |
|---|---|---|---|---|
| 1 | "solid pharmaceutical composition" | finished solid dosage form capable of being administered as a drug product | | |
| 1 | "quinapril magnesium" | magnesium salt of quinapril having the chemical formula $Mg(C_{25}H_{29}N_2O_5)_2$ | | |
| 1 | "quinapril or an acid addition salt thereof" | chemical compound having the formula $C_{25}H_{30}N_2O_5$ and the chemical structure shown below, or an acid addition thereof | | |
| 1 | "alkaline magnesium compound" | magnesium compound that, when added to water, results in a pH greater than about 7 | | |

| | | | | |
|---|---|---|---|---|
| 1 | "in the presence of a solvent" | No agreement, but parties are willing to propose definition to clarify issues for court | with a sufficient amount of a liquid to at least moisten the quinapril or acid addition salt thereof and the alkaline magnesium compound to permit the reaction to occur | A liquid of a type and in an amount sufficient to dissolve the quinapril or an acid addition salt thereof and the alkaline magnesium compound to enable the reaction |
| 1 | "reacting ... so as to convert ... to quinapril magnesium" | No agreement, but parties are willing to propose definition to clarify issues for court | chemically changing a significant portion of the quinapril or acid addition salt thereof to quinapril magnesium | Performing a process, different from standard wet granulation, which chemically transforms quinapril or an acid addition salt thereof and an alkaline magnesium compound to produce quinapril magnesium |
| 5-8 | whether the order of steps is a limitation | The claimed method requires the steps to be performed in the order set forth in the claims | | |
| 6-8 | "wet mass" | To be briefed | material that is sufficiently wetted with solvent to form lumps or granules and to permit the reaction to occur | The material resulting from the wet granulation (as described in the '486 patent) of at least quinapril or an acid addition salt thereof, an alkaline magnesium compound and the solvent |
| 6-8 | "dry mass" or "dried | To be briefed | material that results from | The material that results |

2

| | | | removing a sufficient amount of <u>solvent</u> from the wet mass to allow further processing<br><br>*Note change from "water" to "solvent" in the above proposal* | upon removing the solvent from the wet mass |
|---|---|---|---|---|
| 11 | "quinapril hydrochloride" | hydrochloric acid addition salt of quinapril having the empirical formula $C_{25}H_{30}N_2O_5 \cdot HCl$ and the chemical structure shown below | | |

| 12 | "at least about 80%" | To be briefed | approximately 80% or more | More than 75% |