# EXHIBIT C

Case 0:12-cv-60704-PAS Document 75-4 Entered on FLSD Docket 01/14/2013 Page 1 of 2

## Simic, Emer

| | |
|---|---|
| **From:** | Stiefel, Aaron [Aaron.Stiefel@kayescholer.com] |
| **Sent:** | Monday, December 10, 2012 11:11 AM |
| **To:** | 'Ferenc, Christopher B.'; Simic, Emer; Deka, Soumitra; Banky, Paki; DiNapoli, Daniel; Becker, Sylvia; 'warner@irlaw.com'; Griffith, Christopher; Green, Robert; Alyonycheva, Tatiana; Mukerjee, Deepro; Harris, David; Domer, Peter |
| **Cc:** | USR-FRM-Quinapril |
| **Subject:** | RE: Quinapril litigation -- search term proposal |

- Consistent with defendants' definition of quinapril magnesium, the agreed definition should start with the word "The."
- In the definition of "reacting . . . so as to convert . . .", defendants agree to substitute the word "changes" for the word "transforms" in order to eliminate an unnecessary difference between defendants' definition and Apotex's definition.
- Defendants will not otherwise change their other definitions to conform with Apotex's definitions.
- Defendants will include a proposed definition of "POSA" in their opening claim construction papers.

Aaron Stiefel
**KAYE SCHOLER LLP**
425 Park Avenue | New York, New York 10022
T: +1 212.836.8442 | F: +1 212.836.6442
Aaron.Stiefel@kayescholer.com | www.kayescholer.com