# EXHIBIT D

**Simic, Emer**

| **From:** | Masar, Martin S. [martin.masar@kattenlaw.com] |
|---|---|
| **Sent:** | Friday, December 14, 2012 12:20 AM |
| **To:** | 'Stiefel, Aaron'; USR-FRM-Quinapril |
| **Cc:** | Green, Robert; Banky, Paki; Simic, Emer; Becker, Sylvia; DiNapoli, Daniel; Deka, Soumitra; Alyonycheva, Tatiana; Harris, David |
| **Subject:** | Quin - Proposal for Minor Change to Agreed Upon Constructions |
| **Importance:** | High |

Counsel for All Defendants:

The agreed upon constructions for below use "chemical formula", "formula" and "empirical formula"  (bolded) for the same concept.  Apotex proposes that we change the agreed upon constructions to all read "chemical formula" to minimize confusion by the jury and judge.  Please let us know if you are amenable to our proposal.

Regards,
Marty

| CLAIM | CLAIM TERM | CONSTRUCTION |
|---|---|---|
| 1 | "quinapril magnesium" | the magnesium salt of quinapril having the **chemical formula** $Mg(C_{25}H_{29}N_2O_5)_2$ |
| 1 | "quinapril or an acid addition salt thereof" | chemical compound having the **formula** $C_{25}H_{30}N_2O_5$ and the chemical structure shown below, or an acid addition salt thereof |
| 11 | "quinapril hydrochloride" | hydrochloric acid addition salt of quinapril having the **empirical formula** $C_{25}H_{30}N_2O_5 \cdot HCl$ and the chemical structure shown below |

1



**MARTIN S. MASAR III, Ph.D., J.D.**
Associate
Registered Patent Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5616 f / (312) 902-1061
martin.masar@kattenlaw.com / www.kattenlaw.com

==========================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:   Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================