# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 12-60704–CIV–SEITZ/SIMONTON**
**(as consolidated with Case Nos. 12-60705-CIV and 12-60708-CIV)**

APOTEX, INC., *et al.*,

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.
_____/

**APOTEX'S PROPOSED CONSTRUCIONS OF CLAIM TERMS IN THE '486 PATENT**

Pursuant to the Court's scheduling order (D.E. 41), Apotex hereby identifies its proposed constructions for the claim terms that the parties have identified for construction by the Court. Apotex reserves the right to supplement this list, including to propose or alter a construction for the terms identified in light of newly discovered evidence or positions taken by defendants. Unless otherwise noted, claim terms identified would be construed the same in all claims including such terms. Pursuant to an agreement by the parties, this document is being served via email.

| Claim | Term | Apotex's Proposed Construction |
|---|---|---|
| 1 | "solid pharmaceutical composition" | solid dosage form capable of being administered as a drug product, e.g. a tablet |
| 1 | "quinapril magnesium" | magnesium salt of quinapril, e.g. $Mg(C_{25}H_{29}N_2O_5)_2$ |
| 1 | "quinapril or an acid addition salt thereof" | chemical compound having the formula $C_{25}H_{30}N_2O_5$ and the chemical structure shown below, or a salt of quinapril made by reacting an acid with quinapril, e.g. quinapril hydrochloride |
| 1 | "alkaline magnesium compound" | magnesium compound that, when tested in water, has a pH greater than about 7, e.g. magnesium carbonate |

| | | |
|---|---|---|
| 1 | "in the presence of a solvent" | with a sufficient amount of a liquid to at least moisten the quinapril or acid addition salt thereof and the alkaline magnesium compound to permit the reaction to occur |
| 1 | "reacting ... so as to convert ... to quinapril magnesium" | chemically changing a significant portion of the quinapril or acid addition salt thereof to quinapril magnesium |
| 5-8 | whether the order of steps is a limitation | The claimed method requires the steps to be performed in the order set forth in the claims |
| 6-8 | "wet mass" | material that is sufficiently wetted with solvent to form lumps or granules and to permit the reaction to occur |
| 6-8 | "dry mass" or "dried mass" | material that results from removing a sufficient amount of water from the wet mass to allow further processing |
| 11 | "quinapril hydrochloride" | hydrochloric acid addition salt of quinapril, i.e. $C_{25}H_{30}N_2O_5 \cdot HCl$ |
| 12 | "at least about 80%" | approximately 80% or more |

Dated:  November 30, 2012

Sincerely,

  /s/ Brian J. Sodikoff
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone:  (954) 764–7060
Facsimile:   (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar. No. 145928)

2

robert.breisblatt@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Suresh B. Pillai (admitted *pro hac vice*)
suresh.pillai@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

Christopher Ferenc (admitted *pro hac vice*)
christopher.ferenc@kattenlaw.com
2900 K Street NW, Suite 200
Washington, DC  20007
Telephone:  (202) 625-3647
Facsimile:   (202) 339-6044

*Attorneys for Plaintiffs Apotex, Inc.
and Apotex Corp.*