# EXHIBIT "O" – TO BE FILED UNDER SEAL