# EXHIBIT "Q"

# Principles of
# Modern Chemistry

### Fifth Edition

**David W. Oxtoby**
*The University of Chicago*

**H.P. Gillis**
*University of California—Los Angeles*

**Norman H. Nachtrieb**[†]
*The University of Chicago*



THOMSON
━━━✹━━━ ™
BROOKS/COLE

Australia • Canada • Mexico • Singapore • Spain • United Kingdom • United States

Cover: Zinc Reacts with aqueous hydrochloric acid to give hydrogen gas and aqueous zinc chloride. *(Charles D. Winters)*

**THOMSON**

**BROOKS/COLE**

Executive Editor:   Angus McDonald
Acquisitions Editor:   John Holdcroft
Development Editor:   Ed Dodd
Technology Project Manager:   Ericka Yeoman-Saler
Marketing Manager:   Jeff Ward
Marketing Assistant:   Mona Weltmer
Project Manager, Editorial Production:   Charlene Catlett Squibb
Print/Media Buyer:   Karen Hunt
Permissions Editor:   Jane Sanders
Production Service:   Graphic World Publishing Services

Text Designer:   Jonel Sofian
Art Director:   Paul Fry
Photo Researcher:   Jane Sanders
Copy Editor:   Graphic World Publishing Services
Illustrator:   J.B. Woolsey and Associates
Cover Designer:   Larry Didona
Cover Image:   Charles D. Winters
Cover Printer:   Phoenix Color Corp
Compositor:   Graphic World Inc.
Printer:   R.R. Donnelley & Sons, Willard

COPYRIGHT © 2002 Thomson Learning, Inc. Thomson Learning™ is a trademark used herein under license.

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including but not limited to photocopying, recording, taping, Web distribution, information networks, or information storage and retrieval systems—without the written permission of the publisher.

Printed in the United States of America
1 2 3 4 5 6 7 05 04 03 02 01

For more information about our products, contact us at:
**Thomson Learning Academic Resource Center**
**1-800-423-0563**

For permission to use material from this text, contact us by:
**Phone:** 1-800-730-2214
**Fax:** 1-800-730-2215
**Web:** http://www.thomsonrights.com

Library of Congress Control Number 2002108522
ISBN: 0-03-035373-4

QD31.2
.O98
2002

MASS. INST. TECH.
SEP 9 2002
LIBRARIES

**Asia**
Thomson Learning
60 Albert Street, #15-01
Albert Complex
Singapore 189969

**Australia**
Nelson Thomson Learning
102 Dodds Street
South Melbourne, Victoria 3205
Australia

**Canada**
Nelson Thomson Learning
1120 Birchmount Road
Toronto, Ontario M1K 5G4
Canada

**Europe/Middle East/Africa**
Thomson Learning
Berkshire House
168-173 High Holborn
London WC1 V7AA
United Kingdom

**Latin America**
Thomson Learning
Seneca, 53
Colonia Polanco
11560 Mexico D.F.
Mexico

**Spain**
Paraninfo Thomson Learning
Calle/Magallanes, 25
28015 Madrid, Spain

# Index/Glossary

Page numbers followed by "f" denote figures; those followed by "t" denote tables

**Absolute entropy (S)** The entropy of a substance referred to a zero of entropy at a temperature of absolute zero, 252

**Absolute temperature scale** The temperature scale on which the zero corresponds to absolute zero, 102–103

**Absolute zero** The theoretical minimum of temperature, at which the entropy of a crystalline pure substance becomes equal to zero, 102

**Absorbance** Natural logarithm of the ratio of light intensity passing through a reference cell to the light intensity passing through the sample cell in a spectrophotometer, 604

**Absorption coefficient** Quantity used to specify how the amount of light absorbed at a given wavelength by a pure compound depends on the length of the sample cell, 604

**Absorption spectroscopy** Spectroscopy in which the intensity of light absorbed by a system is measured as a function of wavelength, 518, 604

**Acceleration (a)** The rate of change of velocity, A.12

**Accuracy** The degree of agreement between a measured value and the true value, A.5

Acetaldehyde, 727f

Acetaminophen, 738f

Acetic acid, 162, 163, 735

Acetylene, 68f, 719–720

Acetylsalicylic acid, 670f

**Acid** A substance capable of donating hydrogen ions, 162, 318
  in aqueous solutions, 321–324
  Brønstead–Lowry, 318–319
  carboxylic, 728–730, 828
  classification of, 318–321
  description of, 161
  ionization constants of, 326t
  Lewis, 319
  monoprotic, 346
  neutralization reaction of, 162
  organic, 731–735
  polyprotic, 346–348, 352
  strength of, 324–331
  strong, 322, 342–343
  types of, 162t
  weak, 324–325
    equilibria involving, 331–334
    strong base titration with, 343–346

**Acid anhydride** A compound that forms an acid upon addition of water, 319–320

**Acid ionization constant** The equilibrium constant that relates the concentration of an acid to the concentrations of the products of its ionization, 325

Acid ionization strength, 325

Acid precipitation, 353

**Acid rain** Rain having a concentration of dissolved acids such that its pH is less than about 5.6, 629

Acid–base reactions
  description of, 161–162
  titration, 162–163

**Acid–base titration** An analytical method for determining the amount of acid or base in a sample, 341
  curve, 341
  description of, 162–163
  strong acid with a strong base, 342–343

**Actinide element** An element from Ac to Lr in the periodic table of the elements, 49, A.47

Actinium, A.47

**Activated complex** A transient species formed by the collision of reacting molecules that can break apart to form products; the activated complex lies at the maximum in a plot of energy versus progress along the reaction path, 454–456

**Activation energy ($E_a$)** The energy term in the Arrhenius equation that gives the temperature dependence of the rate constant; $E_a$ is obtained from the slope of a plot of ln $k$ against $1/T$; interpreted as the minimum collision energy in an encounter between molecules for reaction to ensue, 454

**Active site of enzyme** The site on an enzyme at which a reaction takes place, 461

**Activity [1] ($a_i$)** For a dilute gas, the ratio of the partial pressure to a reference pressure of 1 atm; for a dilute solute species, the ratio of the concentration to a reference concentration of 1 M, 280

**Activity [2] (A)** The disintegration rate of a collection of unstable nuclei, 483

**Activity coefficient ($\gamma_i$)** A correction factor that relates the activity of a nonideal gaseous species to its partial pressure, or the activity of a species in a nonideal solution to its concentration, 280–281

**Actual yield** The amount of a product of a chemical reaction that is found to form experimentally, 41

**Addition polymerization** A reaction in which monomers react to form polymers without net loss of atoms, 823

Adiabatic compression, 242

Adiabatic expansion, 242

**Adiabatic process** A process occurring in a system that is thermally insulated from its surroundings, so $q = 0$, 221–223

Air, composition of, 95, 95t

Air pollutants, 628

Alanine, 838t

Alchemists, 3

**Alcohol** An organic compound characterized by the functional group, 724–725

**Aldehyde** An organic compound characterized by the $-\overset{\overset{\displaystyle O}{\|}}{C}-H$ functional group, 727

Algebraic equations, A.19–A.21

**Alkali halide** A compound formed by reaction of an element from Group I of the periodic table with an element from Group VII, 50

**Alkali metal** An element of Group I of the periodic table, 50, A.39

**Alkaline dry cell** A primary cell having an alkaline electrolyte and using the reaction $Zn(s) + 2\ MnO_2(s) + H_2O(\ell) \rightarrow Zn(OH)_2(s) + Mn_2O_3(s)$ to generate a voltage, 407

**Alkaline-earth metal** An element of Group II of the periodic table, 50, 702, A.40

**Alkanes** A saturated hydrocarbon, 715
  branched-chain, 717–719
  cyclic, 717
  straight-chain, 715, 715t

**Alkene** A hydrocarbon with one or more double bonds between carbon atoms, 719–721

**Alkyl halide** An organic compound the molecules of which have a halogen atom bonded to an alkyl group, 723–724

Alkyl side groups, 718t

**Alkyne** A hydrocarbon containing one or more triple bonds, 719–721

**Alloy** A macroscopically homogeneous mixture of two or more metals, 770

**Alpha decay ($\alpha$-decay)** A mode of radioactive decay in which a nuclide emits an alpha particle, 481

**Alpha helix ($\alpha$-helix)** A spiral structure taken on by some portions of protein molecules, 840

**Alpha particle ($\alpha$-particle)** ($_2^4He$ or $_2^4\alpha^{2+}$) The nucleus of the helium atom when emitted in radioactive decay, 481

**Alumina** The compound $Al_2O_3$, which appears in several different crystalline forms, 797–798

**Aluminosilicate** A mineral containing aluminum, silicon, and oxygen, 781–782

Aluminum, 414–416, A.40

Americium (Am), A.47

**Conjugated π electron system** A molecule or portion of a molecule in which double or triple bonds alternate with carbon–carbon single bonds, and electrons are delocalized across several atoms, 591
Conjugated molecules, 591–592
Conjugated systems, 611
Consecutive equilibria, 284
**Conservation of energy, law of** In a chemical change, an equal amount of energy exists before and after the change, 4, 27. *See also* **First law of thermodynamics**
**Conservation of mass, law of** In a chemical change, an equal quantity of matter exists before and after the change, 4, 8–9
Conservation of matter, 4
**Constraint** a portion of the apparatus in a thermodynamic experiment; it holds one of the properties of the system at a constant value throughout the experiment, 196
**Contact process** A means for the production of sulfuric acid in which sulfur dioxide is oxidized to sulfur trioxide by oxygen on a vanadium oxide catalyst, 691, 692f
**Continuous process** A chemical process in which reactants are fed in and products removed continuously, 669
Controlled precipitation, 362
**Convection** The net flow of one region of a fluid with respect to another region, 132
**Coordinate covalent bond** A covalent bond in which the shared electrons are both supplied by one of the bonded atoms; results from the interaction of a Lewis base and a Lewis acid, 319
**Coordination complex** A compound in which metal atoms or ions are bonded via coordinate covalent bonds to anions or neutral molecules that supply electron pairs, 376, 640–641
in biology, 659–660
crystal field stabilization energies, 651
crystal field theory of, 649–651
formation of, 378t, 379, 640–642
ionic, 642
magnetic properties of, 652
naming of, 642–643
structure of
chiral, 648–649
description of, 645
linear, 647–648
square-planar, 647–648, 653–654
tetrahedral, 647–648, 653–654
three-dimensional, 646–647
**Coordination number** The number of coordinate bonds formed by a central metal atom to donor atoms in a coordination complex, 641–642
**Coordination sphere** The ligands coordinated to a metal ion or atom, 641
Copper (Cu), 677–679, A.45
Core (of earth), 779
**Core electron** An electron that lies lower in energy than the valence electrons and plays only a minor role in chemical bonding, 54
Correlation, 596

**Correlation diagram** A diagram that shows the relative energy of the molecular orbitals in a molecule and their derivation from the atomic orbitals of the constituent atoms, 573
**Corrosion** A destructive chemical process in which metals are spontaneously oxidized, 411–413
Cortisone, 740f, 741
**Coulomb (C)** The SI unit of electric charge; equal to 1 A s, A.15
**Coulomb energy** Potential energy arising from electrical repulsions and attractions; $V(r) = q_1 q_2 / 4 \pi \varepsilon_0 r$, A.16
**Coulomb force** The electrostatic attraction between particles of dissimilar charge or the repulsion between particles of similar charge, 57–58, 134, 523, A.15
Coulomb meters, 75
**Coulomb's law** The dependence of the force between two charges $q_1$ and $q_2$ on their separation $r$; $F = q_1 q_2 / 4 \pi \varepsilon_0 r^2$, A.16
Coulomb stabilization energy, 60–63
**Covalent bond** A bond formed by the sharing of two or more electrons between two atoms, 48 *See also* **Coordinate covalent bond**
coordinate, 319
shared electron pair, 66
**Covalent compound** A compound formed from electron sharing; tends to be low-melting, low-boiling, and nonconducting, 67
binary, 82–83, 83t
**Covalent crystals** A crystal in which structure is maintained by covalent bonds, 763
Covalent fluorides, 703–704
**Cracking** The degradation of longer chain alkanes to shorter chain alkenes by means of heat or catalysts, 720
Crick, Francis (British biologist), 842
**Critical point** The point in the phase diagram at which the gas–liquid coexistence curve terminates, 146
Cross-linking, 826–827
**Critical pressure ($P_c$)** The pressure above which the distinction between gas and liquid disappears, 146
**Critical temperature ($T_c$)** The temperature above which a gas cannot be liquefied, 146
**Cross-linked polymer** A polymer in which individual chains are linked together by lateral bonds that increase the rigidity of the structure, 826–827
Crude oil. *See* Petroleum refining
Crust (of earth), 779
Cryolite, 415
Crystal
atomic packing in, 756–758
covalent, 763
defects in, 768–769
interstitial sites, 758
ionic, 760–761
lattice energies of, 765–767
liquid, 771–772
metallic, 761–763
molecular, 759–760
point defects in, 768–769
simple cubic lattice, 754
structure of, 754–756

symmetry of, 749
systems, 751t
unit cells in, 750–752
x-ray scattering by, 752–754
**Crystal field splitting energy** The amount by which the (otherwise equal) energy levels for the $d$ electrons of a metal ion are split by the electrostatic field of the surrounding ligands in a coordination complex, 650
**Crystal field stabilization energy** The energy-lowering in a coordination complex relative to that in a spherical crystal field, 651
**Crystal field theory** A model for coordination complexes in which the central metal is treated as ionically bonded to surrounding ligands, 649–651
**Crystal lattice** A three-dimensional array of points that embodies the pattern of repetition in a crystalline solid, 750
**Crystal system** A category (one of seven) into which a crystalline solid can be classified on the basis of the symmetry of its diffraction pattern, 750
**Crystalline solid** A solid that possesses long-range order at the atomic or molecular level in its structure, 749–767
Crystallography, 748
**Cubic close packing** A scheme of packing of equal spheres in which each sphere has 12 immediate neighbors and the symmetry of the lattice generated from the positions of the spheres is cubic, 754–756
**Cubic system** A category (one of seven) into which a crystalline solid can be classified on the basis of the symmetry of its diffraction pattern, 750
**Curie (Ci)** A unit of activity; equal to $3.7 \times 10^{10}$ s$^{-1}$, 484
Curie, Marie (French chemist), 7, 17
Curie, Pierre (French chemist), 17
Curium, A.47
Curve
areas under, A.25–A.27
energy, 27–28
slope of, A.23–A.24
**Cyclic process** A process in which a system is taken from some initial state through a series of other states and then back to the original state, 241–244
**Cycloalkane** A saturated hydrocarbon with one or more closed rings of carbon atoms, 717
Cyclobutane, 718f
Cyclohexane, 718f
Cyclopropane, 718f
Cysteine, 839t

**$d$ orbitals** A hydrogen atom orbital for which $\ell = 2$; $d$ orbitals always have two angular nodes, 541–543, 656
**Dalton (Da)**, A unit of mass; equal to one atomic mass unit, 473
Dalton, John (British chemist), 10, 13–14, 106
**Dalton's law** The total pressure of a gas mixture is the sum of the pressures that would be measured separately if each of the components were present by itself, 106–107

**Hydrogen burning**  A stage in the evolution of stars during which hydrogen is converted into helium by nuclear fusion reactions, 494
Hydrogen fluoride, 327f, 700
Hydrogen sulfide, 376f
**Hydrogenation**  The absorption of hydrogen by a substance in a chemical reaction, 730
Hydrogen–oxygen fuel cell, 409–410, 410f
**Hydrolysis**  The reaction of a substance with water, in particular the reaction of an ion in which the pH of the water changes from neutral, 335–336
**Hydrometallurgy**  Processes that involve the extraction of metals from ores with aqueous solutions, 678
**Hydronium ion**  The $H_3O^+$ ion, present in high concentrations in acidic solutions, 318f, 338
**Hydrophilic**  Having a strong affinity for water, 772
**Hydrophobic**  Lacking affinity for water, 772
**Hydroxide ion**  The $OH^-$ ion, present in enhanced concentrations in basic aqueous solutions, 320
  solubility of, 372–374
**Hypothesis**  The temporary assumption that a proposed statement is true while its validity is tested in a series of experiments, 3

**Ice calorimeter**  An instrument used to measure amounts of heat flowing into or out of a system, 201, 201f
**Ideal gas**  A hypothetical substance that follows the ideal-gas law exactly under all conditions
  compression of, 244–245
  expansion of
    description of, 244–245
    irreversible, 249–250
  heat for, 209–210
  pressure of, effect on Gibbs free energy, 276
  reactions among, 276–279
  reversible processes in, 218–224
  work for, 209–210
**Ideal gas law**  A relationship between the pressure, volume, temperature, and number of moles of a gas: $PV = nRT$, 103–104, 108
  equation of state example of, 117
  van der Waals equation of state vs., 118
**Ideal solution**  A solution that conforms to Raoult's law so that the vapor pressures of its components are proportional to their mole fractions in solution
  description of, 170
  reactions in, 279–280
**Igneous rock**  A rock formed from the crystallization of magma, 784–786
**Immiscible liquids**  Mutually insoluble, as two liquids that separate into two distinct layers, 302
**"In excess"**  Refers to any reactant in a chemical reaction that is not the limiting reactant, 40
**Indicator, acid–base**  A substance the color of which changes noticeably over a fairly small range of pH, 329–331
Indium, A.40

**Induced dipole forces**  The attraction between an ion and a nonpolar molecule or atom based on the induction of a weak dipole by the ion, 135, 136
**Induced-dipole–induced-dipole forces**  The attraction between nonpolar molecules or atoms based on the mutual induction of a weak dipole, 136
Inequality of Clausius, 250
**Inert complex**  A complex in which the ligands exchange only slowly with other ligands, 644
**Inert gas.**  *See* **Noble gas**
**Infrared radiation**  Light of wavelength longer than visible radiation, 507
Infrared spectroscopy, 605–611
**Inhibitor**  A substance that slows the rate of a reaction; a negative catalyst, 461
**Initial reaction rate**  The rate of a chemical reaction at the moment that it begins, before any products can start to react in the reverse direction, 435
**Initiation**  The first stage in a chain reaction, 451
Initiator, 823
Inner core, 53
Inorganic nomenclature, 80
Insecticides, 736–737
Insoluble, 363
**Instantaneous rate of chemical reactions**  The average rate, obtained over progressively shorter time intervals, 435, 435f
**Insulator**  A substance that will not conduct electricity because of the large energy band gap between its occupied valence band and unoccupied conduction band, 812
**Integral**  The area under a curve between two points, A.25–A.26
**Integrated rate law**  A relation that gives the concentration of a reactant or product as a function of time, 440–441
**Intensive property of system**  A property that is independent of the size of a system, and is therefore the same for each of the subsystems into which the system can be divided, 196
**Intercept.**  *See* **y-intercept**
**Interference**  The combination of two wave trains; may be constructive or destructive, 529, 753
**Interhalogen**  A compound formed from two different halogen elements, 704
Intermediate-field ligand, 657
Intermolecular contacts, 129
**Intermolecular forces**  An attractive or repulsive interaction among molecules and ions
  changes in, 153–154
  characteristics of, 133–134
  description of, 119–120
  in liquids, 138–141
  molecular structure created by, 130f, 133–138
  phase transition effects, 145
**Internal energy (E)**  The sum of the internal kinetic and potential energies of the particles composing a system, 200–201
International System of Units, 25, A.9–A.11
International Union of Pure and Applied Chemistry, 718

Interstellar space, 557–558
**Interstitial alloy**  An alloy in which atoms of one or more additional elements enter the interstitial sites of an iron crystal, making the material stronger and harder than pure iron, 770
**Interstitial site**  A space between atoms in a crystal lattice in which an additional atom can be introduced, 758
Intramolecular forces, 134
Intrinsic properties, 813
Iodine, 597, 698–699, A.42
**Ion**  An atom or group of atoms that has lost or gained one or more electrons, thereby becoming electrically charged
  complex. *See* **Complex ion**
  coordination sphere of, 641
  Coulomb attraction between, 62
  creation of, 58
  electron transfer to form, 61
  interaction energy of, 61–62
  mobilities of, 809t
  negative, 57–58
  positive, 57–58
  selective precipitation of, 374–376
  size of, 553–555
  spectator, 159
Ion exchange chromatography, 304t
**Ion–dipole forces**  The interactions between an ion and the oppositely charged ends of a dipole, 135
**Ionic bond**  A bond formed through the Coulomb attraction of two ions of opposite charge; formed from atoms with significantly different electronegativities, 48
  description of, 57–58
  equilibrium bond length of, 62
  formation of, 62–63
  Lewis dot diagrams for, 58–59
**Ionic compound**  A compound composed of ions of opposite charge, held together by electrostatic (Coulomb) forces, 58
  composition of, 59–60
  formulas of, 59–60
  names of, 59–60
  salts, 58–59
  solubility of, 363, 364t
**Ionic crystals**  A crystal held together by Coulomb attractions
  characteristics of, 760–761
  lattice energy of, 766–767
**Ionization energy (IE)**  The minimum energy required to remove an electron from an atom, molecule, or ion that is in its ground state, 51, 55, 555
  atomic number and, 52f
  of atoms, 525–526
  element-specific, 53t
  first, 51
  periodic trends in, 555–556
  second, 52
Ionic liquids, 138
Ionic polymerization, 825
Ionic species, aqueous solutions of, 158–159
**Ion–ion forces**  The Coulombic interactions among ions, 134
Ionization constants, 326t

**Rigidity** Tendency to maintain shape under stress, 131
**Roasting** The conversion of a sulfide ore to an oxide through heating in a furnace, 678
**Rock-salt structure of ionic crystals.** See **Sodium chloride structure of ionic crystals**
Roentgen, Wilhelm, 752
**Root-mean-square-speed** A measure of the typical speed of molecules at thermal equilibrium; equal to the square root of the average of the squares of the speeds of the molecules, 110–111
Rounding off, A.6
Rubber, 832–833
Rubidium, A.39
Ruthenium, A.44
Rutherford, Ernest, 17–18, 517
Rutherfordium, A.47
**Rydberg (Ry)** A unit of energy used in atomic spectroscopy; equal to $2.18 \times 10^{-18}$ J, 525

$s$ orbitals, 537–540
**Sacrificial anode** A piece of an active metal (such as magnesium) placed in electrical contact with a metal (such as iron) that is to be protected from oxidation, 413
**Salt** An ionic compound that does not have $OH^-$ as the anion, 58
 chemicals from, 694–696
 solubility of, 374
**Salt bridge** A tube containing a salt solution that is used to connect two half-cells in an electrochemical cell; allows the passage of ions, but prevents mixing of the half-cell electrolytes, 390
Samarium, A.46
**Saturated calomel electrode** A standard electrode that consists of a platinum wire in contact with a paste of liquid mercury, calomel ($Hg_2Cl_2$), and a saturated solution of $Hg_2Cl_2$, 405–406
**Saturated hydrocarbon** A compound of carbon and hydrogen that contains no double or triple carbon–carbon bonds, 643
**Saturated solution** A solution in equilibrium with a solid solute, 362
**$s$-block element** An element that arises with the filling of an $s$ orbital in the building up of the periodic table, 549
Scandium, A.43
Scanning tunneling microscopy, 19, 20f
**Scattering** The redirection of radiation upon interaction with matter, 752–754
**Scattering angle ($2\theta$)** The angle between the direction of a diffracted beam in an x-ray diffraction experiment and the direction of the main beam, 754
**SCF approximation.** See **Self-consistent field approximation**
Scheele, Karl Wilhelm, 694
**Schottky defect** A vacant site in a crystal where the pattern indicates an atom should be found, 768
**Schrödinger equation** The fundamental equation of quantum mechanics that relates the wave function of one or more particles to their masses and potential energies, 531–534, 544

Scientific law, 3
Scientific notation, A.2–A.3
Scientific revolution, 504
**Scintillation counter** An instrument for the detection of radioactive decay based on the counting of light pulses produced by radiation when it enters a crystal, 482
Seaborgium, A.47
**Second(s)** The SI base unit of time, A.9
Second law of motion, 97
**Second law of thermodynamics** In a real, spontaneous process the entropy of the universe (the system plus its surroundings) must increase; $\Delta S_{univ} > 0$, 239–241
**Second order reaction** A reaction that has a total order of 2, as determined by the sum of the exponents of the concentration terms in the rate law; if a reaction is second order in a single species A, the concentration of A changes with time according to $1/[A] = 2kt + 1/[A]_0$, 437, 441–442
**Secondary** Used to designate an organic compound in which a substituent group occupies a site on an atom that has only one hydrogen atom attached to it, 725, 730
Secondary alcohol, 725
Secondary amine, 730
Secondary battery, 408
**Secondary cell** A battery (galvanic cell) that must can be recharged after its energy has been transferred and its voltage gone to zero, 407
**Sedimentary rock** A rock formed from the products of weathering of other rocks, 786–787
**Selective precipitation** The deliberate manipulation of the conditions affecting solubility equilibria to achieve desired separations, 374–376
Selenium, A.42
**Self-consistent field approximation method** The use of one-electron wave functions for many-electron atoms, 544, 595
**Semiconductor** A substance having electrical conductivity that is small but still greater than that of an electrical insulator and that increases with temperature
 characteristics of, 765, 812–815
 $n$-type, 813
 $p$-$n$ junctions, 814–815
 $p$-type, 813
**Semimetal** A material intermediate in character between a metal and a nonmetal, 50
**Semipermeable** Allowing passage of small molecules but not of large molecules, 176–177
**Sequester** To coordinate a species so strongly that it is prevented from taking part in its ordinary reactions, 648
Serine, 838t
Shared electron pair, 66
**Shear viscosity** The measure of the resistance of a substance to flow, 131
**Shell** A group of subshells in the electron configuration of an atom that have similar energies, 54, 546, 551
 of atoms, 544–546
 effective nuclear charge in, 546

 filling of, 551t
 periodic table and, 551–552
 solvation, 158
 structure of, 52
**Shift reaction** The reaction of carbon monoxide with water to give carbon dioxide and hydrogen, 271, 675
**SI** Abbreviation for Système International d'Unités (International System of Units), 25, A.9–A.11
**Sialon** An alloy of silicon, aluminum, oxygen, and nitrogen, 801
**Side-centered unit cell** A unit cell having lattice points at the center of one pair of parallel cell faces as well as at the eight corners, 752
**Siemens (S)** The unit of electrical conductance, amperes per volt; reciprocal of the ohm, 806
**Sigma ($\sigma$) bond** A bond resulting from the occupancy of $\sigma$ molecular orbitals by electrons, 573, 577, 584
**Sigma ($\sigma$) orbital** A molecular orbital with no angular nodes, 573, 577, 584
**Significant figures** The number of digits used to represent a measured quantity, not counting zeros present for the sole purpose of positioning the decimal point; a measure of the precision of a measurement, A.5–A.7
**Silicate** A compound containing silicon and oxygen and formed from the linking together of structural units, 779–781
**Silicate ceramics** Ceramics made from aluminosilicate clay minerals, 791, 793
 cements, 795–797
 glass, 794–795, 795t
 pottery, 793
 structural clay products, 793
Silicon
 band picture of bonding in, 811–812
 description of, 681
 physical properties of, A.41
Silicon carbide, 801
Silicon nitride, 800–801
Silver, A.45
Simple cubic lattice, 754
**Single bond** A covalent bond in which a single pair of electrons is shared between the bonded atoms, 65–66
**Sintering** The partial merging of grains in a solid by diffusion at a temperature less than the melting point, 792
**Slope** The rate of change of the dependent variable with the independent variable
 of curves, A.23–A.24
 of line, A.18
**Smectic phase of liquid-crystal formation** A liquid crystal in which molecules show a preferred orientation and a layered structure, 771
**Smelting** The melting and reduction of metals from their ores, 414
**Soda-lime glass** Common glass (of approximate composition $Na_2O \cdot CaO \cdot (SiO_2)_6$), 794
Sodium, A.39
**Sodium chloride structure of ionic crystals** An ionic crystal structure that consists of two interpenetrating face-centered cubic lattices of cations and anions, 760