# EXHIBIT "S"

1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              Case No. 12-60704-CV-SEITZ
                       12-60705-CV-SEITZ
                       12-60808-CV-SEITZ
APOTEX, INC.,                            MIAMI, FLORIDA
                    Plaintiff

                                    September 6, 2012
      Versus                        VOLUME I

                                    PAGE 1 TO 67
MYLAN PHARMACEUTICALS, ET AL.
                    Defendants
```

**PATENT SCHEDULING AND PLANNING CONFERENCE**
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:
    ROBERT B. BREISBLATT, ESQ.
    MARTIN S. MASAR, III, ESQ.
    Katten Muchin & Rosenman, LLP
    525 West Monroe Street
    Chicago, IL 60661-3693

    MATTHEW S. NELLES, ESQ.
    Broad and Cassel
    One Financial Plaza - Suite 2700
    Fort Lauderdale, FL  33394

FOR THE DEFENDANT LUPIN AND MYLAN:
    ERIC D. ISICOFF, ESQ.
    SUSAN WARNER, ESQ.
    Isicoff Ragatz & Koenigsberg
    1200 Brickell Avenue - Suite 1900
    Miami, FL  33131

REPORTED BY:
    DAVID S. EHRLICH, RPR
    Official Court Reporter
    Wilkie D. Ferguson, Jr.
    U. S. Courthouse
    400 N. Miami, Room 11-4
    Miami, Florida 33128-1810
    (305) 523-5537

```
 1  APPEARANCES:   (Continued)

 2  FOR THE DEFENDANT LUPIN:

 3                          ROBERT F. GREEN, ESQ.
                            Leydig, Voit & Mayer, Ltd.
 4                          Two Prudential Plaza, Suite 4900
                            180 North Stetson Avenue
 5                          Chicago, IL   60601-6731

 6                          DEEPRO R. MUKERJEE, ESQ.
                            POOPAK BANKY, ESQ.
 7                          Alston & Bird, LLP
                            90 Park Avenue
 8                          New York, NY   10016

 9  FOR THE DEFENDANT PFIZER:

10                          MARIA J. BEGURISTAIN, ESQ.
                            White & Case
11                          200 S. Biscayne Boulevard - Suite 4900
                            Miami, FL   33131-2352
12
                            AARON STIEFEL, ESQ.
13                          DANIEL P. DI NAPOLI, ESQ.
                            Kaye Scholer, LLP
14                          425 Park Avenue
                            New York, NY   10022-3598
15

16

17

18

19

20

21

22

23

24

25
```

1  you don't add anything.  You just mix them altogether.  It's dry
2  granulation.  You can make some pharmaceuticals that way.  It's
3  cheaper, it's a better way to make it from a cost standpoint if you
4  can do it.
5          Certain active ingredients don't lend themselves to a dry
6  granulation.  So there is something called a wet granulation.  And
7  in a wet granulation --
8          THE COURT:  They need to have some kind of a solvent to
9  make them active?
10         MR. BREISBLATT:  Well, not make them active, but to get the
11 molecules to stay together so-to-speak.
12         THE COURT:  To chemically bond?
13         MR. BREISBLATT:  I have to ask my Ph.D. Now you are beyond
14 my level of chemistry.
15         MR. MASAR:  No.  In a traditional, in a typical wet
16 granulation, the purpose of the wet granulation is for a physical
17 binding of the active ingredient with the excipients or the
18 adjuvants that Mr. Breisblatt was talking about.
19         MR. BREISBLATT:  The unactive ingredients would be a way to
20 look at it.
21         MR. MASAR:  We'll go with that, the inactive ingredients.
22         The idea is to mix those two with a solvent to form what is
23 called a granule -- that's why it's called granulation -- which
24 allows the processing, i.e. taking those ingredients and making them
25 into a tablet easier.  That's the whole purpose of a traditional wet

16

1  granulation.
2          MR. BREISBLATT:  And then what happens, Your Honor, in the
3  traditional wet granulation after you have added the solvent, you've
4  mixed the ingredients together, they almost immediately go to a
5  drying rack, the purpose being now that you have put a little water
6  in, you have them together, you dry them to get the moisture out of
7  there.
8          THE COURT:  Do you put them in a form so that --
9          MR. BREISBLATT:  No.  It's all just this now mass of mixed
10 ingredients and you are drying the mixed ingredients so that you can
11 then send them into the next step in your process.  And the goal is
12 to get the drying done --
13         THE COURT:  And in your process was there something about
14 your --
15         I need to find the patent again.
16         MR. BREISBLATT:  The purpose in our reaction in our process
17 is to allow -- before you throw the wet granulation, before you dry
18 it, you want to make sure the reaction goes all the way to the 80
19 percent, 90 percent, 95 percent marker.
20         THE COURT:  And how you control for the 80 percent, the 90
21 percent, the 95 percent.
22         MR. BREISBLATT:  You can do a lot of different things.  To
23 get to those percentages, that's a more difficult calculation.  But
24 what you are trying to do is you will let the reaction go to this
25 longer period of time to give you that much now quinipril magnesium