# EXHIBIT "T"

Analytical chemistry | Define Analytical chemistry at Dictionary.com                    http://dictionary.reference.com/browse/analytical+chemistry

Case 0:12-cv-60704-PAS   Document 76-6   Entered on FLSD Docket 01/14/2013   Page 2 of 2

**Related Searches**

Analytical chemistry...
Topics in analytical...
Analytical chemistry...
Analytical chemistry...
Encyclopedia of anal...
Definition of analyt...
Analytical chemistry...
Analytical chemistry...

**Nearby Words**

analytic-philos...
analytical
analytical bala...
**analytical chem...**
analytical crm
analytical cubi...
analytical engi...

## analytical chemistry

Ads
**Analytical Lab Services**
www.emersonresources.com/
Preformulation, Method Development, Validation and Product Testing

**X-ray diffraction protein**
www.agilent.com/
structure crystallography data. Experts in **analytical chemistry**.

### analytical chemistry
*noun*
the subdivision of chemistry dealing with the qualitative and quantitative determination of chemical components of substances.

*Origin:*
1875–80

**Relevant Questions**

How Is Analytical Chemis...          What Is Analytical Chemi...
How To Use Excel In Anal...         How To Calculate Standar...

**Word Dynamo Rating For Analytical chemistry**

People who can define **Analytical chemistry** may know **45,598** words, as many as a **12th grader.**
  How many words do you know?

| | Analytical chemistry is always a great word to know. So is callithumpian. Does it mean: | 00:05 |

○ a stew of meat, vegetables, potatoes, etc.

○ a children's mummer's parade, as on the Fourth of July, with prizes for the best costumes.

LEARN MORE UNUSUAL WORDS WITH WORD DYNAMO...

Remove ads like these. Upgrade now!

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2013.
Cite This Source  |  Link To **analytical chemistry**

|  |  |
|---|---|
| **Main Entry:** | analytical chemistry |
| **Part of Speech:** | n |
| **Definition:** | the branch of chemistry involved with quantitative and qualitative identification of elements of compounds; also called constitutional chemistry |
| **Example:** | Acid-base indicator tests is an example of analytical chemistry carried out by secondary students. |

*Dictionary.com's 21st Century Lexicon*

Dictionary.com's 21st Century Lexicon
Copyright © 2003-2013 Dictionary.com, LLC
Cite This Source



