# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>        Defendant.<br>_____/ | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br>        Defendants.<br>_____/ | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>        Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>        Defendants.<br>_____/ | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |

### PLAINTIFFS' BRIEF IN RESPONSE TO
### DEFENDANTS' JOINT CLAIM CONSTRUCTION BRIEF (D.E. 62)

Plaintiffs Apotex Inc. and Apotex Corp. hereby give notice of filing of their Plaintiffs'

Brief In Response To Defendants' Joint Claim Construction Brief (D.E. 62) attached hereto.

Dated: September 20, 2012								Respectfully submitted,

  /s/ Robert B. Breisblatt
MATTHEW S. NELLES
Fla. Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
Attorneys for Plaintiffs
One Financial Plaza
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

**KATTEN MUCHIN ROSENMAN LLP**
Robert B. Breisblatt
Fla. Bar No. 145928
robert.breisblatt@kattenlaw.com
Eric C. Cohen (admitted pro hac vice)
Brian J. Sodikoff (admitted pro hac vice)
Martin S. Masar III (admitted pro hac vice)
Suresh B. Pillai (admitted pro hac vice)
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5480
eric.cohen@kattenlaw.com
brian.sodikoff@kattenlaw.com
martin.masar@kattenlaw.com
suresh.pillai@kattenlaw.com

Christopher B. Ferenc (admitted pro hac vice)
2900 K Street NW
North Tower - Suite 200
Washington, DC 20007-5118
Telephone: (202) 625-3500
christopher.ferenc@kattenlaw.com

*Attorneys for Plaintiffs Apotex Corp. and Apotex Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  January 14, 2013                         /s/ Christopher B. Ferenc

## SERVICE LIST

### CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

Maria J. Beguiristain
mbeguiristain@whitecase.com
WHITE & CASE LLP
Southeast Regional Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida  33131
Telephone:  (305) 371-2700
Facsimile:   (305) 358-5744

Aaron Stiefel (*pro hac vice*)
astiefel@kayscholer.com
Daniel P. DiNapoli (*pro hac vice*)
ddinapoli@kayscholer.com
Soumitra Deka (*pro hac vice*)
sdeka@kayscholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

*Attorneys for Defendants Pfizer Inc. and Greenstone LLC*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:  (305) 373-3232
Facsimile:   (305) 373-3233

Robert F. Green (*pro hac vice*)
rgreen@leydig.com
Christopher T. Griffith (*pro hac vice*)
cgriffith@leydig.com
Brett A. Hesterberg (*pro hac vice*)
bhesterberg@leydig.com
Peter H. Domer (*pro hac vice*)
pdomer@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, Illinois  60601-6731
Telephone:  (312) 616-5600
Facsimile:   (312) 616-5700

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida  33131
Telephone:  (305) 373-3232
Facsimile:   (305) 373-3233

Thomas J. Parker (*pro hac vice*)
thomas.parker@alston.com
Deepro R. Mukerjee (*pro hac vice*)
deepro.mukerjee@alston.com
Poopak Banky (*pro hac vice*)
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, New York  10016-1387
Telephone:  212-210-9400
Facsimile:   212-210-9444

*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*