IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------------------x
APOTEX, INC. and APOTEX CORP.,  :
                                :
           Plaintiffs,          :
                                :
     v.                         :   CASE NO. 12-60704-CIV-
                                :   SEITZ/SIMONTON
MYLAN PHARMACEUTICALS INC.,     :
                                :
           Defendant.           :
------------------------------------x
APOTEX, INC. and APOTEX CORP.,  :
                                :
           Plaintiffs,          :
                                :
     v.                         :   CASE NO. 12-60705-CIV-
                                :   SEITZ/SIMONTON
PFIZER INC., and GREENSTONE LLC,:
                                :
           Defendants.          :
------------------------------------x
APOTEX, INC. and APOTEX CORP.,  :
                                :
           Plaintiffs,          :
                                :
     v.                         :   CASE NO. 12-60708-CIV-
                                :   SEITZ/SIMONTON
LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., :
                                :
           Defendants.          :
------------------------------------x

**ORDER GRANTING UNOPPOSED MOTION**
**FOR PERMISSION TO FILE DOCUMENT UNDER SEAL**

THIS MATTER came before the Court upon Pfizer Inc. and Greenstone LLC's Unopposed Motion for Permission To File Document Under Seal (D.E. 79). Upon consideration, it is

ORDERED THAT the Unopposed Motion for Permission To File Document Under Seal is GRANTED. Exhibit O to Defendants' Joint Responsive Claim Construction Brief shall remain sealed until the conclusion of any direct appeal, at which time the Clerk shall return Exhibit O to the filing party.

DONE AND ORDERED in Miami, Florida, this 16th day of January, 2013.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

\_ SEALED
✓ NOT SEALED