IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br><br>                  Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>                  Defendant. | NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br><br>                  Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br><br>                  Defendants. | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br><br>                  Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br><br>                  Defendants. | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |

MEDIATION REPORT

    The undersigned Mediator was designated by the parties pursuant to this Court's Order of Referral to Mediation, and conducted the mediation as set forth herein. This report is submitted pursuant to the Order of Referral.

    Counsel for the parties submitted to the Mediator the complaints and answers in all three of the above consolidated actions, the briefs in support and in opposition to Mylan's Motion to dismiss, the opening claim construction briefs, the '486 patent in suit and the '450 patent claimed as prior art. Counsel for Apotex Inc., and Apotex Corp. (hereinafter "Apotex"); for Pfizer, Inc., and Greenstone LLC (hereinafter "Pfizer"); for Mylan Pharmaceuticals Inc. (hereinafter

"Mylan"); and for Lupin Pharmaceuticals Inc. and Lupin Ltd. ( hereinafter "Lupin") each submitted substantial confidential mediation statements summarizing the case and identifying the issues to be resolved. The Mediator teleconferenced at length with all counsel as a group on January 9, and with each party's counsel separately on January 11, 2013.

The Mediator conducted an in person mediation at the offices of plaintiff's counsel, Katten Muchin Rosenmann LLP, 575 Madison Avenue, New York, NY on January 15, 2013. As requested, present for all parties were trial counsel, in house counsel and client representitives with authority to compromise and settle the matter if they could come to an agreement. All parties were fully prepared and worked diligently and in good faith to resolve the matter. However, after lengthy discussion and negotiation over many hours, it became apparent that the matter could not be resolved on that day. This complex patent case is still in its preliminary stages, and these experienced parties, represented by outstanding counsel, have completely opposing views on infringement, on validity and on damages. They await claim construction, fact and expert discovery to inform and support their positions, and to provide greater clarity in future negotiations.

Therefore, while the parties are not able to reach agreement at this time, the Mediator does not declare an impasse, but rather continues the mediation until claim construction, fact and expert discovery and possible motion practice provide the basis for further discussion. Counsel will notify the Mediator when one or more of the parties wish to resume mediation. Mediation may also be conducted with Apotex and individual defendants as well as, or instead of, mediation with the defendants as a group. The Mediator thanks all counsel for their hard work and diligence. I am optimistic that this matter can be successfully resolved once it has progressed somewhat further.

Respectfully submitted,

Hon. Garrett E. Brown, Jr. (Ret.), Mediator
JAMS, 620 Eighth Avenue, New York,
Tel. 973-715-8993; Email: gbrown@jamsadr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of January 2013, upon request of the mediator, Hon. Garrett E. Brown, Jr., I electronically filed the foregoing Mediation Report with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Matthew S. Nelles
    Matthew S. Nelles

## SERVICE LIST

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (*pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (*pro hac vice*)
martin.masar@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

Christopher B. Ferenc (pro hac vice)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower - Suite 200
Washington, D.C. 20007-5118
Telephone: (202) 625-3500

*Attorneys for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 373-3232
Facsimile:  (305) 373-3233

Thomas J. Parker (*pro hac vice*)
thomas.parker@alston.com
Deepro R. Mukerjee (*pro hac vice*)
deepro.mukerjee@alston.com
Poopak Banky (*pro hac vice*)
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*

- 2 -

| | |
|---|---|
| Maria J. Beguiristain<br>mbeguiristain@whitecase.com<br>WHITE & CASE LLP<br>Southeast Regional Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br><br>Aaron Stiefel (*pro hac vice*)<br>astiefel@kayscholer.com<br>Daniel P. DiNapoli (*pro hac vice*)<br>ddinapoli@kayscholer.com<br>Soumitra Deka (*pro hac vice*)<br>sdeka@kayscholer.com<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 836-8000<br>Facsimile:  (212) 836-8689<br><br>*Attorneys for Defendants*<br>*Pfizer Inc. and Greenstone LLC* | Eric D. Isicoff<br>Isicoff@irlaw.com<br>Susan Warner<br>Warner@irlaw.com<br>Teresa Ragatz<br>Ragatz@irlaw.com<br>ISICOFF, RAGATZ & KOENIGSBERG<br>1200 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 373-3232<br>Facsimile:  (305) 373-3233<br><br>Robert F. Green (*pro hac vice*)<br>rgreen@leydig.com<br>Christopher T. Griffith (*pro hac vice*)<br>cgriffith@leydig.com<br>Brett A. Hesterberg (*pro hac vice*)<br>bhesterberg@leydig.com<br>Peter H. Domer (*pro hac vice*)<br>pdomer@leydig.com<br>Emer L. Simic (*pro hac vice*)<br>esimic@leydig.com<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, Illinois 60601-6731<br>Telephone: (312) 616-5600<br>Facsimile:  (312) 616-5700<br><br>*Attorneys for Defendants Lupin Ltd. and*<br>*Lupin Pharmaceuticals, Inc.* |

4811-6011-0354.1
44696/0004