UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704 (CONSOLIDATED)

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

MYLAN PHARMACEUTICALS, INC.,

    Defendant.

_____/

Case No. 12-60704–CIV–SEITZ/SIMONTON

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

PFIZER, INC., et al.,

    Defendants.

_____/

Case No. 12-60705–CIV–SEITZ/SIMONTON

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.

_____/

Case No. 12-60708–CIV–SEITZ/SIMONTON

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, and pursuant to Section 2B of the CM/ECF Administrative Procedures, Plaintiffs, Apotex, Inc., and Apotex Corp., through undersigned counsel, respectfully move for the admission *pro hac vice* of Julia L. Kasper of the law firm Katten Muchin Rosenman, LLP, to appear and practice before

this court *pro hac vice* as co-counsel on their behalf, and to permit Julia L. Kasper to receive electronic filings in this case, and in support thereof states as follows:

1. Julia L. Kasper is not admitted to practice in the Southern District of Florida.

2. Julia L. Kasper is an attorney residing and practicing in Illinois with the firm Katten Muchin Rosenman, LLP, 525 W. Monroe Street, Chicago, Illinois 60661, telephone number (312) 902-5200, facsimile number (312) 902-1061. Julia L. Kasper is a member in good standing of the Illinois Bar and the United States District Court for the Northern District of Illinois.

3. Plaintiffs' local counsel, Matthew S. Nelles of the law firm of Broad and Cassel, 100 S.E. 3rd Avenue, Suite 2700, Fort Lauderdale, Florida 33394, telephone number (954) 764-7060, facsimile number (954) 761-8135, is a member in good standing of the Florida Bar and of this Court, maintains offices in Florida, including in this judicial district, for the practice of law, and is authorized to file through the Court's electronic filing system.

4. Mathew S. Nelles consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

5. In accordance with the local rules of this Court, Julia L. Kasper, or someone on her behalf, has submitted payment of this Court's $75.00 admission fee contemporaneously with the filing herewith.

6. Julia L. Kasper has completed a certification in accordance with Rule 4(b), which is attached hereto as Exhibit A.

7.      Julia L. Kasper, by and through designed counsel and pursuant to Section 2B, CM/ECF Administrative Procedures, requests that the Court provide Notices of Electronic Filing to her at: julia.kasper@ kattenlaw.com

WHEREFORE, Plaintiffs, Apotex, Inc., and Apotex Corp., by and through undersigned counsel, respectfully request this Court enter an Order permitting Julia L. Kasper to appear before this Court on their behalf for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filing to Julia L. Kasper.

Respectfully submitted,

Matthew S. Nelles
Florida Bar No. 009245
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
100 SE Third Avenue
Fort Lauderdale, Florida  33394
Email:  mnelles@broadandcassel.com
Telephone:  (954) 764-7060
Facsimile:  (954) 761-8135

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
Martin S. Masar III (pro hac vice)
martin.masar@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorney for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 25th day of January 2013, the original of the foregoing was conventionally filed with the Clerk of Court pursuant to CM/ECF Administrative Procedures, Section 5J. The foregoing document is also being served this day on all counsel on the Service List below via email.

By: _/s/ Matthew S. Nelles_
Matthew S. Nelles
Florida Bar No.: 009245

## SERVICE LIST

Case No. 12-CV-60704-PAS (Consolidated)

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: 305-373-3232
Facsimile: 305-373-3233

Thomas J. Parker (pro hac vice)
thomas.parker@alston.com
Deepro R. Mukerjee (pro hac vice)
deepro.mukerjee@alston.com
Poopak Banky (pro hac vice)
paki.banky@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: 212-210-9400
Facsimile: 212-210-9444

*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
Teresa Ragatz
Ragatz@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: 305- 373-3232
Facsimile: 305-373-3233

Robert F. Green (pro hac vice)
rgreen@leydig.com
Christopher T. Griffith (pro hac vice)
cgriffith@leydig.com
Brett A. Hesterberg (pro hac vice)
bhesterberg@leydig.com
Peter H. Domer (pro hac vice)
pdomer@leydig.com
Emer L. Simic (pro hac vice)
esimic@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, Illinois 6 0601-6731
Telephone: 312-616-5600
Facsimile: 312-616-5700

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Maria J. Beguiristain
WHITE & CASE LLP
Southeast Regional Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: 305-371-2700
Facsimile:  305-358-5744
mbeguiristain@whitecase.com

Aaron Stiefel (pro hac vice)
Daniel P. DiNapoli (pro hac vice)
Soumitra Deka (pro hac vice)
Matthew Sklar (pro hac vice)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: 212-836-8000
Facsimile:  212-836-8689

*Attorneys for Defendants Pfizer Inc. and Greenstone LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704 (CONSOLIDATED)

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                                Case No. 12-60704–CIV–SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,

    Defendant.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                                Case No. 12-60705–CIV–SEITZ/SIMONTON

PFIZER, INC., et al.,

    Defendants.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                                Case No. 12-60708–CIV–SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.
_____/

## CERTIFICATION OF JULIA L. KASPER, ESQ.

Julia L. Kasper, Esq., pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois Bar and the United States District Court for the Northern District of Illinois.

Dated: 1/23/13

                                                                         Julia L. Kasper
                                                                         Illinois Bar No.: 6309387

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704 (CONSOLIDATED)

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                       Case No. 12-60704–CIV–SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,

    Defendant.

_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                         Case No. 12-60705–CIV–SEITZ/SIMONTON

PFIZER, INC., et al.,

    Defendants.

_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                         Case No. 12-60708–CIV–SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on Plaintiffs' Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and

- 2 -

Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Julia L. Kasper may appear and participate in this action on behalf of Plaintiffs, Apotex, Inc., and Apotex Corp. The Clerk shall provide electronic notification of all electronic filings to Julia L. Kasper at:

julia.kasper@kattenlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_\_ day of January 2013.

_____
HONORABLE PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record