UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704 (CONSOLIDATED)

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                            Case No. 12-60704–CIV–SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,

    Defendant.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                            Case No. 12-60705–CIV–SEITZ/SIMONTON

PFIZER, INC., et al.,

    Defendants.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                            Case No. 12-60708–CIV–SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE CORRECTED BRIEF
IN RESPONSE TO DEFENDANTS' JOINT CLAIM CONSTRUCTION BRIEF**

      Plaintiffs, APOTEX, INC. and APOTEX CORP., respectfully move to substitute the attached Corrected Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief in place and stead of the Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief filed on January 14, 2013 [DE 77-1], and as grounds therefore state:

      1.    A CM/ECF uploading error caused Plaintiffs to file an incorrect version of Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief. Plaintiffs request

that the Court allow them to substitute the correct version for the one currently on file. A copy of Corrected Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief is attached hereto.

2. There are two substantive differences between the version filed on January 14, 2013 and the attached corrected version. First, the argument that appeared in Section V of the January 14, 2013, brief was moved to its appropriate place in Section IV, replacing the text that was in that section in its entirety. Second, the correct argument for Section V was added. All other changes were minor typographical changes or corrections of citations.

3. Counsel for Plaintiffs has conferred with counsel for the Defendants regarding this motion, including circulation of a redlined comparison of the two versions of the brief. Counsel for Defendants do not oppose this motion.

WHEREFORE, Plaintiffs move to substitute the attached Corrected Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief (D.E. 62) in place and stead of the original version filed on January 14, 2013 as D.E. 77-1, as set forth above.

Respectfully submitted,

 /s/  Matthew S. Nelles
Matthew S. Nelles
Florida Bar No. 009245
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
100 SE Third Avenue
Fort Lauderdale, Florida  33394
Email:  mnelles@broadandcassel.com
Telephone:  (954) 764-7060
Facsimile:  (954) 761-8135

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
Martin S. Masar III (pro hac vice)
martin.masar@kattenlaw.com

>525 W. Monroe Street
>Chicago, Illinois 60607
>Telephone: (312) 902-5200
>Facsimile: (312)-902-1061
>
>*Attorney for Plaintiffs*
>*Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of January 2013, I electronically filed the foregoing Motion to Substitute Corrected Plaintiffs' Brief in Response to Defendants' Joint Claim Construction Brief with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>  /s/ Matthew S. Nelles
>Matthew S. Nelles

## SERVICE LIST
**Case No.** 12-CV-60704-PAS (Consolidated)

| | |
|---|---|
| Eric D. Isicoff | Maria J. Beguiristain |
| Isicoff@irlaw.com | WHITE & CASE LLP |
| Susan Warner | Southeast Regional Financial Center |
| Warner@irlaw.com | 200 S. Biscayne Boulevard, Suite 4900 |
| ISICOFF, RAGATZ & KOENIGSBERG | Miami, FL 33131 |
| 1200 Brickell Avenue, Suite 1900 | Telephone: 305-371-2700 |
| Miami, Florida 33131 | Facsimile: 305-358-5744 |
| Telephone: 305-373-3232 | mbeguiristain@whitecase.com |
| Facsimile: 305-373-3233 | |
| | Aaron Stiefel (pro hac vice) |
| Thomas J. Parker (pro hac vice) | Daniel P. DiNapoli (pro hac vice) |
| thomas.parker@alston.com | Soumitra Deka (pro hac vice) |
| Deepro R. Mukerjee (pro hac vice) | Matthew Sklar (pro hac vice) |
| deepro.mukerjee@alston.com | KAYE SCHOLER LLP |
| Poopak Banky (pro hac vice) | 425 Park Avenue |
| paki.banky@alston.com | New York, NY 10022 |
| ALSTON & BIRD LLP | Telephone: 212-836-8000 |
| 90 Park Avenue | Facsimile: 212-836-8689 |
| New York, New York 10016-1387 | |
| Telephone: 212-210-9400 | *Attorneys for Defendants Pfizer Inc. and* |
| Facsimile: 212-210-9444 | *Greenstone LLC* |
| | |
| *Attorneys for Defendant Mylan* | |
| *Pharmaceuticals, Inc.* | |

Eric D. Isicoff
Isicoff@irlaw.com
Susan Warner
Warner@irlaw.com
Teresa Ragatz
Ragatz@irlaw.com
ISICOFF, RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: 305- 373-3232
Facsimile: 305-373-3233

Robert F. Green (pro hac vice)
rgreen@leydig.com
Christopher T. Griffith (pro hac vice)
cgriffith@leydig.com
Brett A. Hesterberg (pro hac vice)
bhesterberg@leydig.com
Peter H. Domer (pro hac vice)
pdomer@leydig.com
Emer L. Simic (pro hac vice)
esimic@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, Illinois 6 0601-6731
Telephone: 312-616-5600
Facsimile: 312-616-5700

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

4818-2183-0162.1
44696/0004