**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 12-60704 (CONSOLIDATED)**

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                Case No. 12-60704–CIV–SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,

    Defendant.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                Case No. 12-60705–CIV–SEITZ/SIMONTON

PFIZER, INC., et al.,

    Defendants.
_____/

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.                                                Case No. 12-60708–CIV–SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO SUBSTITUTE CORRECTED BRIEF**
**IN RESPONSE TO DEFENDANTS' CLAIM CONSTRUCTION BRIEF**

THIS CAUSE having come before the Court on Plaintiffs' Unopposed Motion to Substitute Corrected Brief in Response to Defendants' Joint Claim Construction Brief [D.E. ___]. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. The Clerk is instructed to substitute the Corrected Brief attached to Plaintiffs' Motion in place of the originally filed brief (D.E. 77-1).

- 2 -

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2013.

                                          HONORABLE PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record