**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**APOTEX, INC. and APOTEX CORP.,**

        **Plaintiffs,**　　　　　　　　　　Case No. 0:12-cv-60704-PAS
　　　　　　　　　　　　　　　　　　　　　　　　　　(Consolidated)

**v.**

**MYLAN PHARMACEUTICALS INC., et al.**

        **Defendants.**
_____/

**ORDER GRANTING DEFENDANT, MYLAN PHARMACEUTICALS, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER is before the Court upon on Defendant, Mylan Pharmaceuticals, Inc.'s Unopposed Motion for Extension of Time. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

ORDERED AND ADJUDGED that said motion is hereby **GRANTED**. Defendant, Mylan Pharmaceuticals, Inc. shall submit its response to Plaintiffs' Motion to Compel Discovery [D.E. 88] by February 18, 2013. Plaintiffs shall submit their reply by February 26, 2013.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February, 2013.

                                                      *Andrea M. Simonton*
                                                      ANDREA M. SIMONTON
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Patricia A. Seitz,
      United States District Judge
All Counsel of Record