IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | | |
|---|---|---|
| APOTEX, INC. and APOTEX CORP., | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO. 12-60704-CIV-SEITZ/SIMONTON |
| MYLAN PHARMACEUTICALS INC., | : | |
| Defendant. | : | |
| APOTEX, INC. and APOTEX CORP., | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO. 12-60705-CIV-SEITZ/SIMONTON |
| PFIZER INC., and GREENSTONE LLC, | : | |
| Defendants. | : | |
| APOTEX, INC. and APOTEX CORP., | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO. 12-60708-CIV-SEITZ/SIMONTON |
| LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., | : | |
| Defendants. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring on for hearing before the Honorable Magistrate Judge Andrea M. Simonton the discovery matters described below at the following place and time:

61115525_2.DOCX

|  |  |
|---|---|
| **PLACE:** | United States Courthouse<br>301 North Miami Avenue<br>8th Floor Courtroom<br>Miami, Florida  33128 |
| **DATE:** | Friday, March 1, 2013 |
| **TIME:** | 10:00 a.m. |

### Dispute 1

Plaintiffs Apotex, Inc. and Apotex Corp. (collectively "Apotex") and defendants Pfizer Inc. and Greenstone LLC (collectively "Pfizer") dispute whether Pfizer is entitled to all documents concerning comparisons of the inventions claimed in the patent-in-suit, U.S. Patent No. 6,531,486 ("Apotex's '486 patent"), or its foreign counterparts with (1) the disclosures of the prior art U.S. Patent No. 4,743,450 ("Pfizer's '450 patent") or (2) foreign counterparts of Pfizer's '450 patent.

- Pfizer's Request for Production No. 6 (as narrowed by Pfizer).

### Dispute 2

The parties dispute whether Pfizer is entitled to all documents concerning the submission of or the decision not to submit prior art or other information to any foreign patent office during the prosecution of any foreign counterpart of Apotex's '486 patent.

- An aspect of Pfizer's Request for Production No. 10.

### Dispute 3

The parties dispute whether Pfizer is entitled to all documents submitted to the Food and Drug Administration or any regulatory agency concerning the role and/or the state of magnesium in any quinapril products.  (The claims of Apotex's '486 patent are directed to making "quinapril magnesium" by reacting quinapril (an ACE inhibitor) with alkaline magnesium compounds).

- Pfizer's Request for Production Nos. 22 and 23 (as narrowed by Pfizer).

### **Dispute 4**

The parties dispute whether Pfizer is entitled to all testimony, declarations or affidavits given or submitted by inventor Bernard C. Sherman, the inventor named on the patent-in-suit in connection with any litigation or proceeding concerning (1) U.S. Patent No. 6,767,556, an analog of the '486 patent which, in language largely identical to the '486 patent claims reacting moexepril (another ACE inhibitor) with an alkaline magnesium compound to form "moexepril magnesium" or (2) any foreign counterpart of U.S. Patent No. 6,767,556.

- Pfizer's Request for Production No. 51.

I hereby certify that the parties have complied with the pre-filing conference requirements of Southern District of Florida Local Rule 7.1(a)(3).

Dated:  February 12, 2013

/s/ Maria J. Beguiristain
Maria J. Beguiristain
Florida Bar No. 69851
**WHITE & CASE LLP**
Southeast Regional Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

Aaron Stiefel (*pro hac vice*)
Daniel P. DiNapoli (*pro hac vice*)
Soumitra Deka (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY  10022
Telephone (212) 836-8000
Facsimile:  (212) 836-8689

*Attorneys for Defendants Pfizer Inc. and Greenstone LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of February, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: /s/ Maria J. Beguiristain
Maria J. Beguiristain

## SERVICE LIST

*Counsel for Plaintiffs Apotex, Inc. and Apotex Corp.*

| | |
|---|---|
| Matthew S. Nelles | Robert B. Breisblatt |
| Fla. Bar. No. 009245 | robert.breisblatt@kattenlaw.com |
| mnelles@broadandcassel.com | Martin S. Masar III |
| BROAD AND CASSEL LLP | martin.masar@kattenlaw.com |
| 1 Financial Plaza | Dennis C. Lee |
| 100 S. E. 3rd Avenue | dennis.lee@kattenlaw.com |
| Suite 2700 | Suresh B. Pillai |
| Ft. Lauderdale, FL 33394 | suresh.pillai@kattenlaw.com |
| Telephone: (954) 764–7060 | KATTEN MUCHIN ROSENMAN LLP |
| Facsimile: (954) 761–8135 | 525 W. Monroe Street |
| | Chicago IL 60607 |
| | Telephone: (312) 902-5200 |
| | Facsimile: (312) 902-1061 |

| *Counsel for Mylan Pharmaceuticals Inc.* | *Counsel for Lupin Pharmaceuticals, Inc.* |
|---|---|
| Deepro R. Mukerjee<br>deepro.mukerjee@alston.com<br>Paki Banky<br>paki.banky@alston.com<br>ALSTON & BIRD LLP<br>90 Park Avenue, 12th floor<br>New York, New York  10016<br>Telephone:  (212) 210-9400 | Robert F. Green<br>rgreen@leydig.com<br>Brett A. Hesterberg<br>bhesterberg@leydig.com<br>Christopher T. Griffith<br>cgriffith@leydig.com<br>Peter H. Domer<br>pdomer@leydig.com<br>LEYDIG, VOIT & MAYER<br>Two Prudential Plaza, Suite 4900<br>Chicago, Illinois 60601-6731<br>Telephone: (312) 616-5600 |