UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

APOTEX, INC. and APOTEX CORP.,
        Plaintiffs,
v.

MYLAN PHARMACEUTICALS INC.,
        Defendant.
_____/

CASE NO. 12-60704-CIV
SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,
        Plaintiffs,
v.

PFIZER INC., and GREENSTONE LLC,
        Defendants.
_____/

CASE NO. 12-60705-CIV
SEITZ/SIMONTON

APOTEX, INC. and APOTEX CORP.,
        Plaintiffs,
v.

LUPIN PHARMACEUTICALS, INC. and
LUPIN LTD.,
        Defendants.
_____/

CASE NO. 12-60708-CIV
SEITZ/SIMONTON

## ORDER GRANTING MOTION TO AMEND ORDER SETTING TRIAL DATE, PRETRIAL DEADLINES AND REFERRAL TO MAGISTRATE

This matter is before the Court on the parties' Joint Motion to Amend Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate [DE-96]. Upon consideration, it is

ORDERED that the parties' Joint Motion to Amend Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate [DE-96] is GRANTED in part:

1. **Trial Date and Calendar Call**. This case is reset for jury trial on the Court's two-week trial period commencing **August 11, 2014**,[1] before the undersigned United States District Judge. Calendar Call shall be held on **August 6, 2014**, at **1:15 p.m**. The case shall be assigned to the standard case management track.

2. **Pre-Markman Hearing**. A Pre-Markman hearing conference and tutorial will be held on **June 27, 2013 at 9:00 a.m**. The Pre-Markman hearing set for February 21, 2013 is CANCELED.

3. **Pretrial Conference**. A Pretrial Conference will be held on **July 17, 2014**,[1] at **9:00 a.m.**

4. **Markman Hearing**. A Markman hearing will be held on **June 28, 2013 at 9:00 a.m**. The Markman hearing set for March 8, 2013 is CANCELED.

5. **Pretrial Deadlines**. The remaining pretrial deadlines shall be as follows:

| | |
|---|---|
| September 6, 2013 | Deadline for amendment of pleadings and joinder of parties. |
| October 4, 2013 | All fact discovery must be completed. |
| October 18, 2013 | Expert reports due. |
| November 15, 2013 | Responsive expert reports due. |
| December 10, 2013 | Reply expert reports due. |
| December 17, 2013 | Deadline for Rule 26(a)(3)(A) disclosures. |
| January 28, 2014 | All discovery must be completed. |
| March 17, 2014 | All summary judgment and Daubert motions must be filed. Counsel shall submit courtesy copies of all briefs and exhibits. |
| April 25, 2014 | Deadline for filing joint status report regarding consolidating cases for trial. |

---

[1] The Trial and Pretrial Conference dates are tentative and may be revised depending on how many of these cases actually go to trial.

2

| | |
|---|---|
| May 30, 2014 | Parties shall meet regarding joint pretrial stipulation. |
| July 1, 2014 | (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The witness and exhibit lists shall contain information required by Fed. R. Civ. P. 26(a); |
| | (b) Joint proposed jury instructions and verdict form must be filed outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable; and |
| | (c) Motions in Limine and Responses must be filed. **Before any motions are filed, the parties shall consult with each other to see if the issues can be resolved without Court involvement.** The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence. |

DONE AND ORDERED in Miami, Florida, this __14th__ day of February, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: The Honorable Andrea M. Simonton
Counsel of Record

3