IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | CASE NO. 12-60704-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., and GREENSTONE LLC, <br><br> Defendants. | CASE NO. 12-60705-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br><br> Defendants. | CASE NO. 12-60708-CIV-SEITZ/SIMONTON |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring on for hearing before the Honorable Magistrate Judge Andrea M. Simonton the discovery matters described below at the following place and time:

61115525_2.DOCX

| | |
|---|---|
| **PLACE:** | United States Courthouse<br>301 North Miami Avenue<br>8th Floor Courtroom<br>Miami, Florida  33128 |
| **DATE:** | Friday, March 15, 2013 |
| **TIME:** | 10:00 a.m. |

## Dispute 1

The parties dispute whether Pfizer is entitled to all documents submitted to any regulatory agency (other than the FDA, as Apotex has already agreed to produce such documents) concerning the presence, role and/or the state of quinapril magnesium in any quinapril products.

- Pfizer's Request for Production Nos. 22 and 23 (as narrowed by Pfizer).

## Dispute 2

The parties dispute whether Pfizer is entitled to all testimony, declarations or affidavits given or submitted by inventor Bernard C. Sherman, the inventor named on the patent-in-suit (U.S. Patent No. 6,531,486), in connection with any litigation or proceeding concerning (1) U.S. Patent No. 6,767,556, which, in language largely identical to the patent-in-suit, claims the process of reacting moexipril (which, like quinapril, is an ACE inhibitor) with an alkaline magnesium compound to form "moexipril magnesium" or (2) any foreign counterpart of U.S. Patent No. 6,767,556.

- Pfizer's Request for Production No. 51.

I certify that the parties have complied with the pre-filing conference requirements of Southern District of Florida Local Rule 7.1(a)(3).

Dated:  February 15, 2013

/s/ Maria J. Beguiristain
Maria J. Beguiristain
Florida Bar No. 69851
**WHITE & CASE LLP**
Southeast Regional Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

Aaron Stiefel (*pro hac vice*)
Daniel P. DiNapoli (*pro hac vice*)
Soumitra Deka (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY  10022
Telephone (212) 836-8000
Facsimile:  (212) 836-8689

*Attorneys for Defendants Pfizer Inc.  and Greenstone LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   /s/ Maria J. Beguiristain
       Maria J. Beguiristain

## SERVICE LIST

*Counsel for Plaintiffs Apotex, Inc. and Apotex Corp.*

| | |
|---|---|
| Matthew S. Nelles | Robert B. Breisblatt |
| Fla. Bar. No. 009245 | robert.breisblatt@kattenlaw.com |
| mnelles@broadandcassel.com | Martin S. Masar III |
| BROAD AND CASSEL LLP | martin.masar@kattenlaw.com |
| 1 Financial Plaza | Dennis C. Lee |
| 100 S. E. 3rd Avenue | dennis.lee@kattenlaw.com |
| Suite 2700 | Suresh B. Pillai |
| Ft. Lauderdale, FL 33394 | suresh.pillai@kattenlaw.com |
| Telephone: (954) 764–7060 | KATTEN MUCHIN ROSENMAN LLP |
| Facsimile: (954) 761–8135 | 525 W. Monroe Street |
| | Chicago IL 60607 |
| | Telephone: (312) 902-5200 |
| | Facsimile: (312) 902-1061 |

| *Counsel for Mylan Pharmaceuticals Inc.* | *Counsel for Lupin Pharmaceuticals, Inc.* |
|---|---|
| Deepro R. Mukerjee<br>deepro.mukerjee@alston.com<br>Paki Banky<br>paki.banky@alston.com<br>ALSTON & BIRD LLP<br>90 Park Avenue, 12th floor<br>New York, New York  10016<br>Telephone:  (212) 210-9400 | Robert F. Green<br>rgreen@leydig.com<br>Brett A. Hesterberg<br>bhesterberg@leydig.com<br>Christopher T. Griffith<br>cgriffith@leydig.com<br>Peter H. Domer<br>pdomer@leydig.com<br>LEYDIG, VOIT & MAYER<br>Two Prudential Plaza, Suite 4900<br>Chicago, Illinois 60601-6731<br>Telephone: (312) 616-5600 |