UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APOTEX, INC., *et al.*,

        Plaintiff,

                CASE NO. 12-60704-CIV-SEITZ/SIMONTON

vs.

MYLAN PHARMACEUTICALS, INC.,

        Defendant.
_____/

APOTEX, INC., *et al.*,

        Plaintiff,

vs.                CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,

        Defendants.
_____/

APOTEX, INC., *et al.*,

        Plaintiff,

vs.                CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,

        Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-103]. Upon

consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE-103] for Sylvia Becker of Kaye Scholer LLP, 901 Fifteenth Street, NW, Washington, DC 20005, is GRANTED. Sylvia Becker shall be permitted to appear *pro hac vice* on behalf of Defendants Pfizer, Inc. and Greenstone LLC. solely for purposes of this case;

(2) During the course of this case, Sylvia Becker shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of her *pro hac vice* admission;

(3) Maria Beguiristain, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Defendants Pfizer, Inc. and Greenstone LLC with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Sylvia Becker to electronically receive notices of electronic filings ("NEF") at: sylvia.becker@kayescholer.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE and ORDERED in Miami, Florida, this 18th day of March, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record