CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 12-60704, 13-60601   Date 5/13/13
Clerk Cynthia Bulan   Reporter David Ehrlich
In-Court Time 1hr 25min

Pl. Atty. Joshua Martin, Craig Kuchii, Martin Masar

Def. Atty. Susan Warner, Deepro Mukherjee, Poopak Banky, Maria Beguiristain, Sylvia Becker, Susan Warner, Robert Green, Janet Munn, Frederick Rein, Brian Prew

Style: Apotex v Mylan
Apotex v Teva, Apotex v Pfizer, Apotex v Lupin

Reason for Hearing Status Conference/Scheduling

Results of Hearing revised trial order to follow; Teva case will be consolidated for pre-trial purposes

Misc.