**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>　　　　Defendant.<br>_____/ | CASE NO. 12-60704-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiffs,<br>v.<br>PFIZER INC., and GREENSTONE LLC,<br>　　　　Defendants.<br>_____/ | CASE NO. 12-60705-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiffs,<br>v.<br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br>　　　　Defendants.<br>_____/ | CASE NO. 12-60708-CIV-SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　Plaintiffs,<br>v.<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., et. al.,<br>　　　　Defendants.<br>_____/ | CASE NO. 13-60601-CIV-SEITZ/SIMONTON |

**PLAINTIFFS' NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs' Unopposed Motion to File Un-redacted Complaint against Defendants, Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively referred to as the "Teva Defendants"), under Seal (the "Motion") and the Un-

1

redacted version of the Complaint against the Teva Defendants, originally filed in redacted version in Case No.:  13-60601-CIV-SEITZ/SIMONTON, is being filed conventionally for the following reasons:

- Pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida and Section 5A of the CM/ECF Administrative Procedures, the Clerk of Court seals Motions to File under Seal, unless such motions are unsealed by Order of the Court.

- Pursuant to the Protective Order [D.E. 92] entered in the consolidated case, as the Un-redacted Complaint contains information designated by the Teva Defendants as HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.

The Motion to File under Seal and Un-redacted Complaint against the Teva Defendants were only served on the Teva Defendants due to the Highly-Confidential designation of information contained in the Un-redacted Complaint.

Dated: May 16, 2013                         Respectfully submitted,

By:    /s/ Joshua D. Martin
Joshua D. Martin, Esq.
Florida Bar No.:  028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0013

Craig M. Kuchii, Esq. (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Martin S. Masar III, Esq. (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Kimberly A. Beis, Esq. (admitted *pro hac vice*)
kimberly.beis@kattenlaw.com
Elese E. Hanson, Esq. (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
Matthew M. Holub, Esq. (admitted *pro hac vice*)

matthew.holub@kattenlaw.com
Brian J. Sodikoff, Esq. (admitted *pro hac vice*)
brain.sodikoff@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60607
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

Christopher B. Ferenc, Esq. (admitted *pro hac vice*)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street N.W.
North Tower, Suite 200
Washington D.C. 20007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel or parties of record on the attached Service List via CM/ECF on the 16th day of May 2013.

          By:   /s/ Joshua D. Martin
          Joshua D. Martin, Esq.
          Florida Bar No.: 028100

**SERVICE LIST**

Janet T. Munn, Esq.
Email: jmunn@rascoklock.com
RASCO KLOCK
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 476-7101
Facsimile: (305) 476-7102


David M. Hashmall, Esq.*
E-mail: dhashmall@goodwinprocter.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7430
Facsimile: (212) 355-3333


Frederick H. Rein, Esq.*
E-mail: frein@goodwinprocter.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8864
Facsimile: (212) 355-3333

*Attorneys for Defendants
Teva Pharmaceutical Industries, Ltd.
and Teva Pharmaceuticals USA, Inc.*

Deepro R. Mukjerkee, Esq.*
Email: Deepro.Mukherjee@alston.com
Poopak Banky, Esq.*
Email: Paki.Banky@alston.com
Thomas J. Parker, Esq.
Thomas.Parker@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10166
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Eric David Isicoff, Esq.
Email: Isicoff@irlaw.com
Susan Virginia Warner, Esq.
Email: warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 373-3232
Facsimile: (305) 373-3233




*Attorneys for Defendant Mylan
Pharmaceuticals Inc.*

Brett A. Hesterberg, Esq.
Email: bhesterberg@leydig.com
Christopher T. Griffith, Esq.
Email: cgriffith@leydig.com
Emer L. Simic , Esq.*
Email: esimic@leydig.com
John P. Snow, Esq.*
Email: jsnow@leydig.com
Peter H. Domer, Esq.
Email: pdomer@leydig.com
Robert F. Green, Esq.
Email: rgreen@leydig.com
LEYDIG, VOIT Y MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

Teresa Ragatz, Esq.
Email: Ragatz@irlaw.com
Eric David Isicoff
Email: Isicoff@irlaw.com
Susan Virginia Warner, Esq.
Email: warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 373-3232
Facsimile: (305) 373-3233

*Attorneys for Lupin Pharmaceuticals, Inc. and Lupin, Ltd.*

Maria Josefa Beguiristain, Esq.
Email: mbeguiristain@whitecase.com
WHITE & CASE LLP
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Aaron Stiefel, Esq.
Email: astiefel@kayescholer.com
Daniel DiNapoli, Esq.
Email: ddinapoli@kayescholer.com
Matthew Sklar, Esq.
Email: matthew.sklar@kayescholer.com
Soumitra Deka, Esq.
Email: sdeka@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Sylvia M. Becker, Esq.
Email: sylvia.becker@kayescholer.com
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Attorneys for Defendants Pfizer, Inc. and Greenstone, LLC*

\*admitted *pro hac vice*