FILING FEE
PAID
pro hac $15.00
vice 59107
Steven M. Larimore, Clerk

FILED by RAL D.C.
MAY 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

APOTEX, INC. and APOTEX CORP.
    Plaintiffs,

v.                                                                    CASE NO. 12-60704-CIV-SEITZ/SIMONTON

MYLAN PHARMACEUTICALS INC.,
    Defendant.
_____/

APOTEX, INC. and APOTEX CORP.,
    Plaintiffs,

v.                                                                    CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER INC. and GREENSTONE LLC,
    Defendants.
_____/

APOTEX, INC. and APOTEX CORP.,
    Plaintiffs,

v.                                                                      CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC. and
LUPIN LTD.,
    Defendants.
_____/

APOTEX, INC. and APOTEX CORP.,
    Plaintiffs,

v.                                                                      CASE NO. 13-60601-CIV-SEITZ/SIMONTON

TEVA PHARMACEUTICAL
INDUSTRIES, LTD, et al.,
    Defendants.
_____/

**UNOPPOSED MOTION FOR BRIAN J. PREW TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian J. Prew ("Mr. Prew") of the law firm of Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1405, Telephone No.: 212.459.7199, Telecopy No.: 212.355.3333, for purposes of appearance as co-counsel on behalf of Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Prew to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Prew is not admitted to practice in the Southern District of Florida, but is a member in good standing of the state bars of New York and New Jersey. He is also admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

2. Mr. Prew has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Janet T. Munn, Esquire, of the law firm of Rasco Klock, 283 Catalonia Avenue, Suite 200, Coral Gables, Florida 33134, Telephone No.: 305.476.7101, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this court, Mr. Prew has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A."

5. Mr. Prew, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to, Brian J. Prew, Esquire at email address: bprew@goodwinprocter.com.

WHEREFORE, Janet T. Munn, Esquire, moves this Court for an Order for Brian J. Prew, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian J. Prew, Esquire at bprew@goodwinprocter.com. A proposed Order is attached hereto as Exhibit "B."

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiff's counsel, who do not oppose the motion.

/Janet T. Munn/
Janet T. Munn

Dated: May 15, 2013                    Respectfully submitted,

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was conventionally filed and served via Email this 15th day of May 2013, on counsel for Plaintiffs:

**Joshua David Martin**
Johnson & Martin, P.A.
500 W. Cypress Creek Road
Suite 430
Fort Lauderdale, FL 33309
Telephone: 954.790.6699
Telecopy: 954.206.0017
Email: josh.martin@johnsonmartinlaw.com

**Kimberly A. Beis***
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: 312.902.5200
Telecopy: 312.905.1061
Email: kimberly.beis@kattenlaw.com

**Christopher B. Ferenc***
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC 20007
Telephone: 202.625.3500
Telecopy: 202.298.7570
Email: christopher.ferenc@kattenlaw.com

**Matthew L. Holub***
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: 312.902.5200
Telecopy: 312.905.1061
Email: matthew.holub@kattenlaw.com

**Craig M. Kuchii***
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL  60661
Telephone:  312.902.5200
Telecopy:  312.905.1061
Email:  craig.kuchii@kattenlaw.com

**Martin S. Masar, III***
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL  60661
Telephone:  312.902.5200
Telecopy:  312.905.1061
Email:  martin.masar@kattenlaw.com

**Brian J. Sodikoff***
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL  60661
Telephone:  312.902.5200
Telecopy:  312.905.1061
Email:  brian.sodikoff@kattenlaw.com

***Admitted *Pro Hac Vice***

By: /s/ Janet T. Munn

*Apotex, Inc., et al. v. Teva Pharmaceutical Industries, Ltd., et al.*

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

EXHIBIT "A"
Consent to Designation and Request to
Electronically Receive Notices of Electronic Filing
Filed in Support of the
Unopposed Motion for Brian J. Prew
to Appear *Pro Hac Vice*, Consent to
Designation, and Request to Electronically
Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-60601-SEITZ/SIMONTON

APOTEX, INC., a Canadian corporation and
APOTEX CORP., a Delaware corporation,

    Plaintiffs,

v.

TEVA PHARMACEUTICAL INDUSTRIES,
LTD., an Israeli company and
TEVA PHARMACEUTICALS USA, INC., a
Delaware corporation,

    Defendants.
_____/

## CERTIFICATION OF BRIAN J. PREW

Brian J. Prew, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

2. I am a member in good standing of the state bars of New York and New Jersey. I am also a member in good standing of the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

Dated: May 13, 2013.

                                                                                             Brian J. Prew

*Apotex, Inc., et al. v. Teva Pharmaceutical Industries, Ltd., et al.*

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

# EXHIBIT "B"
# (Proposed) Order Granting Unopposed Motion of Brian J. Prew, Esq. to Appear *Pro Hac Vice*, Filed in Support of the Unopposed Motion for Brian J. Prew to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

APOTEX, INC. and APOTEX CORP.
  Plaintiffs,

v.             CASE NO. 12-60704-CIV-SEITZ/SIMONTON

MYLAN PHARMACEUTICALS INC.,
  Defendant.    /

APOTEX, INC. and APOTEX CORP.,
  Plaintiffs,

v.             CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER INC. and GREENSTONE LLC,
  Defendants.    /

APOTEX, INC. and APOTEX CORP.,
  Plaintiffs,

v.             CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC. and
LUPIN LTD.,
  Defendants.    /

APOTEX, INC. and APOTEX CORP.,
  Plaintiffs,

v.             CASE NO. 13-60601-CIV-SEITZ/SIMONTON

TEVA PHARMACEUTICAL
INDUSTRIES, LTD, et al.,
  Defendants.    /

**ORDER GRANTING UNOPPOSED MOTION OF BRIAN J. PREW, ESQ.
TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  THIS CAUSE came before the Court on the Unopposed Motion for Appearance *Pro Hac Vice* of Brian J. Prew, Esq., Consent to Designation and Request to Electronically Receive

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

Notices of Electronic Filing (the "Unopposed Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court has considered the Unopposed Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion is GRANTED. Brian J. Prew, Esq. may appear and participate in this action on behalf of Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

The Clerk shall provide electronic notification of all electronic filings to Brian J. Prew, Esquire at email address: bprew@goodwinprocter.com.

DONE AND ORDERED in chambers, in Miami, Florida, this ___ day of May 2013.

_____
PATRICIA A. SEITZ
United States District Judge

Copies furnished to: Counsel of record