UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                                CASE NO. 12-60704-CIV-SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,
    Defendant.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                                CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,
    Defendants.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                                CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,
    Defendants.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                                CASE NO. 13-60601-CIV-SEITZ/SIMONTON

TEVA PHARMACEUTICAL
INDUSTRIES, LTD., et al.,
    Defendants.
_____/

**ORDER GRANTING MOTION TO FILE UN-REDACTED COMPLAINT UNDER SEAL**

      THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to File Un-Redacted Complaint Under Seal [DE-118], in which Plaintiffs seek to file the un-redacted complaint against

1

Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. under seal. Upon consideration, it is hereby

ORDERED that:

(1) Plaintiffs' Unopposed Motion to File Un-Redacted Complaint Under Seal [DE-118] is GRANTED.

(2) Plaintiffs shall file the Un-redacted complaint in Case No. 13-60601-CIV ONLY.

DONE AND ORDERED in Miami, Florida, this 20 day of May, 2013.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record