UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON (CONSOLIDATED)

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                    CASE NO. 12-60704-CIV-SEITZ/SIMONTON

MYLAN PHARMACEUTICALS, INC.,
    Defendant.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                    CASE NO. 12-60705-CIV-SEITZ/SIMONTON

PFIZER, INC., *et al.*,
    Defendants.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                    CASE NO. 12-60708-CIV-SEITZ/SIMONTON

LUPIN PHARMACEUTICALS, INC., *et al.*,
    Defendants.
_____/

APOTEX, INC., *et al.*,
    Plaintiff,

vs.                    CASE NO. 13-60601-CIV-SEITZ/SIMONTON

TEVA PHARMACEUTICAL
INDUSTRIES, LTD., et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS MATTER is before the Court on the Unopposed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-

1

115]. Upon consideration, it is hereby

ORDERED that:

(1) The Motions to Appear *Pro Hac Vice* [DE-115] for Brian J. Prew of Goodwin Proctor LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405, on behalf of Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. is GRANTED.  Brian J. Prew shall be permitted to appear *pro hac vice* on behalf of Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. solely for purposes of this case;

(2) During the course of this case, Brain J. Prew shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court.  Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of his *pro hac vice* admission;

(3) Janet T. Munn, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Brian J. Prew to electronically receive notices of electronic filings ("NEF") at: bprew@goodwinprocter.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 20 day of May, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record