**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　Defendant.<br>_____/ | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br>　　　　　Defendants.<br>_____/ | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>　　　　　Defendants.<br>_____/ | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>　　　　　Defendants.<br>_____/ | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

**NOTIFICATION OF NINETY DAYS EXPIRING**

Pursuant to Rule 7.1(b)(4) of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiffs, Apotex, Inc. and Apotex Corp. (collectively "Plaintiffs"), file this Notification of Ninety Days Expiring, providing notice that Plaintiffs' Motion to Compel

1

Discovery of Defendant, Mylan Pharmaceuticals, Inc.'s ("Mylan"), Quinapril ANDA Products (D.E. 88; Case No. 12-60704) (the "Motion to Compel") has been fully briefed for a period of time exceeding ninety days, and state as follows:

1. Plaintiffs filed and served their Motion to Compel and incorporated Memorandum of Law in Support on January 26, 2013. (D.E. 88; Case No. 12-60704).

2. Mylan filed and served its Response in Opposition to Plaintiffs' Motion to Compel Discovery of Mylan's Quinapril ANDA Products on February 18, 2013. (DE. 99; Case No. 12-60704).

3. Plaintiffs filed and served their Reply Brief in Support of Plaintiffs' Motion to Compel Discovery of Mylan's Quinapril ANDA Products on February 26, 2013. (DE. 100; Case No. 12-60704).

4. An informal discovery conference was held before Judge Simonton on January 4, 2013, prior to the filing of the Motion to Compel and related briefs, regarding issues presented in the Motion to Compel. No hearing has been requested or held since the Motion to Compel was fully briefed.

Dated: May 31, 2013

Respectfully submitted,

By: ___s/ Joshua D. Martin_____
Joshua D. Martin, Esq.
Florida Bar No.: 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0013

Robert B. Breisblatt (Fla. Bar. No. 145928)
robert.breisblatt@kattenlaw.com
Craig M. Kuchii (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Brian J. Sodikoff (pro hac vice)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (pro hac vice)
martin.masar@kattenlaw.com
Elese E. Hanson (pro hac vice)
elese.hanson@kattenlaw.com
Matthew M. Holub (pro hac vice)
matthew.holub@kattenlaw.com
Kimberly A. Beis (pro hac vice)
kimberly.beis@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

Christopher Ferenc (admitted *pro hac vice*)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, Suite 200
Washington, DC  20007
Telephone:  (202) 625-3647
Facsimile:   (202) 339-6044

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 31st day of May 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Joshua D. Martin
Joshua D. Martin

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff\***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III\***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson\***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub\***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis\***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii\***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen**
Email: eric.cohen@kattenlaw.com
**Julia L.Kasper**
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc\***
Email:  christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC  20007
Telephone: 202.625.3500
Telecopy:  202.298.7570

**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Janet T. Munn**
Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall\***
Email: dhashmall@goodwinprocter.com
**Frederick H. Rein\***
Email: frein@goodwinprocter.com
**Brian J. Prew\***
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8800
Facsimile:  212.355.3333

**Poopak Banky\***
Email:  Paki.Banky@alston.com
**Deepro R.Mukerjee\***
Email:  Deepro.Mukherjee@alston.com
**Thomas J. Parker\***
Email:  Thomas.Parker@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

**Sylvia M. Becker\***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka\***
Email:  sdeka@kayescholer.com
**Daniel DiNapoli\***

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

Email: ddinapoli@kayescholer.com
**Aaron Stiefel***
Email: astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Telecopy: (212) 836-8689

**Maria Josefa Beguiristain**
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352
Telephone: 305.371.2700
Telecopy: 305.358.5744
Email: mbeguiristain@whitecase.com

**Peter H. Domer***
Email: pdomer@leydig.com
**Robert F. Green***
Email: rgreen@leydig.com
**Christopher T. Griffith***
Email: cgriffith@leydig.com
**Brett A. Hesterberg***
Email: bhesterberg@leydig.com
**Emer L. Simic***
Email: esimic@leydig.com
**John P. Snow***
Email: jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone: 312-616-5600
Telecopy: 312-616-5700

**Eric David Isicoff**
Email: Isicoff@irlaw.com
**Teresa Ragatz**
Email: Ragatz@irlaw.com
**Susan Virginia Warner**
Email: warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900

6

Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*