# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br>PFIZER INC., and GREENSTONE LLC,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs<br>v.<br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

## NOTICE OF IDENTIFICATION OF ISSUES REGARDING DEPOSITIONS

Pursuant to the parties' agreement in the Joint Scheduling Report and Discovery Plan (D.I. 117) to advise the Court of any agreements or outstanding issues concerning depositions by May 31, 2013, Plaintiffs, Apotex, Inc. and Apotex Corp. (collectively "Apotex"), and

1

Defendants, Pfizer Inc. and Greenstone LLC (collectively, "Pfizer"), Mylan Pharmaceuticals Inc. ("Mylan"), Lupin Pharmaceuticals, Inc. and Lupin Ltd. (collectively, "Lupin"), and Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), hereby provide notice of identification of agreements and issues regarding depositions in this consolidated action as follows:

The parties have attempted in good faith to come to an agreement regarding the number of depositions each side will be allowed to take without leave of the court. Unfortunately, the parties could not come to a complete agreement.

**Apotex's proposal**:

Apotex proposes that Apotex be allowed collectively twenty-five (25) depositions of Defendants' party witnesses (including both current and former employees and 30(b)(6) witnesses), with no more than ten (10) depositions of each of Pfizer, Mylan, Lupin or Teva witnesses. The Defendants collectively be allowed ten (10) depositions of Apotex fact witnesses (including both current and former employees and 30(b)(6) witnesses). All depositions of fact witnesses will be set for seven (7) hours per witness. The parties will work in good faith on a case-by-case basis to determine whether the circumstances warrant extending the deposition beyond seven (7) hours. The parties further understand that this agreement does not preclude any party from seeking leave of the court to take additional discovery if the parties cannot reach agreement on additional time at the end of the deposition.

**Defendants' Proposal:**

Pfizer, Mylan, Lupin and Teva (collectively, "Defendants") propose that Apotex be allowed collectively twenty-five (25) depositions of Defendants' party witnesses (including both current and former employees and 30(b)(6) witnesses), with no more than ten (10) depositions of

2

the witnesses of any single defendant (Pfizer, Mylan, Lupin or Teva) and no more than seven (7) hours per witness, provided that the Defendants collectively shall be allowed fifteen (15) depositions of Apotex party witnesses (including both current and former employees and 30(b)(6) witnesses). Defendants' deposition of the inventor named on the patent in suit will be limited to 14 hours. In the case of all other depositions of Apotex witnesses the parties would work in good faith on a case-by-case basis to determine whether the circumstances warrant extending the deposition beyond seven (7) hours.

**Apotex's Position:**

To assist the Court in understanding the parties' competing proposals in context, Apotex briefly sets forth its position below. If the Court desires briefing regarding this issue, Apotex will file memoranda in compliance with Local Rule 7.1.

As shown above, both Apotex's and Defendants' proposals contemplate allowing Apotex twenty-five (25) deposition of Defendants' witnesses with no more than 10 depositions of any single defendant. The main differences between the proposals is (1) how many depositions Defendants (collectively) are entitled to without leave of the court and (2) the length of the inventor Dr. Barry Sherman's deposition.

As Apotex explained during the May 13, 2013 status conference, in light of the consolidation of four separate litigations, Apotex will need more than the 10 depositions of the four individual Defendants' fact witnesses to obtain full and fair discovery from each individual defendant. The four defendants are unrelated companies each with their own distinct products and processes. Thus, the issues relating to Defendants' infringement of Apotex's patent and damages arising therefrom will be unique for each defendant. Furthermore, the Pfizer, Mylan, and Lupin defendants have already identified 17 individuals in their Fed. R. Civ. P. 26(a)(1)

initial disclosures as individuals who are likely to have information that Defendants may use to support their claims or defenses.  Teva has yet to identify witnesses but is expected to do so by June 4.  Also, Apotex will need to take  FRCP 30(b)(6) depositions of each party.  Under these circumstances, Apotex proposal for a total of 25 depositions with no more than 10 depositions for each individual Defendants' fact witnesses is very reasonable, especially considering that it was the Defendants that advocated for consolidation.  Even though Defendants proposal allows Apotex 25 depositions of Defendants' fact witnesses, Defendants refuse to agree to allow Apotex these depositions unless Apotex agrees to allow 15 depositions of Apotex witnesses and 14 hours of deposition with the Chairman of Apotex Inc., Dr. Bernard Sherman, who is the named inventor of the patent at issue.

Defendants' demand for additional depositions for Apotex witnesses is not reasonable.  There is only one patent in suit and the issues relating to validity and enforceability will be substantially the same for each defendant.  Moreover, Apotex has identified  no more than five (5) Apotex employees in its discovery responses or initial disclosures to all the Defendants collectively to date.  Also, there was only a single set of employees involved in obtaining the patent in suit and the development of embodiments of that patent.  Likewise, the Apotex employees involved with testing products as part of the pre-suit investigation are the same for each defendant.  Defendants have not identified a single Apotex fact witness who they believe has information that is uniquely relevant to any particular defendant.  As such, Defendants have not set forth good cause to exceed the amount of depositions allowed by the FRCP at this time.

Defendants' demand for 14 hours of deposition with Dr. Sherman is also not reasonable. The mere fact that Dr. Sherman is the inventor of the subject matter of the patent in suit does not

justify defendants demand to depose him for two full days. In a litigation involving a similar patent (12-cv-60706-DMM), Defendants conducted only two depositions of Apotex employees and a FRCP 30(b)(6) depositions despite raising three dozen defenses and having multiple products from different manufacturers. In fact, the Defendants there did not depose Dr. Sherman for more than seven (7) hours, despite his role as inventor of the patent at issue, Chairman and Chief Formulator at Apotex, and Apotex's FRCP 30(b)(6) designee on eight topics. Further, Apotex has produced the January 29, 2013 transcript of this deposition to Defendants, which should reduce the amount of time Defendants in this case need with Dr. Sherman.

While Apotex believes that there will ultimately be no need to increase the number of depositions of Apotex fact witnesses or extend the time for depositions of any fact witnesses beyond seven hours, Apotex is willing to work in good faith with Defendants on a case-by-case basis to determine whether the circumstances warrant additional depositions of Apotex witness or extending the deposition beyond seven hours.

Thus, Defendants' request for more than 10 depositions and a two day deposition of Dr. Sherman is unnecessary. In light of the issues and the discovery that is necessary in this case, Apotex believes that its proposal is the most reasonable and appropriate.

**Defendants' Position:**

Defendants object to Apotex's improper insertion of argument in this joint filing, which was intended merely to state the parties' positions. The appropriate means by which to seek relief from the Court is to file a motion and memorandum of law as required by Local Rule 7.1. Accordingly, Defendants will refrain from engaging in similarly improper argument in response to the arguments Apotex has made. If, however, the Court desires that the parties engage in

5

motion practice on the arguments that Apotex has made, Defendants will file opposing memoranda in compliance with Local Rule 7.1.

DATED:  May 31, 2013                                                  Respectfully submitted,

By: s/   Joshua D. Martin
**Joshua D. Martin**
Fla. Bar. No. 028100
Email: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0013

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen**
Email: eric.cohen@kattenlaw.com
**Julia L. Kasper**
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc***
Email:  christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower

By: s/   Janet T. Munn
**Janet T. Munn**
Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, ET AL.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall***
Email:  dhashmall@goodwinprocter.com
**Frederick H. Rein***
Email: frein@goodwinprocter.com
**Brian J. Prew (*pro hac vice pending*)**
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8864
Facsimile:  212.355.3333

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

By: s/ Susan Virginia Warner
**Eric David Isicoff**
Florida Bar No.: 372201
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Florida Bar No.: 545170
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Florida Bar No.: 38205
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, FL  33131
Telephone:  305.373.3232

Suite 200
Washington, DC  20007
Telephone:  202.625.3500
Telecopy:  202.298.7570

**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

*Attorneys for Plaintiffs Apotex, Inc
  and Apotex Corp.*

*\*Admitted Pro Hac Vice*


By: s/ Susan Virginia Warner
**Eric David Isicoff**
Email:  Isicoff@irlaw.com
Florida Bar No.: 372201
**Teresa Ragatz**
Florida Bar No.: 545170
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Florida Bar No.: 38205
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

**Peter H. Domer\***
Email:  pdomer@leydig.com
**Robert F. Green\***
Email:  rgreen@leydig.com
**Christopher T. Griffith\***
Email:  cgriffith@leydig.com
**Brett A. Hesterberg\***
Email:  bhesterberg@leydig.com
**Emer L. Simic\***

Telecopy:  305.373.3233

**Poopak Banky\***
Email:  Paki.Banky@alston.com
**Deepro R.Mukerjee\***
Email:  Deepro.Mukherjee@alston.com
**Thomas J. Parker\***
Email:  Thomas.Parker@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

*Attorneys for  Defendant/Counterplaintiff
Mylan Pharmaceuticals, Inc.*

*\*Admitted Pro Hac Vice*


By: s/   Maria Josefa Beguiristain
**Maria Josefa Beguiristain**
Florida Bar No. 69851
Email:  mbeguiristain@whitecase.com
WHITE & CASE LLP
Southeast Regional Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

**Sylvia M. Becker\***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka\***
Email:  sdeka@kayescholer.com
**Daniel DiNapoli\***
Email:  ddinapoli@kayescholer.com
**Aaron Stiefel\***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP

7

Email:  esimic@leydig.com
**John P. Snow***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone:  312-616-5600
Telecopy:  312-616-5700

*Attorneys for Consol. Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*Admitted Pro Hac Vice

425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

*Attorneys for Consol. Defendant*
*Pfizer, Inc. and Greenstone, LLC*

*Admitted Pro Hac Vice


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 31st day of May 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Joshua D. Martin

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen**
Email: eric.cohen@kattenlaw.com
**Julia L.Kasper**
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061


**Christopher B. Ferenc***
Email:  christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC  20007
Telephone: 202.625.3500
Telecopy:  202.298.7570


**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Janet T. Munn**
Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall***
Email: dhashmall@goodwinprocter.com
**Frederick H. Rein***
Email: frein@goodwinprocter.com
**Brian J. Prew***
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8800
Facsimile:  212.355.3333

**Poopak Banky***
Email:  Paki.Banky@alston.com
**Deepro R.Mukerjee***
Email:  Deepro.Mukherjee@alston.com
**Thomas J. Parker***
Email:  Thomas.Parker@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

**Sylvia M. Becker***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka***
Email:  sdeka@kayescholer.com
**Daniel DiNapoli***

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

Email:  ddinapoli@kayescholer.com
**Aaron Stiefel***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

**Maria Josefa Beguiristain**
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL  33131-2352
Telephone:  305.371.2700
Telecopy:  305.358.5744
Email:  mbeguiristain@whitecase.com

**Peter H. Domer***
Email:  pdomer@leydig.com
**Robert F. Green***
Email:  rgreen@leydig.com
**Christopher T. Griffith***
Email:  cgriffith@leydig.com
**Brett A. Hesterberg***
Email:  bhesterberg@leydig.com
**Emer L. Simic***
Email:  esimic@leydig.com
**John P. Snow***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone:  312-616-5600
Telecopy:  312-616-5700

**Eric David Isicoff**
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900

           Miami, FL  33131
           Telephone:  305.373.3232
           Telecopy:  305.373.3233

           *\*Admitted Pro Hac Vice*