**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br>       Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br>       Defendant. <br> _____ / | CASE NO. 12-60704-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>       Plaintiffs, <br> v. <br> PFIZER INC., and GREENSTONE LLC, <br>       Defendants. <br> _____ / | CASE NO. 12-60705-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>       Plaintiffs, <br> v. <br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br>       Defendants. <br> _____ / | CASE NO. 12-60708-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>       Plaintiffs <br> v. <br> TEVA PHARMACEUTICAL INDUSTRIES, LTD, et al., <br>       Defendants. <br> _____ / | CASE NO. 13-60601-CIV <br> SEITZ/SIMONTON |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Plaintiffs, Apotex, Inc. and Apotex Corp. (collectively, "Apotex"), and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva"), by

1

and through their undersigned counsel, hereby provide notice that Apotex and Teva have agreed to have the Honorable Garrett E. Brown, Jr. (Ret.), JAMS, 620 Eighth Avenue, 34th Floor, New York, New York 10018, telephone (212) 607-2710, serve as mediator in this case.  The parties are working on scheduling the mediation for a mutually agreeable date, time and place.

DATED:  June 5, 2013

By: s/   Joshua D. Martin
Joshua D. Martin
Fla. Bar. No. 028100
Email: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0013

By: s/   Craig M. Kuchii
Robert B. Breisblatt (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
Brian J. Sodikoff*
Email: brian.sodikoff@kattenlaw.com
Martin S. Masar III*
Email: martin.masar@kattenlaw.com
Elese E. Hanson*
Email: elese.hanson@kattenlaw.com
Matthew M. Holub*
Email: matthew.holub@kattenlaw.com
Kimberly A. Beis*
Email: kimberly.beis@kattenlaw.com
Craig M. Kuchii*
Email: craig.kuchii@kattenlaw.com
Eric C. Cohen
Email: eric.cohen@kattenlaw.com
Julia L. Kasper
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061
Christopher B. Ferenc*
Email:  christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower, Suite 200
Washington, DC  20007
Telephone:  202.625.3500
Telecopy:  202.298.7570

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

Respectfully submitted,

By: s/   Janet T. Munn
Janet T. Munn
Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, ET AL.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

By: s/   Frederick H. Rein
GOODWIN PROCTER LLP
David M. Hashmall (admitted *pro hac vice*)
dhashmall@goodwinprocter.com
Frederick H. Rein  (admitted *pro hac vice*)
frein@goodwinprocter.com
Brian J. Prew (admitted *pro hac vice*)
bprew@goodwinprocter.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel:  212-459-7430
Fax:  212-355-3333

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of June 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ Joshua D. Martin

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen**
Email: eric.cohen@kattenlaw.com
**Julia L.Kasper**
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc***
Email: christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC 20007
Telephone: 202.625.3500
Telecopy: 202.298.7570

**Matthew Scott Nelles**
Email: mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone: 954.764.7060
Telecopy: 954.761.8135

**Janet T. Munn**
Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall***
Email: dhashmall@goodwinprocter.com
**Frederick H. Rein***
Email: frein@goodwinprocter.com
**Brian J. Prew***
Email: bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.813.8800
Facsimile: 212.355.3333

**Poopak Banky***
Email: Paki.Banky@alston.com
**Deepro R.Mukerjee***
Email: Deepro.Mukherjee@alston.com
**Thomas J. Parker***
Email: Thomas.Parker@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10166
Telephone: 212.210.9400
Telecopy: 212-210-9444

**Sylvia M. Becker***
**Email**: sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka***
Email: sdeka@kayescholer.com
**Daniel DiNapoli***

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

Email: ddinapoli@kayescholer.com
**Aaron Stiefel***
Email: astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Telecopy: (212) 836-8689

**Maria Josefa Beguiristain**
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352
Telephone: 305.371.2700
Telecopy: 305.358.5744
Email: mbeguiristain@whitecase.com

**Peter H. Domer***
Email: pdomer@leydig.com
**Robert F. Green***
Email: rgreen@leydig.com
**Christopher T. Griffith***
Email: cgriffith@leydig.com
**Brett A. Hesterberg***
Email: bhesterberg@leydig.com
**Emer L. Simic***
Email: esimic@leydig.com
**John P. Snow***
Email: jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone: 312-616-5600
Telecopy: 312-616-5700

**Eric David Isicoff**
Email: Isicoff@irlaw.com
**Teresa Ragatz**
Email: Ragatz@irlaw.com
**Susan Virginia Warner**
Email: warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900

6

Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*