## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>    Defendant.<br>_____/ | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>PFIZER INC., and GREENSTONE LLC,<br>    Defendants.<br>_____/ | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br>    Defendants.<br>_____/ | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs<br>v.<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD, et al.,<br>    Defendants.<br>_____/ | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

### MOTION TO WITHDRAW SURESH B. PILLAI AS COUNSEL OF RECORD FOR PLAINTIFFS

  The undersigned counsel, pursuant to Local Rule 11.1 of the United States District Court

for the Southern District of Florida, respectfully move for entry of an order permitting Suresh B.

1

Pillai to withdraw as counsel of record for Plaintiffs, APOTEX, INC. and APOTEX CORP. (collectively "Plaintiffs"), in the above referenced cases, and in support thereof state:

1. Suresh B. Pillai, previously with the law firm of Katten Muchin Rosenman LLP, is currently counsel of record for Plaintiffs in the cases consolidated in this action. Additional counsel with the law firm of Katten Muchin Rosenman LLP are also counsel of record for Plaintiffs in the cases consolidated in this action.

2. Suresh B. Pillai is no longer employed by Katten Muchin Rosenman LLP. Accordingly, undersigned counsel request that the Court permit Suresh B. Pillai to withdraw as counsel of record.

3. Plaintiffs will continue to be represented by Robert B. Breisblatt, Craig M. Kuchii (admitted *pro hac vice*), Martin S. Masar III (admitted *pro hac vice*), Kimberly A. Beis (admitted *pro hac vice*), Elese E. Hanson (admitted *pro hac vice*), Matthew M. Holub (admitted *pro hac vice*), Brian J. Sodikoff (admitted *pro hac vice*), Christopher B. Ferenc (admitted *pro hac vice*), Eric C. Cohen (admitted *pro hac vice*) and Julia L. Kasper (admitted *pro hac vice*) of Katten Muchin Rosenman LLP and by Plaintiffs' designated local counsel, Joshua D. Martin of Johnson & Martin, P.A.

4. Pursuant to Local Rule 11.1(d)(3), undersigned counsel are serving Plaintiffs with a copy of this Motion. Additionally, counsel of record for Plaintiffs in this action identified in Paragraph 2 will continue to receive all filings and other papers in this action at the following addresses: Johnson & Martin, P.A., 500 W. Cypress Creek Rd., Suite 430, Fort Lauderdale, Florida 33309; Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, IL 60661; Katten Muchin Rosenman LLP, 2900 K Street N.W., North Tower, Suite 200, Washington D.C. 20007.

WHEREFORE, undersigned counsel respectfully request that this Court enter an Order permitting Suresh B. Pillai to withdraw as counsel of record for Plaintiffs, APOTEX, INC. and APOTEX CORP., in the cases consolidated in this action, and providing that Suresh B. Pillai shall no longer receive Notice of Electronic Filings in these cases, and for such other and further relief this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Defendants' counsel, and Defendants do not oppose the motion.

    s/   Joshua D. Martin
Joshua D. Martin

Dated: June 27, 2013

Respectfully submitted,

By: s/ Joshua D. Martin
Joshua D. Martin, Esq.
Florida Bar No.:  028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0013

Robert B. Breisblatt
Florida Bar No. 145928
Email:  robert.breisblatt@kattenlaw.com
Craig M. Kuchii (admitted *pro hac vice*)
Email:  craig.kuchii@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
Email:  martin.masar@kattenlaw.com
Kimberly A. Beis (admitted *pro hac vice*)
Email:  kimberly.beis@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)

Email: elese.hanson@kattenlaw.com
Matthew M. Holub (admitted *pro hac vice*)
Email: matthew.holub@kattenlaw.com
Brian J. Sodikoff (admitted *pro hac vice*)
Email: brain.sodikoff@kattenlaw.com
Eric C. Cohen (admitted *pro hac vice*)
Email: eric.cohen@kattenlaw.com
Julia L. Kasper (admitted *pro hac vice*)
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60607
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

Christopher B. Ferenc (admitted *pro hac vice*)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street N.W.
North Tower, Suite 200
Washington D.C. 20007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27th day of June 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     s/ Joshua D. Martin

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen***
Email: eric.cohen@kattenlaw.com
**Julia L. Kasper***
Email: julia.kasper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc***
Email:  christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC  20007
Telephone:  202.625.3500
Telecopy:  202.298.7570

**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Janet T. Munn**
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall***
Email:  dhashmall@goodwinprocter.com
**Frederick H. Rein***
Email: frein@goodwinprocter.com
**Brian J. Prew***
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8800
Facsimile:  212.355.3333

**Poopak Banky***
Email:  Paki.Banky@alston.com
**Deepro R. Mukerjee***
Email:  Deepro.Mukerjee@alston.com
**Thomas J. Parker***
Email:  Thomas.Parker@alston.com
**Alexander S. Lorenzo***
Email:  Alexander.Lorenzo@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

**Sylvia M. Becker***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka***
Email:  sdeka@kayescholer.com

5

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

**Daniel DiNapoli\***
Email:  ddinapoli@kayescholer.com
**Aaron Stiefel\***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

**Maria Josefa Beguiristain**
Email:  mbeguiristain@whitecase.com
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL  33131-2352
Telephone:  305.371.2700
Telecopy:  305.358.5744

**Peter H. Domer\***
Email:  pdomer@leydig.com
**Robert F. Green\***
Email:  rgreen@leydig.com
**Christopher T. Griffith\***
Email:  cgriffith@leydig.com
**Brett A. Hesterberg\***
Email:  bhesterberg@leydig.com
**Emer L. Simic\***
Email:  esimic@leydig.com
**John P. Snow\***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone:  312-616-5600
Telecopy:  312-616-5700

**Eric David Isicoff**
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue

6

Suite 1900
Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　Defendant.<br>_____ / | CASE NO. 12-60704-CIV<br>　SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br>　　　　　Defendants.<br>_____ / | CASE NO. 12-60705-CIV<br>　SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>　　　　　Defendants.<br>_____ / | CASE NO. 12-60708-CIV<br>　SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>　　　　　Defendants.<br>_____ / | CASE NO. 13-60601-CIV<br>　SEITZ/SIMONTON |

**ORDER GRANTING MOTION TO WITHDRAW SURESH B. PILLAI AS COUNSEL OF RECORD FOR PLAINTIFFS**

1

THIS MATTER is before the Court on the Motion to Withdraw Suresh B. Pillai as Counsel of Record for Plaintiffs (the "Motion").  Upon consideration of the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.  Suresh B. Pillai is hereby withdrawn as counsel of record for Plaintiffs, Apotex, Inc. and Apotex Corp., in the cases consolidated in this action.

2. Suresh B. Pillai shall no longer receive Notice of Electronic Filings in these cases. The Clerk is directed to remove Suresh B. Pillai as a recipient of Notice of Electronic Filings in these cases.

3. Plaintiffs shall continue to be represented by its other counsel of record in this action, and such counsel shall continue to receive all filings and other papers filed or served in this action.

DONE AND ORDERED in _____, Florida, this ____ day of _____.

_____
Patricia A. Seitz
United States District Judge

Copies furnished to:
All Counsel of Record

2