UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>Defendant.<br>_____ / | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br>PFIZER INC., and GREENSTONE LLC,<br>Defendants.<br>_____ / | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>Defendants.<br>_____ / | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs<br>v.<br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>Defendants.<br>_____ / | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

**ORDER GRANTING MOTION TO WITHDRAW SURESH B. PILLAI AS COUNSEL OF RECORD FOR PLAINTIFFS**

THIS MATTER is before the Court on the Motion to Withdraw Suresh B. Pillai as Counsel of Record for Plaintiffs [DE-130]. Upon consideration, it is hereby

1

ORDERED that:

1. The Motion to Withdraw Suresh B. Pillai as Counsel of Record for Plaintiffs [DE-130]is GRANTED. Suresh B. Pillai is hereby withdrawn as counsel of record for Plaintiffs, Apotex, Inc. and Apotex Corp., in the cases consolidated in this action.

2. Suresh B. Pillai shall no longer receive Notice of Electronic Filings in these cases. The Clerk is directed to remove Suresh B. Pillai as a recipient of Notice of Electronic Filings in these cases.

3. Plaintiffs shall continue to be represented by its other counsel of record in this action, and such counsel shall continue to receive all filings and other papers filed or served in this action.

DONE AND ORDERED in Miami, Florida, this 8th day of July, 2013.

Patricia A. Seitz
United States District Judge

Copies furnished to:
All Counsel of Record