**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (as consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>    Defendant.<br>_____ / | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>PFIZER INC., and GREENSTONE LLC,<br>    Defendants.<br>_____ / | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs,<br>v.<br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br>    Defendants.<br>_____ / | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>    Plaintiffs<br>v.<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD, et al.,<br>    Defendants.<br>_____ / | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

**PLAINTIFFS APOTEX, INC. AND APOTEX CORP.'S RESPONSE TO DEFENDANT
TEVA PHARMACEUTICAL INDUSTRIES LTD. AND TEVA PHARMACEUTICAL
<u>USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Apotex respectfully responds to Teva's notice of supplemental authority submitting *SkinMedica, Inc. v. Histogen, Inc,*. No. 2012-1560, 2013 WL 4487603 (Fed. Cir. Aug. 23, 2013), in connection with its claim construction briefing.  Teva argues that *SkinMedica* rebuts Apotex's argument that Teva's claim construction "tacks on a highly detailed limitation completely unrelated to the claim language." D.E. 147. Teva does not argue the *SkinMedica* decision supports their disclaimer argument and the case adds no new law for the court to consider.

The additional language in *SkinMedica*, unlike here, was added to define <u>claim</u> <u>terms</u>. The Court in *SkinMedica* was asked to determine whether the use of beads should be excluded from the phrase "culturing…cells in three-dimensions." 2012-1560, 2013 WL 4487603 at *5. The ordinary meaning of "culturing ...cells in three-dimensions" included the use of beads. *Id* at *7.  However, the Court found the "inventors clearly redefined the scope" of the claim. *Id* at *8*. "[T]he patentees plainly and repeatedly distinguished culturing with beads from culturing in three-dimensions.  They expressly defined the use of beads as culturing in two-dimensions." *Id*. The court then upheld the construction of "culturing ...cells in three-dimensions" to mean "growing…cells in three-dimensions (excluding growing in monolayers or on microcarrier beads). *Id* at *22. In other words, the added language was necessary to clarify the patentee defined the use of beads as a two-dimensional system.

Contrary to the *SkinMedica* case, the lengthy phrase Teva tacks on to the claim is completely unrelated to the claim language.  Teva is attempting to read non-existent limitations into the claim. The claim is not directed to a ratio of active ingredient to excipients, but to a process of manufacturing pharmaceutical compositions. *SkinMedica* is neither new law, nor does it support Teva's construction.

Dated: September 10, 2013

Respectfully submitted,

| | |
|---|---|
| By: /s/ Joshua D. Martin<br>Joshua D. Martin, Esq.<br>Florida Bar No.:  028100<br>E-Mail: josh.martin@johnsonmartinlaw.com<br>JOHNSON & MARTIN, P.A.<br>500 W. Cypress Creek Rd.<br>Suite 430<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 790-6699<br>Facsimile: (954) 206-0013 | /s/ Stephen P. Benson<br>Robert B. Breisblatt<br>Florida Bar No. 145928<br>Email:  robert.breisblatt@kattenlaw.com<br>Craig M. Kuchii (admitted *pro hac vice*)<br>Email:  craig.kuchii@kattenlaw.com<br>Martin S. Masar III (admitted *pro hac vice*)<br>Email:  martin.masar@kattenlaw.com<br>Kimberly A. Beis (admitted *pro hac vice*)<br>Email:  kimberly.beis@kattenlaw.com<br>Elese E. Hanson (admitted *pro hac vice*)<br>Email:  elese.hanson@kattenlaw.com<br>Matthew M. Holub (admitted *pro hac vice*)<br>Email:  matthew.holub@kattenlaw.com<br>Brian J. Sodikoff (admitted *pro hac vice*)<br>Email:  brain.sodikoff@kattenlaw.com<br>Eric C. Cohen (admitted *pro hac vice*)<br>Email: eric.cohen@kattenlaw.com<br>Julia L. Kasper (admitted *pro hac vice*)<br>Email: julia.kasper@kattenlaw.com<br>Stephen P. Benson (admitted *pro hac vice*)<br>Email: stephen.benson@kattenlaw.com<br>Rachel L. Schweers (admitted *pro hac vice*)<br>Email: rachel.schweers@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>Christopher B. Ferenc<br>(admitted *pro hac vice*)<br>Email: christopher.ferenc@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street NW<br>North Tower<br>Suite 200<br>Washington, DC  20007<br>Telephone:  (202) 625-3500<br>Facsimile:  (202) 298-7570 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 10th day of September 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Joshua D. Martin

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff\***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III\***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson\***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub\***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis\***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii\***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen\***
Email: eric.cohen@kattenlaw.com
**Julia L. Kasper\***
Email: julia.kasper@kattenlaw.com
**Stephen P. Benson\***
Email: stephen.benson@kattenlaw.com
**Rachel L. Schweers\***
Email: rachel.schweers@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60661
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc\***
Email: christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC  20007
Telephone:  202.625.3500
Telecopy:  202.298.7570

**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700

**Janet T. Munn**
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall\***
Email:  dhashmall@goodwinprocter.com
**Frederick H. Rein\***
Email: frein@goodwinprocter.com
**Brian J. Prew\***
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8800
Facsimile:  212.355.3333

**Poopak Banky\***
Email:  Paki.Banky@alston.com
**Deepro R. Mukerjee\***
Email:  Deepro.Mukerjee@alston.com
**Thomas J. Parker\***
Email:  Thomas.Parker@alston.com
**Alexander S. Lorenzo\***
Email:  Alexander.Lorenzo@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

**Sylvia M. Becker\***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka\***
Email: sdeka@kayescholer.com

4

Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

**Daniel DiNapoli***
Email:  ddinapoli@kayescholer.com
**Aaron Stiefel***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

**Maria Josefa Beguiristain**
Email:  mbeguiristain@whitecase.com
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL  33131-2352
Telephone:  305.371.2700
Telecopy:  305.358.5744

**Peter H. Domer***
Email:  pdomer@leydig.com
**Robert F. Green***
Email:  rgreen@leydig.com
**Christopher T. Griffith***
Email:  cgriffith@leydig.com
**Brett A. Hesterberg***
Email:  bhesterberg@leydig.com
**Emer L. Simic***
Email:  esimic@leydig.com
**John P. Snow***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone:  312-616-5600
Telecopy:  312-616-5700

**Eric David Isicoff**
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue

5

Suite 1900
Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*