UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60704-CIV-SEITZ/SIMONTON (consolidated)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>Defendant.<br>_____ / | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br>Defendants.<br>_____ / | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>Defendants.<br>_____ / | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>Defendants.<br>_____ / | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

## ORDER GRANTING MOTION FOR CONTINUANCE OF PRE-MARKMAN AND MARKMAN HEARINGS

THIS MATTER is before the Court on Plaintiff's Motion for Continuance of Pre-Markman and Markman Hearings [DE-155]. The Court notes that Defendants, Pfizer Inc.,

1

Greenstone LLC, Lupin Pharmaceuticals, Inc., Lupin Ltd., Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., agree with the relief sought in the Motion and Defendant, Mylan Pharmaceuticals Inc., does not oppose the Motion. Upon consideration, it is

ORDERED that Plaintiff's Motion for Continuance of Pre-Markman and Markman Hearings [DE-155] is GRANTED. The Pre-Markman and Markman hearings currently scheduled for September 26 and 27, 2013 are cancelled. The Pre-Markman hearing shall be rescheduled for **October 8, 2013 at 10:00 a.m.** and the Markman hearing shall be rescheduled for **October 10, 2013 at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 23rd day of September, 2013.

*Patricia A. Seitz*
Patricia A. Seitz
Senior United States District Judge

Cc: All Counsel of Record