# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (as consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　　Plaintiffs,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　　Defendant.<br>_____ / | CASE NO. 12-60704-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　　Plaintiffs,<br>v.<br><br>PFIZER INC., and GREENSTONE LLC,<br>　　　　　　Defendants.<br>_____ / | CASE NO. 12-60705-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　　Plaintiffs,<br>v.<br><br>LUPIN PHARMACEUTICALS, INC. and<br>LUPIN LTD.,<br>　　　　　　Defendants.<br>_____ / | CASE NO. 12-60708-CIV<br>SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP.,<br>　　　　　　Plaintiffs<br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES,<br>LTD, et al.,<br>　　　　　　Defendants.<br>_____ / | CASE NO. 13-60601-CIV<br>SEITZ/SIMONTON |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**(Only as to Case No. 12-60708-CIV-SEITZ/SIMONTON)**

1

Plaintiffs and Counterclaim-Defendants, Apotex Inc. and Apotex Corp. (collectively, "Apotex"), and Defendants and Counterclaim-Plaintiffs, Lupin Pharmaceuticals, Inc. and Lupin Ltd. (collectively, "Lupin"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a) and (c), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. Apotex and Lupin have reached a settlement on all issues raised in this matter.

2. Apotex and Lupin respectfully request that the Court dismiss all of the claims, defenses, and counterclaims in Case No. 12-60708-CIV-SEITZ/SIMONTON with prejudice pursuant to Federal Rules of Civil Procedure 41(a) and (c).

3. Apotex and Lupin further request that the Court retain jurisdiction for purposes of enforcing the terms of the settlement agreement until the expiration of United States Patent No. 6,531,486.

4. Each Party will bear its own costs and attorneys' fees.

Dated: September 27, 2013                                Respectfully submitted,

| | |
|---|---|
| By: /s/ Joshua D. Martin | By: /s/ Eric David Isicoff |
| Joshua D. Martin, Esq. | Eric David Isicoff |
| Florida Bar No.: 028100 | Email: Isicoff@irlaw.com |
| E-Mail: josh.martin@johnsonmartinlaw.com | Teresa Ragatz |
| JOHNSON & MARTIN, P.A. | Email: Ragatz@irlaw.com |
| 500 W. Cypress Creek Rd. | Susan Virginia Warner |
| Suite 430 | Email: warner@irlaw.com |
| Fort Lauderdale, Florida 33309 | ISICOFF RAGATZ & KOENIGSBERG |
| Telephone: (954) 790-6699 | 1200 Brickell Avenue |
| Facsimile: (954) 206-0013 | Suite 1900 |
| | Miami, FL 33131 |
| Robert B. Breisblatt | Telephone: 305.373.3232 |
| Florida Bar No. 145928 | Telecopy: 305.373.3233 |
| Email: robert.breisblatt@kattenlaw.com | |
| Craig M. Kuchii (admitted *pro hac vice*) | Peter H. Domer |
| Email: craig.kuchii@kattenlaw.com | Email: pdomer@leydig.com |
| Stephen P. Benson (admitted *pro hac vice*) | Robert F. Green |
| Email: stephen.benson@kattenlaw.com | Email: rgreen@leydig.com |
| | Christopher T. Griffith |

| | |
|---|---|
| Martin S. Masar III (admitted *pro hac vice*)<br>Email:  martin.masar@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Attorneys for Plaintiffs,*<br>*Apotex, Inc. and Apotex Corp.* | Email:  cgriffith@leydig.com<br>Brett A. Hesterberg<br>Email:  bhesterberg@leydig.com<br>Emer L. Simic<br>Email:  esimic@leydig.com<br>John P. Snow<br>Email:  jsnow@leydig.com<br>LEYDIG, VOIT & MAYER<br>Two Prudential Plaza<br>180 N. Stetson Avenue<br>Suite 4900<br>Chicago, IL 60601-6731<br>Telephone:  312-616-5600<br>Telecopy:  312-616-5700<br><br>*Attorneys for Defendants,*<br>*Lupin Pharmaceuticals, Inc. and Lupin Ltd.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 27th day of September 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     s/ Joshua D. Martin

3

**SERVICE LIST**

**Robert B. Breisblatt** (Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff\***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III\***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson\***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub\***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis\***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii\***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen\***
Email: eric.cohen@kattenlaw.com
**Julia L. Kasper\***
Email: julia.kasper@kattenlaw.com
**Stephen P. Benson\***
Email: stephen.benson@kattenlaw.com
**Rachel L. Schweers\***
Email: rachel.schweers@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60661
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc\***
Email: christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC 20007
Telephone: 202.625.3500
Telecopy: 202.298.7570

**Matthew Scott Nelles**
Email: mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700

**Janet T. Munn**
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall\***
Email: dhashmall@goodwinprocter.com
**Frederick H. Rein\***
Email: frein@goodwinprocter.com
**Brian J. Prew\***
Email: bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.813.8800
Facsimile: 212.355.3333

**Poopak Banky\***
Email: Paki.Banky@alston.com
**Deepro R. Mukerjee\***
Email: Deepro.Mukerjee@alston.com
**Thomas J. Parker\***
Email: Thomas.Parker@alston.com
**Alexander S. Lorenzo\***
Email: Alexander.Lorenzo@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10166
Telephone: 212.210.9400
Telecopy: 212-210-9444

**Sylvia M. Becker\***
**Email**: sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka\***
Email: sdeka@kayescholer.com

4

Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

**Daniel DiNapoli***
Email:  ddinapoli@kayescholer.com
**Aaron Stiefel***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

**Maria Josefa Beguiristain**
Email:  mbeguiristain@whitecase.com
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL  33131-2352
Telephone:  305.371.2700
Telecopy:  305.358.5744

**Peter H. Domer***
Email:  pdomer@leydig.com
**Robert F. Green***
Email:  rgreen@leydig.com
**Christopher T. Griffith***
Email:  cgriffith@leydig.com
**Brett A. Hesterberg***
Email:  bhesterberg@leydig.com
**Emer L. Simic***
Email:  esimic@leydig.com
**John P. Snow***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone:  312-616-5600
Telecopy:  312-616-5700

**Eric David Isicoff**
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue

Suite 1900
Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*