UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., *et al.*,

        Plaintiff,

vs.

MYLAN PHARMACEUTICALS, INC.,

        Defendant.

_____/

## ORDER GRANTING INDEFINITE ADJOURNMENT OF PRE-MARKMAN AND MARKMAN HEARINGS

THIS MATTER is before the Court on the parties' Agreed Motion for Indefinite Adjournment of Pre-Markman and Markman Hearings [DE-160]. The parties represent that they have reached a settlement in principle. Upon consideration, it is hereby

ORDERED THAT

1) The parties' Agreed Motion for Indefinite Adjournment of Pre-Markman and Markman Hearings [DE-160] is GRANTED. The hearings set for October 8 & 10, 2013 are adjourned.

2) By **October 31, 2013**, the parties shall file their stipulation of dismissal or a status report indicating that status of the settlement and whether there is a need to reschedule the Pre-Markman and Markman hearings.

DONE AND ORDERED in Miami, Florida, this 7th day of October, 2013.

*Patricia G. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record

1