UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**APOTEX, INC. and APOTEX CORP.,**

          **Plaintiffs,**          Case No. 0:12-cv-60704-PAS

vs.

**MYLAN PHARMACEUTICALS, INC.,**

          **Defendant.**
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order dated October 7, 2013 [D.E. 161], the parties to the above-captioned matter submit this Joint Status Report to advise the Court that negotiations of an agreement for the amicable resolution of this matter are substantially complete.  With nearly all material terms agreed to, the parties are presently awaiting final management approval.  At this time, the parties do not anticipate a need to reschedule the Pre-Markman and Markman hearings.  The parties will file their stipulation of dismissal or a status report indicating the status of the settlement by November 14, 2013, unless the Court advises otherwise.

The undersigned are available at the Court's convenience to answer any questions.

          Respectfully Submitted,

| | |
|---|---|
| By: ___/s/ Joshua D. Martin_____ | By: ___/s/ Eric D. Isicoff_____ |
| Joshua D. Martin | Eric D. Isicoff |
| Fla. Bar. No. 028100 | Florida Bar No.: 372201 |
| josh.martin@johnsonmartinlaw.com | Isicoff@irlaw.com |
| JOHNSON & MARTIN, P.A. | Susan Warner |
| 500 W. Cypress Creek Rd. | Florida Bar No.: 38205 |
| Suite 430 | Warner@irlaw.com |
| Fort Lauderdale, Florida | ISICOFF, RAGATZ & KOENIGSBERG |
| Tel.: (954) 790-6699 | 1200 Brickell Avenue, Suite 1900 |
| Fax: (954) 206-0013 | Miami, Florida 33131 |
| | Tel: (305) 373-3232 |
| | Fax: (305) 373-3233 |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Robert B. Breisblatt (Fla. Bar No. 145928)<br>robert.breisblatt@kattenlaw.com<br>Craig M. Kuchii (admitted *pro hac vice*)<br>Craig.kuchii@kattenlaw.com<br>Martin S. Masar III (admitted *pro hac vice*)<br>martin.masar@kattenlaw.com<br>Suresh B. Pillai (admitted *pro hac vice*)<br>suresh.pillai@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago IL 60607<br>Telephone: (312) 902-5200<br>Facsimile: (312)-902-1061 | Deepro R. Mukerjee (admitted *pro hac vice*)<br>deepro.mukerjee@alston.com<br>Alexander S. Lorenzo (admitted *pro hac vice*)<br>Alexander.lorenzo@alston.com<br>Poopak Banky (admitted *pro hac vice*)<br>paki.banky@alston.com<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016-1387<br>Tel: 212-210-9400<br>Fax: 212-210-9444 |
| *Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.* | *Attorneys for Defendant Mylan Pharmaceuticals, Inc.* |