**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (as consolidated)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br>         Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br>         Defendant. <br> _____ / | CASE NO. 12-60704-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>         Plaintiffs, <br> v. <br> PFIZER INC., and GREENSTONE LLC, <br>         Defendants. <br> _____ / | CASE NO. 12-60705-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>         Plaintiffs, <br> v. <br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br>         Defendants. <br> _____ / | CASE NO. 12-60708-CIV <br> SEITZ/SIMONTON |
| APOTEX, INC. and APOTEX CORP., <br>         Plaintiffs <br> v. <br> TEVA PHARMACEUTICAL INDUSTRIES, LTD, et al., <br>         Defendants. <br> _____ / | CASE NO. 13-60601-CIV <br> SEITZ/SIMONTON |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**(Only as to Case No. 12-60704-CIV-SEITZ/SIMONTON)**

Plaintiffs and Counterclaim-Defendants, Apotex, Inc. and Apotex Corp. (collectively, "Apotex") and Defendant and Counterclaim-Plaintiff, Mylan Pharmaceuticals Inc. ("MPI"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a) and (c), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. Apotex and MPI respectfully request that the Court dismiss all of the claims, defenses, and counterclaims in Case No. 12-60704-CIV-SEITZ/SIMONTON with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

2. Apotex and MPI further request that the Court retain jurisdiction until the expiration of United States Patent No. 6,531,486 for purposes of enforcing the terms of the Parties' agreement for the dismissal of this action.

3. Each Party will bear its own costs and attorneys' fees.

Dated: November 27, 2013                    Respectfully submitted,

By: /s/ Joshua D. Martin                    By: /s/ Eric D. Isicoff
Joshua D. Martin, Esq.                      Eric David Isicoff
Florida Bar No.: 028100                     Email:  Isicoff@irlaw.com
E-Mail: josh.martin@johnsonmartinlaw.com    Teresa Ragatz
JOHNSON & MARTIN, P.A.                      Email:  Ragatz@irlaw.com
500 W. Cypress Creek Rd.                    Susan Virginia Warner
Suite 430                                   Email:  warner@irlaw.com
Fort Lauderdale, Florida 33309              ISICOFF RAGATZ & KOENIGSBERG
Telephone: (954) 790-6699                   1200 Brickell Avenue
Facsimile: (954) 206-0013                   Suite 1900
                                            Miami, FL  33131
Robert B. Breisblatt                        Telephone:  305.373.3232
Florida Bar No. 145928                      Telecopy:  305.373.3233
Email:  robert.breisblatt@kattenlaw.com
Craig M. Kuchii (admitted *pro hac vice*)   Poopak Banky (admitted *pro hac vice*)
Email: craig.kuchii@kattenlaw.com           Email:  Paki.Banky@alston.com
Martin S. Masar III (admitted *pro hac vice*)  Deepro R. Mukerjee (admitted *pro hac vice*)
Email:  martin.masar@kattenlaw.com          Email:  Deepro.Mukerjee@alston.com
Stephen P. Benson (admitted *pro hac vice*) Thomas J. Parker (admitted *pro hac vice*)
Email: stephen.benson@kattenlaw.com         Email:  Thomas.Parker@alston.com
KATTEN MUCHIN ROSENMAN LLP                  Alexander S. Lorenzo (admitted *pro hac vice*)
525 W. Monroe Street                        Email:  Alexander.Lorenzo@alston.com

2

| | |
|---|---|
| Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Attorneys for Plaintiffs,*<br>*Apotex, Inc. and Apotex Corp.* | ALSTON & BIRD, LLP<br>90 Park Avenue<br>New York, NY  10166<br>Telephone:  212.210.9400<br>Telecopy:  212-210-9444<br><br>*Attorneys for Defendant,*<br>*Mylan Pharmaceuticals Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 27th day of November 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua D. Martin

**SERVICE LIST**

**CASE NO. 12-60704-CIV-SEITZ/SIMONTON (as consolidated)**

**Robert B. Breisblatt**
(Fla. Bar. No. 145928)
Email: robert.breisblatt@kattenlaw.com
**Brian J. Sodikoff***
Email: brian.sodikoff@kattenlaw.com
**Martin S. Masar III***
Email: martin.masar@kattenlaw.com
**Elese E. Hanson***
Email: elese.hanson@kattenlaw.com
**Matthew M. Holub***
Email: matthew.holub@kattenlaw.com
**Kimberly A. Beis***
Email: kimberly.beis@kattenlaw.com
**Craig M. Kuchii***
Email: craig.kuchii@kattenlaw.com
**Eric C. Cohen***
Email: eric.cohen@kattenlaw.com
**Julia L. Kasper***
Email: julia.kasper@kattenlaw.com
**Stephen P. Benson***
Email: stephen.benson@kattenlaw.com
**Rachel L. Schweers***
Email: rachel.schweers@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago IL 60661
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

**Christopher B. Ferenc***
Email:  christopher.ferenc@kattenlaw.com
Katten Muchin Rosenman, LLP
2900 K Street NW
North Tower
Suite 200
Washington, DC  20007
Telephone:  202.625.3500
Telecopy:  202.298.7570

**Matthew Scott Nelles**
Email:  mnelles@broadandcassel.com
Broad and Cassel

**Janet T. Munn**
Email: jmunn@rascoklock.com
RASCO KLOCK, et al.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  305.476.7101
Facsimile: 305.476.7102

**David M. Hashmall***
Email:  dhashmall@goodwinprocter.com
**Frederick H. Rein***
Email: frein@goodwinprocter.com
**Brian J. Prew***
Email:  bprew@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:  212.813.8800
Facsimile: 212.355.3333

**Poopak Banky***
Email:  Paki.Banky@alston.com
**Deepro R. Mukerjee***
Email:  Deepro.Mukerjee@alston.com
**Thomas J. Parker***
Email:  Thomas.Parker@alston.com
**Alexander S. Lorenzo***
Email:  Alexander.Lorenzo@alston.com
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY  10166
Telephone:  212.210.9400
Telecopy:  212-210-9444

**Sylvia M. Becker***
**Email**:  sylvia.becker@kayescholer.com
KAYE SCHOLER, LLP
The McPherson Building
901 Fifteenth Street, NW

4

One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
Telephone:  954.764.7060
Telecopy:  954.761.8135

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Telecopy: (954) 206-0013

*Admitted Pro Hac Vice*

Washington, DC 20005-2327
Telephone: 202.682.3500
Telecopy: 202.682.3580

**Soumitra Deka\***
Email:  sdeka@kayescholer.com
**Daniel DiNapoli\***
Email:  ddinapoli@kayescholer.com
**Aaron Stiefel\***
Email:  astiefel@kayescholer.com
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Telecopy:  (212) 836-8689

**Maria Josefa Beguiristain**
Email:  mbeguiristain@whitecase.com
WHITE & CASE
200 S. Biscayne Boulevard
Suite 4900
Miami, FL  33131-2352
Telephone:  305.371.2700
Telecopy:  305.358.5744

**Peter H. Domer\***
Email: pdomer@leydig.com
**Robert F. Green\***
Email: rgreen@leydig.com
**Christopher T. Griffith\***
Email: cgriffith@leydig.com
**Brett A. Hesterberg\***
Email: bhesterberg@leydig.com
**Emer L. Simic\***
Email:  esimic@leydig.com
**John P. Snow\***
Email:  jsnow@leydig.com
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
Telephone: 312-616-5600
Telecopy: 312-616-5700

5

**Eric David Isicoff**
Email:  Isicoff@irlaw.com
**Teresa Ragatz**
Email:  Ragatz@irlaw.com
**Susan Virginia Warner**
Email:  warner@irlaw.com
ISICOFF RAGATZ & KOENIGSBERG
1200 Brickell Avenue
Suite 1900
Miami, FL  33131
Telephone:  305.373.3232
Telecopy:  305.373.3233

*Admitted Pro Hac Vice*