UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60704-CIV-SEITZ/SIMONTON

APOTEX, INC., *et al.*,

        Plaintiff,

vs.

MYLAN PHARMACEUTICALS, INC.,

        Defendant.

_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice [DE-168]. Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED with prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 2nd day of December, 2013.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record